The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | Case No. 12-CV-1207 (MJP) |
| Plaintiff, | |
| v. | **STIPULATED MOTION TO SEAL PERMANENTLY AND SUBSTITUTE FOR PORTIONS OF FILE** |
| **MATTHEW J. LOEWEN, et al.**, | |
| Defendants. | |

Plaintiff Federal Trade Commission ("FTC") and Defendants Matthew J. Loewen, 0803065 B.C. Ltd, 0881046 B.C. Ltd, ReadyPay Services, Inc., and Xavier Processing Services, LLC ("Defendants") hereby stipulate as follows:

1. On September 4, 2012, the parties filed a Stipulated Motion to Seal and Substitute for Portions of File (Docket No. 31). The reason for the motion was that while the FTC had redacted the vast majority of the sensitive personally identifiable information (PII) from the exhibits filed in support of the FTC's TRO Motion (Docket No. 3), the FTC had inadvertently failed to redact some items of PII in Volume II of the exhibits (Docket No. 5). On September 7, 2012, the Court issued an Order (Docket No. 35) granting the Stipulated Motion, permanently sealing Docket No. 5, and substituting Docket No. 31-1.

2. On September 9, 2012, the parties filed another Stipulated Motion to Seal and Substitute for Portions of File (Docket No. 34). The reason for this motion was

that the FTC discovered that it had not redacted two bank account numbers from the text of an email included in Volume III (Docket Nos. 33, 33-1, 33-2, 33-3, and 33-4) of the exhibits filed on September 7, 2012. On September 10, 2012, Court issued an Order (Docket No. 38) granting the Stipulated Motion, permanently sealing Docket Nos. 33, 33-1, 33-2, 33-3, and 33-4, and substituting Docket Nos. 32-2, 32-3, 32-4, 32-5, and 32-6.

3. The FTC takes its obligations to protect PII very seriously. As a result of the inadvertent disclosures, the FTC thought it prudent to review once again all of the exhibits submitted to the Court for any additional information that should be redacted.

4. As a result of this review, the FTC has identified a limited number of items of additional PII that are redacted in the attached revised Volumes I, II and III.

5. As a result, the FTC respectfully requests that the Court:
   a. Permanently seal Docket No. 4 and substitute the attached redacted Volume I of exhibits.
   b. Permanently seal Docket No. 31-1 and substitute the attached redacted Volume II of exhibits.
   c. Permanently seal Docket Nos. 32-2, 32-3, 32-4, 32-5, and 32-6, and substitute the attached redacted Volume III of exhibits.

6. The FTC sincerely regrets, and apologizes to the Court and counsel for, the errors that have occurred.

7. Counsel for the FTC has contacted counsel for Defendants and they agreed upon the following stipulated motion and the appended stipulated proposed order.

| | |
|---|---|
| 1 | **MOTION** |
| 2 | Plaintiff and Defendants respectfully move for an Order: |
| 3 | 1. Permanently sealing Docket No. 4 and substituting the attached Volume I of |
| 4 | exhibits in support of the FTC's Motion for a TRO. |
| 5 | 2. Permanently sealing Docket No. 31-1 and substituting the attached Volume II |
| 6 | of exhibits in support of the FTC's Motion for a TRO. |
| 7 | 3. Permanently sealing Docket Nos. 32-2, 32-3, 32-4, 32-5, and 32-6, and |
| 8 | substituting the attached Volume III of exhibits. |

Dated: September 13, 2012                    Respectfully submitted,

s/Richard McKewen                            s/Kit W. Roth
Richard McKewen, WSBA 45041                  Kit W. Roth, WSBA 33059
Jennifer Larabee, CA Bar No. 163989          Christopher Huck, WSBA 34104
Federal Trade Commission                     Michael A. Goldfarb, WSBA 13492
915 Second Avenue, Suite 2896                Kelley, Goldfarb, Gill, Huck & Roth, PLLC
Seattle, Washington 98174                    700 Fifth Avenue, Ste. 6100
Phone: (206) 220-6350                        Seattle WA 98104
Fax: (206) 220-6366                          Telephone: 206-452-0260
Email: rmckewen@ftc.gov                      Fax: 206-397-3062
Email: jlarabee@ftc.gov                      roth@kdg-law.com
                                             huck@kdg-law.com
                                             goldfarb@kdg-law.com

Attorneys for Plaintiff
Federal Trade Commission

                                             Paul D. Turner, admitted *pro hac vice*
                                             Joshua Spector, admitted *pro hac vice*
                                             Perlman, Bajandas, Yevoli & Albright, P.L.
                                             200 South Andrews Avenue, Suite 600
                                             Ft. Lauderdale, FL 33301
                                             Telephone: 954-566-7117
                                             Fax: 954-566-7115
                                             pturner@pbyalaw.com
                                             jspector@pbyalaw.com

                                             Attorneys for Defendants Matthew
                                             Loewen, et al.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to which this certificate is attached to be delivered via the Court's ECF electronic filing system to:

Kit W. Roth, Esq.
Christopher M. Huck, Esq.
Michael A. Goldfarb, Esq.
Kelley, Goldfarb, Gill, Huck & Roth, PLLC
700 Fifth Avenue, Ste. 6100
Seattle, WA 98104
Telephone: 206-452-0260
Fax: 206-397-3062
roth@kdg-law.com
huck@kdg-law.com
goldfarb@kdg-law.com


Paul D. Turner, Esq.
Joshua Spector, Esq.
Perlman, Bajandas, Yevoli &Albright, P.L.
200 South Andrews Avenue, Suite 600
Ft. Lauderdale, FL 33301
Telephone: 954-566-7117
Fax: 954-566-7115
pturner@pbyalaw.com
jspector@pbyalaw.com

*Counsel for Defendants*


Dated: September 13, 2012             s/Richard McKewen
                                       RICHARD McKEWEN