The Honorable Marsha J. Pechman

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MATTHEW J. LOEWEN, et al**., <br><br> Defendants. | Case No. 12-CV-1207 (MJP) <br><br> **[PROPOSED] ORDER TO SEAL PERMANENTLY AND SUBSTITUTE FOR PORTIONS OF FILE** |

Having reviewed the parties' Stipulated Motion to Seal and Substitute for Portions of File (Docket No. 40), it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk of Court is directed to:

a. Permanently seal Docket No. 4 and substitute Volume I of the exhibits attached to the Stipulated Motion.

b. Permanently seal Docket No. 31-1 and substitute Volume II of exhibits attached to the Stipulation Motion.

c. Permanently seal Docket Nos. 32-2, 32-3, 32-4, 32-5, and 32-6, and substitute Volume III of the exhibits attached to the Stipulated Motion.

**ORDERED** this \_\_\_\_ day of September, 2012

_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE