FILED _____ ENTERED
LODGED _____ RECEIVED

JUL 13 2012   JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

12-CV-01207-INFO

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. 12-CV-1207 MJP |
| Plaintiff, | |
| v. | **PLAINTIFF'S EXHIBITS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER, OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |
| **MATTHEW J. LOEWEN,** a.k.a. **MATT LOEWEN,** a.k.a. **JAMES MATTHEW LOEWEN,** individually and d.b.a. Vehicle Stars, as director or officer of 0803065 B.C. Ltd, 0881046 B.C. Ltd, and ReadyPay Services Inc., and as managing member of Xavier Processing Services, LLC; | |
| **0803065 B.C. LTD,** a Canadian corporation, also d.b.a. Auto Marketing Group; | **VOL. II** |
| **0881046 B.C. LTD,** a Canadian corporation, also d.b.a. Secure Auto Sales; | FILED UNDER SEAL |
| **READYPAY SERVICES, INC.,** a corporation, and | |
| **XAVIER PROCESSING SERVICES, LLC,** a limited liability company, | |
| Defendants. | |

## TRO EXHIBITS

### Volume I

| Exh. 1 | Declaration of Alin Dinca | pp. 1-25 |
| Exh. 2 | Declaration of David Gajdosik. | pp. 26-30 |
| Exh. 3 | Declaration of Eric Harada | pp. 31-52 |
| Exh. 4 | Declaration of Wilbert Martin | pp. 53-61 |
| Exh. 5 | Declaration of Gregory Ng | pp. 62-66 |
| Exh. 6 | Declaration of Cody Pearce | pp. 67-76 |
| Exh. 7 | Declaration of John Roberts | pp. 77-87 |
| Exh. 8 | Declaration of Julie Salisbury | pp. 88-97 |
| Exh. 9 | Declaration of Victor Stalick | pp. 98-117 |
| Exh. 10 | Declaration of Hironori Zusho | pp. 118-129 |
| Exh. 11 | Declaration of Ken Bernet | pp. 130-135 |

### Volume II

| Exh. 12 | Declaration of Simone Lylack | pp. 134-194 |
| Exh. 13 | Declaration of Amy Brannon-Quale | pp. 195-342 |

12

# DECLARATION OF SIMONE LYLACK

Pursuant to 28 U.S. C.§ 1746

1.     My name is Simone Lylack and I am an Enforcement Inspector with the Business Practices and Consumer Protection Authority ("Consumer Protection, BC"), Canada. I have held this position for five (5) years.

2.     Consumer Protection BC is a not-for-profit corporation whose mandate is to promote a fair marketplace for consumers and businesses throughout British Columbia by enforcing consumer protection laws in British Columbia. Consumer Protection BC was established in 2004 with the passage of the Business Practices and Consumer Protection Act (the "Act").

3.     The consumer protection laws in British Columbia, Canada primarily deal with transactions between businesses and consumers. The industries licensed by Consumer Protection BC include, but are not limited to, debt collection, payday lending, telemarketing and travel services industries. Consumer Protection BC works directly with these regulated businesses to ensure they are complying with consumer protection legislation. We respond to inquiries and complaints from BC consumers, educate consumers about their rights and educate businesses about their rights and responsibilities.

4.     Consumer Protection BC fulfills its mandate by, among other things.

   a.     Licensing specific industries;

   b.     Inspecting these licensed industries to ensure they are complying with BC's consumer protection laws;

   c.     Investigating alleged violations of consumer protection laws and following up with progressive enforcement action; and

   d.     Recommending enhancements to BC's consumer protection laws to the

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

1   provincial government.

2   5.      We follow up on leads provided by both concerned citizens and industry

3   stakeholders as well as leads from other Canadian law enforcement agencies and from

4   international law enforcement agencies to evaluate compliance by regulated businesses operating

5   in the province of British Columbia.

6   6.      To assist with enforcement, the Act provides for the appointment of two types of

7   inspectors both of which enforce the various statutes for which Consumer Protection BC is

8   responsible.

9   7.      Compliance Inspectors are responsible for verifying businesses' compliance with

10  the Acts and various Regulations, as well as making businesses and individuals aware of and

11  helping them voluntarily comply with the law.  Compliance Inspectors are permitted to enter

12  business premises at any reasonable time, ask questions of managers and employees, review

13  documents and make copies of, or even retain, materials of interest.  Compliance Inspectors are

14  also permitted to take pictures if necessary to record the physical layout and/or location of a

15  business' premises.

16  8.      An Enforcement Inspector, such as myself, has the same authority and powers as

17  a Compliance Inspector.  In addition, Enforcement Inspectors hold Special Provincial Constable

18  Status in the Province of BC for the purpose of enforcing the various acts enforced by Consumer

19  Protection BC.  Enforcement Inspectors are permitted to make any inquiries necessary to help

20  determine whether or not there is a violation of the laws enforced by Consumer Protection BC.

21  An Enforcement Inspector is permitted to enter a business and ask questions, seek copies of

22  relevant documentation and temporarily take possession of any material in order to examine it

23  and make copies, if necessary.

24  9.      Depending on their evaluation of seriousness of the situation, the Enforcement

DECLARATION OF SIMONE LYLACK

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

1   Inspector may decide no enforcement action is necessary. An Enforcement Inspector may issue

2   a Compliance Order.

3       10.     A Compliance Order forces the business to comply with the Act. If the

4

5   Enforcement Inspector believes sufficient evidence exists and the violation is sufficiently

6   egregious the Enforcement inspector may recommend that charges be laid in the criminal courts.

7   The final decision regarding prosecution of any case rests only with the Crown and the

8   prosecutor.

9       11.     In 2011, in the course of my official duties I made inquiry as to the compliance of

10          a.      **0881046 B.C. LTD**, and

11          b.      **0803065 B.C. LTD**

12

13  with the Act. I obtained copies of business records maintained by Consumer Protection B.C. as

14  well as copies of materials from counsel for the two entities.

15      **Documents from Consumer Protection B.C.**

16      12.     Attachment 1, attached, is 1 page document which is a true and correct copy of a

17  Telemarketer License Number 53278 which was issued on October 1, 2010 and valid through

18  September 30, 2011. The business attached to the license is **0881046 B.C. LTD.** Secure Auto

19

20  Sales/AMG Auto Marketing Group located at 430 Columbia Street, Suite 200, New Westminster

21  BC V3L 1B1.

22      13.     Attachment 2, attached, is a 1 page document which is a true and correct copy of

23  a Telemarketer Application for License Renewal. A stamp on the document indicates it was

24  received by our office on October 29, 2010. The relevant license number is 53278. The location

25  of the licensee is listed as 430 Columbia Street, Suite 200, New Westminster, BC V3L 1B1. The

26  document has a signature which is identified as belonging to Matthew J. Loewen who is

27  identified as "President."

28

**FEDERAL TRADE COMMISSION**
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

1     14.     Attachment 3, attached is a 1 page document which is a true and correct copy of a

2 Notice of Change of Business information which was received by Consumer Protection BC. A

3 stamp on the page indicates that the document was received by our offices on June 21, 2011.

4 According to the Notice of Change, **0881046 B.C. LTD** which does business as AMG Auto

5 Marketing Group, increased its number of full time employees to 13. The document has a

6 signature on it at the bottom of the first page identified as Matthew J. Loewen whose title is

7 given as President.

8

9     15.     Attachment 4, attached, consists of 6 pages. The first 4 pages are a License

10 Application for Telemarketer, page 5 is a "Credit Card Authorization Form," and the last page is

11 a Consent for Disclosure of Criminal Record Information. The date, 08/10/2010, the time 14:44,

12 a phone number 18669029601 and the name "Ready Services Inc." appear at the very top of

13 each page.

14

15          a.     According to the license application, the legal name of the applicant is

16              **0881046 B.C. LTD** dba Secure Auto Sales, located at 430 Columbia

17              Street, NW, V3L 1B1. The listed email is admin@readypay.net

18          b.     The President of **0881046 B.C. LTD** is identified as Matthew J. Loewen.

19

20          c.     The document has a signature which is identified as belonging to Matthew

21              J. Loewen who is identified as "President."

22          d.     The credit card authorization is on behalf of **0881046 B.C. LTD** and the

23              cardholder is Matthew J. Loewen.

24          e.     The consent for disclosure of criminal record information is dated August

25              16, 2010. The search was done on Matthew J. Loewen. Based on the

26

27              information received, "there is no criminal record identified. Information

28              can only be confirmed by fingerprint comparison."

DECLARATION OF SIMONE LYLACK

**FEDERAL TRADE COMMISSION**
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

Page 4 of 10

16.    Attachment 5 is a two page document which is a true and correct copy of a Notice of Change which was received by Consumer Protection BC. A stamp on the page indicates that the document was received by our office on December 23, 2010. At the top of the document there is a line of text showing that the document was received by our offices by facsimile from 1-866-902-9601 from Ready Services Inc. According to the Notice of Change, **0881046 B.C. LTD**, which does business as AMG Auto Marketing Group, was adding a dba. The document has a signature on it at the bottom of the first page identified as Matthew J. Loewen whose title is given as President.

17.    Attachment 6 is a single page document Credit Card Payment Authorization Form executed on behalf of **0881046 B.C. LTD** allowing for charges to be made to a credit card in the name of Matthew J. Loewen, 22944 Old Yale Road, Langley, BC V2Z 2V3

18.    Attachment 7 is a single page Business License Application for a Commercial Premises from New Westminster, BC. The license holder is Matthew J. Loewen and the license is issued on behalf of **0881046 B.C. LTD.** According to the application, the trade name for 0881046 B.C. LTD is Secure Auto Sales, the contact email address is admin@readypay.net and the business address is 200-430 Columbia Street, V3L 1B1. In the application, Secure Auto Sales describes itself as a "call center."

19.    Attachment 8, attached, consists of a true and correct copy of the BC Company Summary for **0881046 B.C. LTD** as of August 5, 2010. According to the registry, Matthew Loewen is the Director of **0881046 B.C. LTD**. There is no information as to the officers. The mailing and delivery address for the registered office and the records office for 0881046 B.C. LTD is 20689- 56th Avenue, Langley, BC V3A 3Y9 Canada. According to the summary, the mailing and delivery address for Matthew Loewen is 22944 Old Yale Road, Langley, BC V2Z 2V3 Canada.

DECLARATION OF SIMONE LYLACK

Page 5 of 10

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

1  20.    Attachment 9 is a true and correct copy of a two page BC Company Summary for

2  **0881046 B.C. LTD** dated July 9, 2012. According to the summary, the mailing and delivery

3  address for the registered office and the records office is still 20689- 56th Avenue, Langley, BC

4  V3A 3Y9 Canada. Matthew Loewen is listed as the President and Secretary of **0881046 B.C.**

5  **LTD** as well as a director with his mailing and delivery address remaining at 22944 Old Yale

6

7  Road, Langley BC V2Z 2V3 Canada.

8  21.    Attachment 10, attached, is a two page document which is a true and correct

9  copy of the BC Company Summary for **0803065 B.C. LTD**. According to the registry, Matthew

10  Loewen is the Director, Secretary and President of 0803065 B.C. LTD. The mailing, delivery

11  and records office address for 0803065 B.C. LTD is 20570- 56th Avenue, Langley, BC V3A 3Z1

12

13  Canada. According to the summary, the mailing and delivery address for Matthew Loewen is

14  P.O. Box 12076 Murrayville RPO, Langley, BC V3A 9J5 Canada.

15  22.    Attachment 11, attached, is a two page document which is a true and correct

16  copy of the BC Company Summary for **0803065 B.C. LTD**. According to the registry, Matthew

17  Loewen is the Director, Secretary and President of 0803065 B.C. LTD. The mailing address for

18  Matthew Loewen is listed as P.O. Box 12076 Murrayville RPO, Langley, BC V3A 9J5 Canada

19  but the address for deliveries to Matthew Loewen is 22944 Old Yale Road, Langley BC V2Z

20

21  2V3 Canada which is the same address listed for Matthew Loewen on the BC Company

22  Summary for 0881046 B.C. LTD..

23  23.    Attachment 12, attached, is a single page Notice of Change of Address which was

24  filed with the BC Registry Services on July 5, 2012. According to Notice, the mailing and

25  delivery address for **0803065 B.C. Ltd.** is now #200-4769-222nd Street, Langley BC V2Z 3C1

26

27  Canada.

28

DECLARATION OF SIMONE LYLACK

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

**Documents from Other Sources**

24.     I obtained the following documents from counsel representing **0881046 B.C.**

**LTD**, and **0803065 B.C. LTD**. on or about June 20, 2011:

a.      Attachment 13 is a single page document which is a true and correct copy

of a 2011 Business License issued by the Corporation of the City of New

Westminster to Secure Auto Sales, located at 200 430 Columbia Street.

The license is held by **0881046 B.C. LTD** whose address is P.O. Box

12076 Stn Murrayville RPO BC V3A 9J5. The license authorizes the

holder to carry on the business of telephone solicitation.

b.      Attachment 14 is a true and correct copy of a 2 page document called

"Verification Script" On the second page, the last line reads "Thank you

for choosing AMG Auto Marketing Group, and best of luck with the sale

of your vehicle."

c.      Attachment 15 is a true and correct copy of a 2 page document.. The first

page bears the caption "Auto Marketing Group" and underneath the

caption is a subheading "Confirmation Letter."

d.      Attachment 16 is a true and correct copy of a 7 page document with the

first page bearing the caption "Auto Marketing Group". Under the caption

is a subheading "On-line Marketing Agreement." The agreement appears

to be between **0881046 B.C. LTD** doing business as AMG Auto

Marketing Group and customers.

e.      Attachment 17 is a true and correct copy of a 2 page letter on letterhead

for "Auto Marketing Group."

f.      Attachment 18 is a true and correct copy of a 2 page document called

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

1          "Refund Form."

2     g.   Attachment 19 is a true and correct copy of a 3 page document with the

3          caption "Auto Marketing Group" on the top of the first page. The second

4          page bears the caption "Auto Marketing Group Refund Check List."

5

6     25.   Attachment 20 is a true and correct copy of list of current employees of 0881046

7  B.C. LTD. I obtained Attachment 20 from counsel representing **0881046 B.C. LTD** on or about

8  September 6, 2011.

9     26.   Telemarketing licenses are issued by the Licensing Department of Consumer

10  Protection B.C.

11

12    a.   Attached as Attachment 21 is a true and correct copy of a series of emails

13          between Tim Monaghan and admin@readypay.net and

14          mloewen@readypay.net concerning the telemarketing license issued to

15          **0881046 B.C. LTD.**

16    b.   Attached as Attachment 22 is a true and correct copy of an email received

17          by the Licensing Department of Consumer Protection B. C. on or about

18          February 10, 2012 requesting closure of the telemarketing license for

19          **0881046 B.C. LTD.** The reason given for the closure was that the

20          business had been sold and the new owners were not operating in the

21          Canadian market. The signature line indicates that the email was sent by

22          an employee of ReadyPay Services, Inc. with a mailing address of 2360

23          Corporate Circle, Suite 400, Henderson, Nevada on behalf of Matthew

24          Loewen, President of ReadyPay.

25

26    27.   The law in British Columbia requires that anyone engaged in telemarketing while

27  being physically situated in British Columbia must have a telemarketing license in British

28

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

1  Columbia regardless of whether they are contacting consumers in British Columbia or elsewhere

2  in the world.

3  28.    On July 10, 2012, an inspector from B.C. Consumer Protection and I visited 430

4  Columbia Street, Suite 200 New Westminster BC V3L 1B1 which is an address known to me as

5

6  the business office of **0881046 B.C. LTD.**

7  29.    When we arrived I observed that the office appeared to be a sales room engaged

8  in telemarketing. There were desks and phones for about 40 people. There was also a board

9  showing sales.

10  30.    We spoke to Brandyn Smilovici and Marilou Catanjal. Brandyn and Marilou said

11  that they were the new owners of the business. The names "Brandyn Smilovici" and "Marilou

12  Catanjal" appear on the left hand side of list of current employees provided to me by counsel

13  representing **0881046 B.C. LTD**, on or about September 6, 2011. (See Attachment 20 p. 187) I

14  recall from my previous visits to that location that Brandyn Smilovici was a floor supervisor for

15  **0881046 B.C. LTD**.

16

17  31.    Brandyn told us that he and Marilou Catanjal had bought the business in February

18  from a man named Warren Kean and that the name of the business was now Marbls Marketing.

19

20  32.    In my experience, when a business is sold there is a set price and a written

21  contract memorializing the terms of the sales agreement. The inspector and I spoke to Brandyn

22  and Marilou separately about the sale. I asked Brandyn how much money he paid for the

23  business. Brandyn refused to tell me. He did say that he paid money to Warren Kean's business

24  called Validus. I asked Brandyn for a copy of the sales agreement. Brandyn told me there was

25  no written agreement.

26

27  33.    After I spoke to Brandyn alone, I went back into another room with the inspector

28  and Marilou. Marilou said that they did not pay for the business, that they had simply taken it

DECLARATION OF SIMONE LYLACK

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

1 | over.

2 | 34.    Brandyn acknowledged that they were telemarketing for a third party called "Car

3 | Acquire" or "Car Aquire." I asked him for a copy of the sales contract between their company
4 |
5 | and Car Acquire. He told me there was no written agreement because their business community
6 | was small and they all knew each other. I asked him to tell me the name of the person they dealt
7 | with in connection with Car Acquire. Brandyn told me he couldn't remember the name of the
8 | person they dealt with or who owned Car Acquire.

9 | 35.    Under my authority as an Enforcement Inspector, I examined documents on
10 | various desks. I located a stack of correspondence from American Express concerning disputes
11 |
12 | about charges made to accounts of customers of American Express. All of the materials I
13 | observed had the address "355 Princeton Drive, Costa Mesa, CA 92626" and were dated in May
14 | 2012. Some of the correspondence related to "Car Aquire" but I also located one in the stack
15 | relating to "Vehicle Stars" which bore the same Princeton Drive address as the dispute letters
16 | related to "Car Aquire." A true and correct copy of the Vehicle Stars dispute and one of the Car
17 | Aquire disputes is attached here as Attachment 23.

18 | 36.    I asked Brandyn if he could tell me about the "Vehicle Stars" dispute letter.
19 |
20 | Brandyn told me that he knew nothing about it and suggested the dispute letter might be a piece
21 | of scratch paper left over from the prior business operation.

22 | I swear or affirm under penalty of perjury under the laws of the United States of America

23 | that, to the best of my knowledge and belief, the foregoing is true and accurate.

24 | Executed this _12_ day of July, 2012 at Burnaby, British Columbia, Canada,

25 |
26 | Simone Lylack
27 |
28 |

DECLARATION OF SIMONE LYLACK

Page 10 of 10

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

# Telemarketer Licence

**Licence Number 53278**

Pursuant to the *Business Practices and Consumer Protection Act*, SBC (2004)
The following is licensed as a telemarketer.

**0881046 BC Ltd**
**Secure Auto Sales**
**AMG Auto Marketing Group**
**430 Columbia St Suite 200**
**NEW WESTMINSTER BC  V3L 1B1**

The original must be displayed in a conspicuous place at the above address and is not transferable.

This licence is subject to the conditions set out the reverse of this page and to all other conditions imposed on this licence under the *Business Practices and Consumer Protection Act*.

Effective Date: October 01, 2010
Expiry Date: September 30, 2011

Issued under the authority of the Director,
Consumer Protection BC


**CONSUMER PROTECTION BC**

P.O. Box 9244,
Victoria, B.C. V8W 9J2
P: (604) 320-1664
F: (250) 920-7181
TF: 1-888-777-4393
www.consumerprotectionbc.ca

**Telemarketer**
**APPLICATION FOR LICENCE**
**RENEWAL**

The personal information requested in this form and the results of the criminal record check are collected and retained under the authority of Section 26(c) of the BC *Freedom of Information and Protection of Privacy Act* and Section 144 of the *Business Practices and Consumer Protection Act*. This information will be used to determine eligibility for licensing as a telemarketing agency in the Province of British Columbia.

| Licence Number: | 53278 | | Expires On: | September 30, 2010 |
|---|---|---|---|---|

| | |
|---|---|
| **Business Name/Trade Name** | (If different indicate below) |
| 0881046 BC Ltd | Any change of business or trading name must be reported on a **Change of Business Information Form** (available at www.consumerprotectionbc.ca) |
| Secure Auto Sales | |
| **Licensed Location** | Any change of licensed business location must be reported on a **Change of Business Information Form** (available at www.consumerprotectionbc.ca) |
| 430 Columbia St Suite 200 | |
| NEW WESTMINSTER, BC V3L 1B1 | |
| **Mailing Address (if different from above)** | |
| PO Box 12676 Stn Murrayville | |
| LANGLEY, BC V3A 9J5 | |
| **Phone and Fax Numbers and Email** | |
| Phone: (778) 278-1901 | |
| Fax: (949) 266-5879 | |
| Email: admin@readypay.net | |
| **Person in Charge** | |
| Michael Sidcock | |

## COMPLETE THE FOLLOWING INFORMATION

Nature of business: ☒ Distance Sales ☐ 3rd Party Fundraising ☐ Both

| | | | |
|---|---|---|---|
| Since your last application, have there been any changes in officers, managers or directors? ........................ | Yes ☐ | No ☒ |
| Since your last application, have there been any changes in shareholders, partners or owners? ...................... | Yes ☐ | No ☒ |
| If YES to either of the above, please complete the Notice of Change form (available at www.consumerprotectionbc.ca) with supporting documents | | | |
| Since your last application, have any officers, managers or directors been convicted of a criminal or other offense? .......... | Yes ☐ | No ☒ |
| If any have, they must complete and submit a Consent for Disclosure of Criminal Record Information AND a Statutory Declaration for Criminal Record Check. Forms are available at www.consumerprotectionbc.ca | | | |

License Application fees for telemarketers are located in the fee schedule. The fee schedule can be obtained from our website www.consumerprotectionbc.ca or by calling our office.

| | | | |
|---|---|---|---|
| Location Amount ................................................................................... | (A) | $ | 500.00 |
| ☐ **Business located outside BC:** OR | Budgeted number of 'FTE's engaged in distance sales or 3rd party fundraising with BC consumers from this location ........ (B) | | |
| ☒ **Business located within BC:** | Budgeted number of 'FTE's engaged in distance sales or 3rd party fundraising from this location ................................ (C) | 15 | |
| Multiply $50.00 for each FTE = (B) or (C) x $50.00 .................................................... | (D) | $ | 750= |
| Total Fee (A) + (D) | | $ | 1250= |

*A Full Time Equivalent (FTE) represents 1957.5 hours of distance sales or 3rd party fundraising work for the license year October to September. Can be based on prior year actuals or projected year amounts rounded to the nearest whole number.

**PLEASE NOTE:** Late renewals will not be accepted. If renewals are not received prior to the expiry date then your license will expire and a new license application will be required.

## APPLICANT DECLARATION

I hereby certify that the foregoing information is true and correct:

| | | |
|---|---|---|
| **Signature:** | **Date:** | Sep 27 2010 |
| **Name (print):** Matthew J Loewen | **Title:** President | |

PLEASE SUBMIT THIS FORM WITH APPLICABLE PAYMENT TO CONSUMER PROTECTION BC
BY MAIL: To the post office box printed at the top of this form
BY FAX: To the fax number printed at the top of this form
BY COURIER: 307 - 3450 Uptown Blvd
Victoria BC V8Z 0B9

**RECEIVED**
**OCT 2 9 2010**
**BUSINESS PRACTICES & CONSUMER PROTECTION AUTHORITY**

CHEQUES: Payable to Consumer Protection BC (a $25 service charge will be levied on any dishonored cheque)
CREDIT CARD: Include Consumer Protection BC credit card payment authorization form (attached)

Printed on: 10/18/2010

Page 1 of 1

 **CONSUMER PROTECTION BC**

307-3450 Uptown Blvd. Victoria, BC V8Z 0B9
PO Box 9244, Victoria, B.C. V8W 9J2
Phone: (804) 320-1664
Fax: (250) 920-7181
Toll Free 1 888 777-4363
www.consumerprotectionbc.ca

**TELEMARKETER**
CHANGE OF BUSINESS
INFORMATION

| | |
|---|---|
| TELEMARKETER NAME: | 0881046 BC Ltd |
| DOING BUSINESS AS: | AMG AUTO MARKETING GROUP |
| LICENCE NUMBER: | 53278 |

### TYPE OF CHANGE

Effective Date of Change ___ JUNE 20, 2011

- $50.00 ☐ CHANGE OF LICENSED LOCATION ADDRESS
- ☐ My licensed location is also my mailing address.
- $50.00 ☐ CHANGE OF CORPORATE NAME OR CHANGE/ADDITION/DELETION OF TRADE NAME
  Attach a certificate from home jurisdiction Registrar of Companies certifying the change/addition of Corporate and/or Trade Name(s)
- N/C ☐ CHANGE IN LICENSING CONTACT
- N/C ☐ CHANGE OF PHONE, FAX, MAILING ADDRESS or EMAIL ADDRESS ONLY
- N/C ☐ CHANGE OF CORPORATE OFFICE ADDRESS ONLY
- SEE (D) ☒ INCREASE NUMBER OF FTES FOR THIS LOCATION

  Business located within BC: Additional number of *FTE's engaged in
  distance sales or 3rd party fundraising work from this location................ (B) __13__
  OR
  Business located outside BC: Additional number of *FTE's engaged in
  distance sales or 3rd party fundraising work with BC consumers
  from this location................................................................. (C) _____

  Multiply $50.00 for each FTE = (B) or (C) X $50.00........................ (D) $ __650__

  *A Full Time Equivalent (FTE) represents 1957.5 hours of distance sales or 3rd party fundraising work for
  the licence year October to September.

### DETAILS OF CHANGE

From: _____    To: _____

Signature: _____    Date: 20/JUN/2011

Name: MATHEW J. LOEWEN    Title: PRESIDENT
 _Please Print_

**PLEASE MAIL OR FAX THIS FORM WITH APPLICABLE PAYMENT TO CONSUMER PROTECTION BC**

CHEQUES: Payable to Consumer Protection BC ($25.00 service charge on a dishonored cheques)
CREDIT CARD: include Consumer Protection BC credit card payment authorization form at www.consumerprotectionbc.ca

JUN 2 1 2011

BUSINESS PRACTICES &
CONSUMER PROTECTION AUTHORITY

7-Sep-10    Page 1 of 1

53278



**CONSUMER PROTECTION BC**

307-3450 Uptown Blvd. Victoria, BC V8Z 0B9
P.O. Box 9244 Victoria, B.C. V8W 9J2
Phone: (604) 320-1664
Fax: (250) 920-7181
Toll free 1 866 777-4393
www.consumerprotectionbc.ca

**LICENCE APPLICATION**
TELEMARKETER

## TO BE COMPLETED BY APPLICANT ONLY

The personal information requested in this form and the results of the Criminal Record check are collected and retained under the authority of Section 26 (c) of the BC *Freedom of Information and Protection of Privacy Act* and Section 144 of the *Business Practices and Consumer Protection Act*. This information will be used to determine eligibility for licensing in the Province of British Columbia. All applicants named below must complete a Consent for Criminal Record Check form or this submission and submit it with this application. By signing this form you are authorizing Consumer Protection BC to obtain a credit report for the persons named below as part of this application.

### BUSINESS INFORMATION:

1. Legal name: _0881046 B.C. LTD._
   (Exact name in CAPITAL LETTERS)

2. Trade/DBA names (if any): _SECURE AUTO SALES_
   (Exact name in CAPITAL LETTERS)

3. Physical address: _200, 430 COLUMBIA STR NW  V3L 1B1_
   (Suite & Street Address, City & Province/State Postal/Zip Code)

4. Mailing address: _P.O. BOX 12076 STATION "A" PRMVILLE RPO B.C. V3A 9P5_
   (Suite & Street Address, City & Province/State Postal/Zip Code)

5. Business type:  corporation ☒   partnership ☐   sole proprietorship ☐   society ☐

6. Head office Tel: (778) 278-190  Fax: (778) 278-1902 Web: ☒ ADMIN @ READY PAY.NET

If the applicant is a corporation, please complete the following:

Incorporation Date: _13 MAY 2010_          Jurisdiction: _B.C._

Incorporation Number: _BC 0881046_

If the applicant is a partnership/proprietorship or is operating Trade/DBA names, please complete the following:

Registration Date(s): _____          Jurisdiction: _____

Registration Number(s): _____

> Note: Please include a Certificate of Good Standing (or equivalent) from your home jurisdiction for an incorporated company, and/or current search prints for each trade name / DBA name / partnership / proprietorship to be operated under this licence.

### COMPLETE THE FOLLOWING IF THE APPLICANT IS A CORPORATION

| NAMES IN FULL OF SENIOR OFFICERS | RESIDENCE | | POSITION HELD |
| --- | --- | --- | --- |
| | TELEPHONE | ADDRESS | |
| MATTHEW E. LOEZKER | (778) 278-1919 | 22944 OLD YALE RD. LANGLEY B.C. V2Z 2U3 | ☒ President ☐ Treasurer ☐ Secretary ☐ Chief Operating Officer |
| | ( ) | | ☐ President ☐ Treasurer ☐ Secretary ☐ Chief Operating Officer |
| | ( ) | RECEIVED | ☐ President ☐ Treasurer ☐ Secretary ☐ Chief Operating Officer |
| | ( ) | AUG 1 0 2010 | ☐ President ☐ Treasurer ☐ Secretary ☐ Chief Operating Officer |

RECEIVED
AUG 1 0 2010
BUSINESS PRACTICES &
CONSUMER PROTECTION AUTHORITY

21-May-10                                                                 Page 1 of 4

LYLACK ATTACHMENT 4          150

TRO Exhibit 12

COMPLETE THE FOLLOWING IF THE APPLICANT IS A PARTNERSHIP/PROPRIETORSHIP

| ALL PART./PROP. NAMES IN FULL (if insufficient space attach a separate sheet) | RESIDENCE | | |
|---|---|---|---|
| | TELEPHONE | ADDRESS | |
| | (   ) | | ☐ Proprietor/Partner |
| | (   ) | | ☐ Partner |
| | (   ) | | ☐ Partner |

### COMPLETE THE FOLLOWING INFORMATION:

1. Have you previously applied for or held a telemarketer licence in any jurisdiction? ................................ ☐ Yes ....☒ No

2. If YES above, were any of those licences ever suspended or cancelled? ................................................ ☐ Yes ....☒ No

3. Have you ever been refused a telemarketer licence in any jurisdiction? .............................................. ☐ Yes ....☒ No

4. Have any of the individuals identified above had 2 or more bankruptcies? ........................................... ☐ Yes ....☒ No

5. Have any of the individuals identified above ever been convicted of an offence under the Criminal Code of Canada or any other statute? ................................................................................ ☐ Yes ....☒ No

☐ If YES to questions 1 through 4 above, provide details on a separate sheet, including date(s) and location(s) and parties involved.

☐ If YES to question 5 above, and you are a resident of Canada, complete a Statutory Declaration for Criminal Record Check and submit it with your application

☒ ALL APPLICANTS that reside in Canada MUST complete a Consent for Criminal Record Information form and submit it with your application.

☐ ALL APPLICANTS that do not reside in Canada MUST submit a certified criminal record check from their home jurisdiction.

LYLACK ATTACHMENT 4  151

TRO Exhibit 12

## LOCATION INFORMATION (copy this page and attach to application for each location being licensed)

1. Physical address: 200 430 COLUMBIA STR N.W. V3L 1B1
   (Suite #, Street Address, City & Province/State, Postal/Zip Code)

2. Mailing address: P.O. BOX 0076 STATION MORRHNILLE PO B.C. U3A 9S5
   (Suite #, Street Address, City & Province/State, Postal/Zip Code)

3. Office Tel: ( 778 ) 278-1901 Fax ( 778 ) 278-1901

4. This location will be the principal location: Yes ☑ No ☐ If no, indicate principal location: _____

5. The business activity engaged in at this location: Distance Sales ☑ Third Party Fundraising ☐ Both ☐

6. Senior Officer who will have charge of the applicant's telemarketing/fundraising business at this location:

   Name: SIDCOCK                MICHAEL              LEE
         (Surname)              (First Name)        (Middle Names in Full)

   General Manager ☐  Manager ☑  Director of Operations ☐  Other: _____

   Phone Number ( 778 ) ___-_____  E-mail Address _____EHOTMAIL.COM

7. Administrative Contact (person to contact regarding licensing and related issues):

   Name: SAME AS 6.
         (Surname)              (First Name)        (Middle Names in Full)

   Phone Number ( ___ ) _____  E-mail Address _____

8. Complaints Contact (person to contact regarding consumer complaints):

   Name: SAME AS 6.
         (Surname)              (First Name)        (Middle Names in Full)

   Phone Number ( ___ ) _____  E-mail Address ADMIN@READYPAY.NET

## APPLICANT DECLARATION

The applicant hereby:

1. Certifies that I/we have obtained, read and understood the Business Practices and Consumer Protection Act and Telemarketer Licensing Regulation;

2. Certifies that all the information given in this application is true and correct to the best of my/our knowledge and belief.

3. Given permission to Consumer Protection BC to verify bank relationships, memberships and all other matters in this application;

Authorized signing officer of telemarketer applicant:

Signature _____  Print Name MATTHEW J. LOEWEN

Date 10/AUG/2010  Title PRESIDENT

LYLACK ATTACHMENT 4  152

TRO Exhibit 12

## LICENCE APPLICATION FEES (fees are calculated for each licensed location)

Licence application fees for telemarketers are located in the fee schedule. The fee schedule can be obtained from our website www.consumerprotectionbc.ca or by calling our offices.

Location Amount (*Please see telemarketer fee schedule) _____ (A) *AUGUST* $ *250.ᵒᵒ*

☒ Business located within BC; Number of *FTE's engaged in distance sales or 3ʳᵈ party fundraising from this location _____ (B) *~~15~~ 23 o5*  *copied by email.*

OR

☐ Business located outside BC; Number of *FTE's engaged in distance sales or 3ʳᵈ party fundraising with BC consumers from this location _____ (C) _____

Multiply $50.00 for each FTE = (B) or (C) X $50.00 _____ (D) $ *750.ᵒᵒ*

Total Fee (A) + (D)                                      $ *1,000.ᵒᵒ*

*A Full Time Equivalent (FTE) represents 1957.5 hours of distance sales or 3ʳᵈ party fundraising work for the licence year October to September. Can be based on prior year actuals or projected future year amounts rounded to the closest whole number.

### APPLY USING CHEQUE OR MONEY ORDER

Mail completed form, applicable attachments and cheque or money order payable to Consumer Protection BC to:

**Consumer Protection BC**
**PO Box 9244**                      Courier: 307-3450 Uptown Blvd, Victoria, BC V8Z 0B9
**Victoria BC  V8W 9J2**
(a $25.00 service charge will be levied on any dishonoured cheques)

### APPLY USING CREDIT CARD

You may now fax your completed application form, applicable attachments and a credit card payment authorization form (available from the debt collection forms area on the www.consumerprotectionbc.ca web site) to:

**Consumer Protection BC**
**FAX: 250 920-7181**

Licence application payments may be made using VISA or MASTERCARD

### INCOMPLETE APPLICATIONS WILL BE RETURNED UNPROCESSED.

LYLACK ATTACHMENT 4                                                  153

TRO Exhibit 12



**CONSUMER PROTECTION BC**

307-3450 Uptown Blvd. Victoria, BC V8Z 0B9
P.O. Box 9244 Victoria, B.C. V8W 9J2
Phone: (604) 320-1684
Fax: (250) 920-7181
Toll free 1 888 777.4393
www.consumerprotectionbc.ca

### CREDIT CARD PAYMENT AUTHORIZATION FORM

To pay by credit card, please complete form and submit with your request.

**Payment is for:** _NEW APPLICATION_    **Licence Number:** _____
(e.g. Renewal, New Application, Changes, etc.)              (if known)

**Business Name:** _0881046 B.C. LTD._

**Cardholder Name:** _MATTHEW E. LOEWEN_

**Billing Address:** _22944 OLD YALE RD. LANGLEY B.C. V2Z 2J3_

**Contact Phone:** _778-278-1901_

**Card Type:** Visa ☒    MasterCard ☐    American Express ☐
(Note: Only Visa, MasterCard and American Express are currently accepted.)

**Payment Option 1**

☒ Maximum payment authorized   $ _1,000.00_

**Payment Option 2**

☐ I authorize Consumer Protection BC to charge my credit card the necessary amount required to process my documents or to perform my required services.

**Credit Card Number:** ███████████████████████

**Expiry Date** (m) ████  (y) ████

**Cardholder Signature:** X _____

| OFFICE USE ONLY |
| --- |
| Receipt # _____ |
| Date _____ |
| Amount _____ |
| Auth. # _____ |

**Privacy Statement:** Your completion of this authorization form helps us to protect you from credit card fraud. All information entered on this form will be kept strictly confidential by Consumer Protection BC.

**CONSENT FOR DISCLOSURE**
**OF CRIMINAL RECORD INFORMATION**

**PART 1**                           IF COMPLETED MANUALLY, PLEASE PRINT

| LOEWEN | MATTHEW | JAMES | ☒ M ☐ F | FEB 278.194? |

| 12244 OLDYALE RD. | LANGLEY | B.C | V2Z 2K3 |

| ENGLAND | | YES | N/A |

| J/A | | | |

**PART 2**

Pursuant to Section xx(x) of the Privacy Act of Canada, I hereby authorize the Royal Canadian Mounted Police to disclose my personal information to:

| | Director | CONSUMER Protection BC |
| PO BOX 9244 | Victoria | BC | V8W 2G2 |

**PART 3**

**NOTICE AND DISCLOSURE**
[illegible text regarding Crown and Right of Canada]

**PART 4**

[illegible signature line]

Signed this  16  day of  AUGUST  20 10   Signature of Applicant

**PART 5**

[illegible text]

INFORMATION has been verified with the applicant.
CRIMINAL RECORD INFORMATION search on the
CMI Index/System
OTTAWA, ONTARIO RCA-HQ

[illegible block text]

**Verdict Items**

| No. | | Category or Indicative of Conviction | File Number or DOAY |
|-----|---|---|---|
| 1. | | [illegible] | ☐ |
| 2. | | [illegible] | ☐ |
| 3. | | [illegible] | ☐ |
| 4. | | [illegible] | ☐ |

[signature]  C. Lehman  R.C.M. Police
Criminal Records
Review Unit
Victoria, BC

FINANCE
AUG 16 2010

Based on the information received,
there is no criminal record identified.
Information can only be confirmed
by fingerprint comparison.

5

**RECEIVED**

DEC 2 3 2010


CONSUMER
PROTECTION BC

307-3450 Uptown Blvd, Victoria, BC V8Z 0B9
PO Box 9244, Victoria, B.C. V8W 9J2
Phone: (604) 320-1664
Fax: (250) 920-7181
Toll Free 1 888 777-4383
www.consumerprotectionbc.ca

**TELEMARKETER**
**CHANGE OF BUSINESS**
BUSINESS PRACTICES & CONSUMER PROTECTION AUTHORITY

**TELEMARKETER NAME:**    D881046 BC Ltd

**DOING BUSINESS AS:**    AMG  AUTO  MARKETING  GROUP

**LICENCE NUMBER:**    53278

---

## TYPE OF CHANGE

Effective Date of Change  October 26 , 2010

$50.00 ☐   **CHANGE OF LICENSED LOCATION ADDRESS**
☐   **My licensed location is also my mailing address.**
$50.00 ☒   **CHANGE OF CORPORATE NAME OR CHANGE/ADDITION/DELETION OF TRADE NAME**
Attach a certificate from home jurisdiction Registrar of Companies certifying the change/addition of Corporate and/or Trade Name(s)

N/C ☐   **CHANGE IN LICENCEING CONTACT**
N/C ☐   **CHANGE OF PHONE, FAX, MAILING ADDRESS or EMAIL ADDRESS ONLY**
N/C ☐   **CHANGE OF CORPORATE OFFICE ADDRESS ONLY**
SEE (D) ☐   **INCREASE NUMBER OF FTES FOR THIS LOCATION**

Business located within BC: Additional number of "FTE's engaged in distance sales or 3rd party fundraising work from this location ........................ (B) _____
OR
Business located outside BC: Additional number of "FTE's engaged in distance sales or 3rd party fundraising work with BC consumers from this location .................................................................................. (C) _____

Multiply $50.00 for each FTE = (B) or (C) X $50.00................................................ (D) $_____

*A Full Time Equivalent (FTE) represents 1957.5 hours of distance sales or 3rd party fundraising work for the licence year October to September.

---

## DETAILS OF CHANGE

From: _____

ADDITIONAL  DBA

To: _____

AMG  AUTO  MARKETING  GROUP

_____

_____

Signature: _____                    Date: 23/DEC/2010

Authorized Signing Officer

Name:  MATTHEW J. LOEWEN  Title: PRESIDENT

Please Print

---

PLEASE MAIL OR FAX THIS FORM WITH APPLICABLE PAYMENT TO CONSUMER PROTECTION BC

CHEQUES: Payable to Consumer Protection BC ($25.00 service charge on dishonoured cheques)
CREDIT CARD: Include Consumer Protection BC credit card payment authorization form at www.consumerprotectionbc.ca

7-Sep-10                                                                      Page 1 of 1

## Corporate Registry

For: [ PD89367 ] [ BUSINESS PRACTICES & CONSUMER ]

### Details

Dec 29, 2010
12:11:19 PM

Folio:

FS74 - NO MORE INFORMATION TO DISPLAY

Style of Name: AMG AUTO MARKETING GROUP

Registration Number: 10-0541453          Declaration Date: 26 OCT., 2010
Limited Partnership: NO                  Extra Provincial: NO
Limited Part. Termination Date:

Number of Individuals:   1

Individual or: 0881046 B.C. LTD.
Company Name

LYLACK ATTACHMENT 5                    157

TRO Exhibit 12



**CONSUMER PROTECTION BC**

307-3450 Uptown Blvd, Victoria, BC V8Z 0B9
PO Box 9244 Victoria, B.C. V8W 9J2
Phone: (604) 320-1664
Fax: (250) 920-7181
Toll free 1 888 777 4393
www.consumerprotectionbc.ca

**CREDIT CARD
PAYMENT
AUTHORIZATION FORM**



To pay by credit card, please complete form and submit with your request.

Payment is for: _Changes_
(e.g. Renewal, New Application, Changes, etc.)

Licence Number: _53278_
(if known)

Business Name: _0881046 BC LTD_

Cardholder Name: _Matthew J. Loewen_

Billing Address: _22944 Old Yale Rd. Langley BC. V2Z 2V3_

Contact Phone: _778 - 278 - 1901  #1015_

Card Type: Visa ☒   MasterCard ☐   American Express ☐
(Note: Only Visa, MasterCard and American Express are currently accepted.)

**Payment Option 1**

☒ Maximum payment authorized $ _650 = $715⁰⁰_   *increase approved
by M. Loewen via
phone Jun 21 11:57am.

**Payment Option 2**

☐ I authorize Consumer Protection BC to charge my credit card the necessary amount required to process my documents or to perform my required services.

Credit
Card Number: ████████████████

Expiry Date   (m) ██████   (y) ██████

Cardholder Signature: X _____

| OFFICE USE ONLY |
| --- |
| Receipt # _____ |
| Date _____ |
| Amount _____ |
| Auth. # _____ |

Privacy Statement: Your completion of this authorization form helps us to protect you from credit card fraud. All information entered on this form will be kept strictly confidential by Consumer Protection BC.

7

## NEW WESTMINSTER

### BUSINESS LICENSE APPLICATION – COMMERCIAL PREMISES

| | |
|---|---|
| License Holder: | 0881046 BC LTD |
| ☐ Sole Proprietor ☐ Partnership | ☒ Limited or Corporation |
| Trade or Operating Name: SECURE AUTO SALES | |
| Business Address: 200 - 430 COLUMBIA ST | Postal Code: V3L 1B1 |
| Mailing Address (if different from above) PO BOX 12076 STN MURRAYVILLE RPO BC V3A 5J5 | |
| Business Telephone: (778)278 - 1901 | Business Fax No: (949)266 - 5899 |
| Cell Phone: ( ) | E-Mail Address: admin@readypay.net |
| Are Any Renovations Planned? | Yes ☐ No ☒ | If yes, please provide details below: |

CALL CENTER

Are you sharing space with another business at this location? (if yes, who?)

| Number of Employees: 14 | Proposed Start Date: July 1 2010 |
|---|---|

Full Description of Business Activity: ADVERTISING & RELATED SERVICES [ MAICS - 5418 ]

If required, please provide attachment

#### License Holder Information

| | |
|---|---|
| Name (in full): Matthew J. Loewen | Birth Date: |
| Address: 21944 OLD YALE RD, LANGLEY BC | Postal Code: V2Z 2V3 |
| Home Tel: 776-278 - 1919 | Fax No: 866-902 - 9601 | Driver's License: |

#### Partnership Information (if applicable)

| | |
|---|---|
| Name (in full): | Birth Date: |
| Address: | Postal Code: |
| Home Tel: | Fax No: | Driver's License: |

| OFFICE USE ONLY: | |
|---|---|
| Category Code: 344 | Business License No: 125083 |
| Detail Code: CO | Business License Fee: $60.13 |
| Type of Business: Telephone Solicitation | Information Confirmed By: |

Submitted by: Name: Tatsiana Karpukhina          Date: July 6, 2010

Position with Business: Bookkeeper

Signature: *[signature]*

Telephone: 778 722 9951 cell

511 Royal Avenue New Westminster BC V3L 1H9 Tel: (604) 527-4565 Fax: (604) 515-3757



 **BRITISH COLUMBIA** The Best Place on Earth | Ministry of Finance BC Registry Services | Mailing Address: PO BOX 9431 Stn Prov Govt. Victoria BC V8W 9V3 www.corporateonline.gov.bc.ca | Location: 2nd Floor - 940 Blanshard St. Victoria BC 250 356-8626

## BC Company Summary
### For
### 0881046 B.C. LTD.

| | |
|---|---|
| Date and Time of Search: | August 05, 2010 09:27 AM Pacific Time |
| Currency Date: | May 11, 2010 |

### ACTIVE

| | | | |
|---|---|---|---|
| Incorporation Number: | BC0881046 | | |
| Name of Company: | 0881046 B.C. LTD. | | |
| Recognition Date and Time: | Incorporated on May 13, 2010 04:33 PM Pacific Time | In Liquidation: | No |
| Last Annual Report Filed: | Not Available | Receiver: | No |

### REGISTERED OFFICE INFORMATION

**Mailing Address:**
20689 - 56TH AVENUE
LANGLEY BC V3A 3Y9
CANADA

**Delivery Address:**
20689 - 56TH AVENUE
LANGLEY BC V3A 3Y9
CANADA

### RECORDS OFFICE INFORMATION

**Mailing Address:**
20689 - 56TH AVENUE
LANGLEY BC V3A 3Y9
CANADA

**Delivery Address:**
20689 - 56TH AVENUE
LANGLEY BC V3A 3Y9
CANADA

### DIRECTOR INFORMATION

**Last Name, First Name, Middle Name:**
LOEWEN, MATTHEW

**Mailing Address:**
22944 OLD YALE ROAD
LANGLEY BC V2Z 2V3
CANADA

**Delivery Address:**
22944 OLD YALE ROAD
LANGLEY BC V2Z 2V3
CANADA

### NO OFFICER INFORMATION FILED

BC0881046 Page: 1 of 1



**BC Registry Services**

Mailing Address:
PO Box 9431 Stn Prov Govt
Victoria BC V8W 9V3
www.corporateonline.gov.bc.ca

Location:
2nd Floor - 940 Blanshard Street
Victoria BC
250 356-8626

# BC Company Summary
### For
### 0881046 B.C. LTD.

| | |
|---|---|
| **Date and Time of Search:** | July 09, 2012 11:35 AM Pacific Time |
| **Currency Date:** | May 15, 2012 |

## ACTIVE

| | | | |
|---|---|---|---|
| **Incorporation Number:** | BC0881046 | | |
| **Name of Company:** | 0881046 B.C. LTD. | | |
| **Recognition Date and Time:** | Incorporated on May 13, 2010 04:33 PM Pacific Time | **In Liquidation:** | No |
| **Last Annual Report Filed:** | May 13, 2012 | **Receiver:** | No |

## REGISTERED OFFICE INFORMATION

**Mailing Address:**
20689 - 56TH AVENUE
LANGLEY BC V3A 3Y9
CANADA

**Delivery Address:**
20689 - 56TH AVENUE
LANGLEY BC V3A 3Y9
CANADA

## RECORDS OFFICE INFORMATION

**Mailing Address:**
20689 - 56TH AVENUE
LANGLEY BC V3A 3Y9
CANADA

**Delivery Address:**
20689 - 56TH AVENUE
LANGLEY BC V3A 3Y9
CANADA

## DIRECTOR INFORMATION

**Last Name, First Name, Middle Name:**
LOEWEN, MATTHEW

**Mailing Address:**
22944 OLD YALE ROAD
LANGLEY BC V2Z 2V3
CANADA

**Delivery Address:**
22944 OLD YALE ROAD
LANGLEY BC V2Z 2V3
CANADA

## OFFICER INFORMATION AS AT May 13, 2012

**Last Name, First Name, Middle Name:**
LOEWEN, MATTHEW

**Office(s) Held:** (President, Secretary)

| **Mailing Address:** | **Delivery Address:** |
|---|---|
| 22944 OLD YALE ROAD | 22944 OLD YALE ROAD |
| LANGLEY BC V2Z 2V3 | LANGLEY BC V2Z 2V3 |
| CANADA | CANADA |



**BRITISH COLUMBIA**
The Best Place on Earth

Ministry
of Finance
BC Registry Services

Mailing Address:
PO BOX 9431 Stn Prov Govt.
Victoria BC V8W 9V3
www.corporateonline.gov.bc.ca

Location:
2nd Floor - 940 Blanshard St.
Victoria BC
250 356-8626

# BC Company Summary
### For
### 0803065 B.C. LTD.

| | |
|---|---|
| Date and Time of Search: | October 18, 2010 10:40 AM Pacific Time |
| Currency Date: | September 29, 2010 |

## ACTIVE

| | | | |
|---|---|---|---|
| Incorporation Number: | BC0803065 | | |
| Name of Company: | 0803065 B.C. LTD. | | |
| Recognition Date and Time: | Incorporated on September 19, 2007 12:54 PM Pacific Time | In Liquidation: | No |
| Last Annual Report Filed: | September 19, 2009 | Receiver: | No |

## REGISTERED OFFICE INFORMATION

**Mailing Address:**
20570 - 56TH AVENUE
LANGLEY BC V3A 3Z1
CANADA

**Delivery Address:**
20570 - 56TH AVENUE
LANGLEY BC V3A 3Z1
CANADA

## RECORDS OFFICE INFORMATION

**Mailing Address:**
20570 - 56TH AVENUE
LANGLEY BC V3A 3Z1
CANADA

**Delivery Address:**
20570 - 56TH AVENUE
LANGLEY BC V3A 3Z1
CANADA

## DIRECTOR INFORMATION

**Last Name, First Name, Middle Name:**
LOEWEN, MATTHEW

**Mailing Address:**
PO BOX 93010
LANGLEY BC V3A 8H2
CANADA

**Delivery Address:**
#135-19705 FRASER HIGHWAY
LANGLEY BC V3A 8H2
CANADA

## OFFICER INFORMATION AS AT September 19, 2009

BC0803065 Page: 1 of 2

Last Name, First Name, Middle Name:
LOEWEN, MATTHEW
Office(s) Held: (President, Secretary)

Mailing Address:
PO BOX 12076 MURRAYVILLE RPO.
LANGLEY BC V3A 9J5
CANADA

Delivery Address:
PO BOX 12076 MURRAYVILLE RPO.
LANGLEY BC V3A 9J5
CANADA

BC0803065 Page: 2 of 2

LYLACK ATTACHMENT 10

164

TRO Exhibit 12



**BC Registry Services**

Mailing Address:
PO Box 9431 Stn Prov Govt
Victoria BC V8W 9V3
www.corporateonline.gov.bc.ca

Location:
2nd Floor - 940 Blanshard Street
Victoria BC
250 356-8626

# BC Company Summary
For
## 0803065 B.C. LTD.

| | |
|---|---|
| **Date and Time of Search:** | July 09, 2012 11:36 AM Pacific Time |
| **Currency Date:** | May 15, 2012 |

## ACTIVE

| | | | |
|---|---|---|---|
| **Incorporation Number:** | BC0803065 | | |
| **Name of Company:** | 0803065 B.C. LTD. | | |
| **Recognition Date and Time:** | Incorporated on September 19, 2007 12:54 PM Pacific Time | **In Liquidation:** | No |
| **Last Annual Report Filed:** | September 19, 2011 | **Receiver:** | No |

## REGISTERED OFFICE INFORMATION

**Mailing Address:**
#200-4769-222ND STREET
LANGLEY BC V2Z 3C1
CANADA

**Delivery Address:**
#200-4769-222ND STREET
LANGLEY BC V2Z 3C1
CANADA

## RECORDS OFFICE INFORMATION

**Mailing Address:**
#200-4769-222ND STREET
LANGLEY BC V2Z 3C1
CANADA

**Delivery Address:**
#200-4769-222ND STREET
LANGLEY BC V2Z 3C1
CANADA

## DIRECTOR INFORMATION

**Last Name, First Name, Middle Name:**
LOEWEN, MATTHEW

**Mailing Address:**
PO BOX 12076
MURRAYVILLE RPO
LANGLEY BC V3A 9J5
CANADA

**Delivery Address:**
22944 OLD YALE ROAD
LANGLEY BC V2Z 2V3
CANADA

## OFFICER INFORMATION AS AT September 19, 2011

**Last Name, First Name, Middle Name:**
LOEWEN, MATTHEW

**Office(s) Held:** (President, Secretary)

**Mailing Address:**
PO BOX 12076
MURRAYVILLE RPO
LANGLEY BC V3A 9J5
CANADA

**Delivery Address:**
22944 OLD YALE ROAD
LANGLEY BC V2Z 2V3
CANADA



 **BC Registry Services**

Mailing Address:
PO Box 9431 Stn Prov Govt
Victoria BC V8W 9V3
www.corporateonline.gov.bc.ca

Location:
2nd Floor - 940 Blanshard Street
Victoria BC
250 356-8626

# Notice of Change of Address

*FORM 2*
*BUSINESS CORPORATIONS ACT*
*Sections 35 & 36*

| | |
|---|---|
| Filed Date and Time: | July 5, 2012 01:49 PM Pacific Time |
| Effective Date and Time of Filing: | July 6, 2012 12:01 AM Pacific Time |

**Incorporation Number:**
BC0803065

**Name of Company:**
0803065 B.C. LTD.

## REGISTERED OFFICE INFORMATION

**Mailing Address:**
#200-4769-222ND STREET
LANGLEY BC V2Z 3C1
CANADA

**Delivery Address:**
#200-4769-222ND STREET
LANGLEY BC V2Z 3C1
CANADA

## RECORDS OFFICE INFORMATION

**Mailing Address:**
#200-4769-222ND STREET
LANGLEY BC V2Z 3C1
CANADA

**Delivery Address:**
#200-4769-222ND STREET
LANGLEY BC V2Z 3C1
CANADA

*13*



## CORPORATION OF THE CITY OF NEW WESTMINSTER
511 ROYAL AVENUE, NEW WESTMINSTER BC  V3L 1H9  604-527-4565

# * 2011 BUSINESS LICENCE *

THIS LICENCE MUST BE POSTED IN A CONSPICUOUS PLACE ON THE BUSINESS PREMISES. THIS
LICENCE IS ONLY VALID AT SPECIFIED LOCATIONS.

BUSINESS & LOCATION:

**SECURE AUTO SALES**
**200 430 COLUMBIA ST**

LICENCE NO:        **125083**

LICENCE FEE:      **$161.85**

EXPIRES ON:  **Dec 31, 2011**

LICENSEE:

**0881046 BC LTD**
**PO BOX 12076**
**STN MURRAYVILLE RPO BC  V3A 9J5**

HAS PAID THE REQUIRED LICENCE FEE AND IS ENTITLED TO CARRY ON THE BUSINESS
DESCRIBED AS:

**TELEPHONE SOLICITATION   TELEPHONE SOLICITATION**

This is to certify that the licensee is entitled to carry on such business as indicated within
the City of New Westminster in a lawful manner and is issued subject to the provisions of all bylaws
in effect in the City of New Westminster.

## VERIFICATION SCRIPT

Starting the call:

Hi sir/madam can you please hold. Thank you

*Answer the phone, and then press "CONF" on the upper buttons*

*Dial the ident-a-call phone number:*

*When the IVR asks you for your PIN number, enter          and then press # (you do not need to wait for the voice to finish speaking)*

*Press "CONF" "CONF" to bring your customer in*

After dialing in

Hi this is _____ in the verification department representing Auto Marketing Group. For quality assurance this call will be digitally recorded and kept on file. Please state your first and last name for the record. Thank you. I see your advertisement with our company is a (Vehicle, Year, Make and Model) is this correct?

What credit card would you like to charge for the payment? (Visa or MasterCard). Can you please confirm the credit card number to me? The expiration date? And lastly the CVV code? Thank you

Do you authorize the advertising fee portion of (-price-) + the non-refundable guarantee protection plan fee of (-price-) Grand total of (-price-) charged on today's date? Thank you.

So you do understand by purchasing our Guarantee Protection Plan, if your vehicle is NOT sold AFTER 90 days, your profiling fee portion of (-price-) is fully refunded however the charge of (PRICE) for the Protection Plan is NON-REFUNDABLE. No one at this point has seen your vehicle or been approved for financing. However, you do understand that we will guarantee the sale of your vehicle in 90 days. Is this clear? Thank you.

Also, you do understand that the contract between us is contained in the materials we have sent to you up until now, and by proceeding with us you are agreeing to those terms as of today's date. Is that clear? Additional information that we discussed today will be reflected in an email that will be sent to you within 72 hours.

Please note we do require you to log into your account within 7 calendar days, of today's date, as well as enter your VIN number. Please allow 1-2 processing period.

Your credit card statement will show a proof of payment to our merchant processor AMG Auto Marketing Group. The (-price-) advertising fee and the          (-price-) guarantee protection plans fee will be shown as 2 separate charges on your credit card statement. Is this understood? (Must have a clear Yes).

Once the transaction has gone through you will receive 1 email with your transaction record, as well you will receive a username and password to manage, edit or upload photos. To confirm an email I have (-

AC/1073193.2

email address-). And to confirm your billing address I have (-address-). And your primary phone number on file I have (-phone number-). Thank you.

Once you receive your username and password you may log in through our website, www.automarketinggroup.com. If you have any general inquiries or do not receive your confirmation email after 72 hours please contact Customer Service at 1-888-760-3426, to which our hours of operation are 9am - 5pm Pacific Time, Monday to Friday. We are closed Saturday, Sunday and all Statutory holidays.

So hold now for your confirmation number and I will come back on the line to make sure you wrote it down correctly, Okay?

*Press #1 on the phone*

(Confirm they got the 9 digit confirmation number.)

Thank you for choosing AMG Auto Marketing Group, and best of luck with the sale of your vehicle.

AC/1073193.2

# AUTO MARKETING GROUP

## CONFIRMATION LETTER

### Dear Noah Sarna,

Thank you for choosing the Auto Marketing Group for the sale of your vehicle. You have already completed the first step and created your profile with your agent. This is your confirmation email and information that you need to activate your account.

To initiate the rest of this process, please immediately sign in to your account with the details below, and register the VIN number that your money back guarantee will be active on. **You must complete this process within 7 days of your contract date to be eligible for the money back guarantee,** as we need to ensure that we are able to perform our duties within a proper time frame. We reserve the right to perform a car fax on all vehicles registered, to verify that they are in the condition noted. Please update your profile with full pictures, and check the options that are on your vehicle.

Transaction information:

Verification code: 000000000

Contract Date: _____

7 Day Registration Deadline: _____

Expiration of 90 Day Profile Period: _____

General Package:    $399.99
AMG Guarantee:    $ 99.99
Applicable Taxes:    $_____

TOTAL:    $_____

Receipt number: 00000

Protection plan receipt number: 00000

* All prices quoted are in USD regardless of the country you are registering from.

* Canadian customers are charged GST or HST wherever applicable.

AC/1073360.2

Membership information:

Username: ███████████

Password: ████

Listing ID: 14721

Locality: Vancouver

Regards,

Amy Smith

Processing team

Verification number: 123456789

AC/1073360.2

# AUTO MARKETING GROUP

## ONLINE VEHICLE MARKETING AGREEMENT

Subject to the terms of this Agreement, 0881046 B.C. Ltd., doing business as AMG Auto Marketing Group, ("AMG") will provide online vehicle marketing services to you, [*insert customer name*], as described below:

**1.** Services. AMG will profile your [*insert vehicle name*] (the "Vehicle") on www.automarketinggroup.com (the "Site"), which will be connected to AMG's network of websites and accessible on major search engines (the "Services").

**2.** Duration. The date of this Agreement will be the date on which your payment to AMG for the Services is authorized and received (the "Contract Date"), namely [*insert payment date*]. AMG will profile the Vehicle for 90 days following the Contract Date, namely until [*insert 90 days beyond payment date*]. Every reference to "day" or "days" in this Agreement is to calendar days.

**3.** Profiling Fee. The fee for the Services will be $399.99 USD (the "Profiling Fee").

**4.** AMG Guarantee and Refund. In addition to the Services, AMG offers the "AMG Guarantee" for an additional cost of $99.99 USD, which will ensure that the Profiling Fee is risk-free, subject to this Agreement.

If the Vehicle is not sold at the end of the 90-day period, AMG will refund your Profiling Fee, provided the following additional conditions are met:

- the Vehicle must still be for sale, and unsold, as of the date that you submit your completed Refund Request Form to AMG, and the Vehicle's title must be in your name or in the name of a lien holder on your behalf;

- you must have logged on to the Site within 7 days of the Contract Date and completed the registration process, including listing the VIN number of the Vehicle, by using a user name and password that will be sent to you following payment and processing;

- you must have uploaded 1 picture to the Site within 14 days of the Contract Date;

- your listing on the Site must be active every day from the date of listing until the end of the 90-day period; and

- you have provided, at the request of AMG, written proof of ownership of the Vehicle from your state or provincial department of motor vehicles.

Refund requests must be sent to AMG via certified mail within seven days following the 90-day period. Requests will not be accepted via email, fax, or telephone. Requests received through postal mail that do not have courier tracking on them are not guaranteed to be received and are ineligible.

The Refund Request Form must be notarized and include a statement showing that the Vehicle is still in your possession and has not been sold or traded. If title is not availhble, provide an official mailed document from lien/title holder stating that the title of the Vehicle remains in the original Seller's name from time of placed advertisement. AMG Auto Marketing Group has complete discretion to determine whether the requirements for the Guarantee have been met.

**5.** Itemization of Purchase Price. The purchase price (the "Purchase Price") will be as follows:

| | |
|---|---|
| Profile Fee: | $399.99 USD |
| AMG Guarantee: | $99.99 USD |
| [*insert application tax and amount in USD*] | |
| Total: | [*insert total in USD*] |

**6.** Statement of Payment. The Purchase Price is payable in full on the Contract Date by providing us with your credit card information either over the telephone or through the Site.

**7.** Contact Us
Telephone: 1-888-760-3426 ext 253
Email: customerservice@automarketinggroup.com
Fax: 702-552-8122
Business Address: 200 – 430 Columbia Street
New Westminster, BC V3L 1B1
Mailing Address: 7260 West Azure Drive
#140-762 Las Vegas, Nevada, USA 89130

**8.** Consent. Your consent to this Agreement will be confirmed by you authorizing payment for the Services and, if applicable, the AMG Guarantee.

**9.** General Terms and Conditions. The General Terms and Conditions sent along with this Agreement apply to any use of the Site and are hereby incorporated into this Agreement.

**DATE OF AGREEMENT:** [*insert date of agreement*]

AC/1135695.1

## General Terms and Conditions

These General Terms and Conditions have two components: (1) Privacy Policy; and (2) Terms of Use. By using our Site (defined below) you hereby agree to be bound to the terms contained below.

### Privacy Policy

This Privacy Policy sets out the privacy policies and practices for the AMG Auto Marketing Group, a business carried on by 0881046 B.C. Ltd., ("the AMG Auto Marketing Group") with respect to the collection, use and disclosure of personal information in connection with www.automarketinggroup.com (the "Site"). This Privacy Policy may be updated by the AMG Auto Marketing Group giving reasonable notice of the revised terms (including by email or by posting on the Site), and this Privacy Policy may be supplemented or modified by agreements entered into between the AMG Auto Marketing Group and an individual from time to time.

In this Privacy Policy, "personal information" means any information about an identifiable individual, as further defined under applicable Canadian laws.

### Collection of Personal Information

The Site's registration form requires users to give us contact information (such as name and email address) and demographic information (such as postal code, age, or income level) and other information that is used by the AMG Auto Marketing Group to provide services. The AMG Auto Marketing Group uses the customer contact information from the registration form to send the user information that he or she has requested regarding the Site or regarding services offered by the AMG Auto Marketing Group.

This Site uses an ad form for customers to place online ads. One of the express purposes of the Site is to gather contact information provided voluntarily by customers to be published online, and in connection with items that are for sale by customers.

The AMG Auto Marketing Group has no control over who views online ads. Contact information provided may be used to contact customers when necessary. We collect customers' financial information (such as account or credit card numbers) to bill the user for products and services, but retain this information only as required to process the transaction and for as long as may be required by law.

Demographic and profile data is also collected at the Site. We use this data to tailor each visitor's experience at the Site, showing the user content that we think he or she might be interested in, and displaying the content according to the user's preferences.

The AMG Auto Marketing Group's online surveys ask visitors for contact information (such as email addresses) and demographic information (such as postal code, age, or income level). The AMG Auto Marketing Group uses contact data from our surveys to send users information about our products and services. Users may opt-out of receiving future mailings (see the Opt-Out section below).

The AMG Auto Marketing Group may use customer information for additional purposes that may be identified at or before the time that the information is collected. The AMG Auto Marketing Group also uses information from customers for accounting and transaction completion purposes.

### Disclosure of Personal Information

The AMG Auto Marketing Group may disclose certain personal information as follows:
- to third party service providers and to affiliated entities in order to carry out work on behalf of the AMG Auto Marketing Group,
- to law enforcement agencies for the purposes of investigating fraud or other offences, or
- to legal, financial, and other professional advisors or in connection with the sale or reorganization of all or part of its business or operations.

AC/1075313.2

Except as provided above, the AMG Auto Marketing Group will not use or disclose personal information for purposes other than those for which it was collected, except with the consent of the individual or as required or permitted by law.

**Cookies and IP Addresses**

The AMG Auto Marketing Group uses your IP address to help identify you and your membership, gather broad demographic information about our users, diagnose problems with our server, and administer the Site. The Site uses cookies to keep track of your membership tools and to make sure you do not see the same ad repeatedly. We use cookies to deliver content specific to your interests and to save your password so you do not have to re-enter it each time you visit the Site. We also provide an option to log out should you be using an insecure or publicly shared computer.

We use outside ad companies to display ads on the Site. These ads may contain cookies. While we use cookies in other parts of the Site, cookies received with banner ads are collected by our ad companies, and the AMG Auto Marketing Group does not have access to this information.

**Links**

This Site contains links to other websites, such as websites providing national search capabilities and information resources designed to inform buyers and sellers about general aspects of property that is being sold. The AMG Auto Marketing Group is not responsible for the privacy practices or the content of such websites. Please ensure you review the privacy policies of the websites that you visit.

**Security**

The AMG Auto Marketing Group protects against the loss, misuse and alteration of personal information with security measures appropriate to the sensitivity of the information. However, it is possible that any information transmitted via the Internet may be intercepted by unknown third parties. We use Verisign to have credit card data transmitted to our network servers in a secure encrypted mode.

**Opt-Out**

When appropriate, users of the Site are given the opportunity to (i) opt-out of receiving communications from us, (ii) remove their information from our database, or (iii) elect to no longer receive services from us. If you wish to opt-out of receiving further communications, please contact the AMG Auto Marketing Group' privacy officer (the "Privacy Officer") by email or phone using the contact information provided below.

**Corrections/Contact**

Users of this Site may contact the Privacy Officer to modify or correct any of their personal information that is under our control. An individual may also direct a written complaint regarding compliance with this Privacy Privacy to the Privacy Officer and, within a reasonable time upon receiving the written complaint, the Privacy Officer will conduct an investigation into the matter. Within a reasonable time of concluding the investigation, the Privacy Officer will inform the complainant whether the complaint will be allowed or denied. If the Privacy Officer allows the complaint, the AMG Auto Marketing Group will take appropriate measure necessary to rectify the source of the complaint.

**Contact Us**

If you have any questions about this Privacy Policy, the AMG Auto Marketing Group' privacy practices in connection with this Site, or the AMG Auto Marketing Group' collection, use, disclosure, or retention of your personal information in connection with this Site, please contact the Privacy Officer as follows:

AC/1075313.2

AMG Auto Marketing Group
7260 West Azure Dr #140-762
Las Vegas, Nevada, 89130
Toll Free: 1-888-760-3426
Fax: 702-552-8122
Email: privacy@automarketinggroup.com

## Terms of Use

The Site is provided to you subject to the following terms and conditions (these "Terms of Use"). These Terms of Use include important disclaimers that affect your rights.

By using the Site, you agree to be bound by these Terms of Use. If you do not agree to these Terms of Use, do not use the Site.

### Changes to these Terms of Use

The AMG Auto Marketing Group reserves the right to make changes to these Terms of Use. The changes are effective on the earlier of (i) the AMG Auto Marketing Group providing you with notice of such changes, or (ii) 14 days after the revised Terms of Use are posted on the Site.

### Changes to the Site

The AMG Auto Marketing Group reserves the right to change any aspect of the Site including the right to refuse or remove any content, whatever the source, at any time without any notice or liability to you.

All ads are published on the Site in good faith without verification. The AMG Auto Marketing Group reserves the right to refuse, classify, revise or censor any ads for any reason in its sole discretion. The AMG Auto Marketing Group does not guarantee to post all requested ads. All users are advised to check ad and message details carefully before entering into any agreement of any kind and before disclosing personal information.

### Privacy Policy

The AMG Auto Marketing Group collects, uses, and discloses your personal information in accordance with the Privacy Policy. The Privacy Policy is incorporated into these Terms of Use. By providing information to the AMG Auto Marketing Group, you consent to the use of such information in accordance with the Privacy Policy.

### Confidentiality

The Internet is not a secure means of communication and the privacy, integrity or authenticity of any communication over the Internet between you and the AMG Auto Marketing Group cannot be ensured. The AMG Auto Marketing Group is not responsible for any damages you may suffer if you communicate confidential information over the Internet or if the AMG Auto Marketing Group communicates such information to you at your request.

### Use of the Site

The Site is for your personal and non-commercial use. You may view and print out web pages from the Site for personal use, provided that you maintain all copyright notices, but may not otherwise copy, reproduce, modify, collect, or catalogue information or material on the Site, except as expressly permitted by the AMG Auto Marketing Group or these Terms of Use.

AC/1075313.2

You may not use the Site to engage in any unlawful activity or to infringe the rights of the AMG Auto Marketing Group, its affiliates or others.

You further agree that you will not (i) interfere with the operation of the Site in any way, (ii) interfere with anyone's use or enjoyment of the Site, (iii) harass anyone on the Site or through the Site, (iv) impersonate any person or entity on the Site or through the Site, or (v) post any content or views that may be considered threatening, abusive, vulgar, obscene or otherwise objectionable.

**Monitoring Use of the Site**

The AMG Auto Marketing Group may monitor the Site but is under no obligation to do so. You hereby waive any expectation of privacy in such information and activity. Your waiver of rights in all such monitoring does not apply to personally identifiable information which is handled by the AMG Auto Marketing Group in accordance with the Privacy Policy of the Site.

**Termination of Access**

If you use the Site in any manner that is prohibited by these Terms of Use, the AMG Auto Marketing Group may without notice terminate your use of the Site or your access to the Site at any time.

**Intellectual Property**

The copyright to the Site, the design and appearance of the Site, and all of the materials and content on the Site are owned by or licensed to the AMG Auto Marketing Group. These materials are protected by law against unauthorized copying and reproduction. Any use, reproduction or distribution of material, including caching, framing, or similar means, from the Site (except as permitted herein) without written permission of the AMG Auto Marketing Group is expressly prohibited.

The AMG Auto Marketing Group.com is a registered or unregistered trade-mark of the AMG Auto Marketing Group or its affiliates or associates. Other service and product marks that appear on the Site are the trade-marks of their respective owners. The display of any trade-marks on the Site does not imply that a license has been granted for any further use.

Unless otherwise agreed to in writing by the AMG Auto Marketing Group, all information provided by you, including, without limitation, any suggestions, comments or know-how you may provide to the AMG Auto Marketing Group through the Site, is provided on a non-confidential basis and becomes the exclusive property of the AMG Auto Marketing Group. You expressly consent to the unrestrained use of all such information by the AMG Auto Marketing Group. Your waiver of rights in all such information does not apply to personally identifiable information which is handled by the AMG Auto Marketing Group in accordance with the Privacy Policy of the Site.

**Dealing with Third Parties**

Any correspondence or business dealings with any third parties including merchants, sellers, or advertisers found on, or through, the Site is solely between you and such parties. The AMG Auto Marketing Group is not responsible for any damages you may suffer by entering into such transactions including the payment for and delivery of goods if any, and any terms, conditions, warranties, or representations associated with such dealings. You and the third party, not the AMG Auto Marketing Group, are responsible for compliance with all laws applicable in any such transaction.

Use caution and common sense when using the Site and, in particular, exercise great care when revealing personal information. When using the Site there are risks of dealing with underage persons or people acting under false pretences.

**No Endorsement**

AC/1075313.2

The Site may contain links to other sites. Such other sites were independently developed by parties other than the AMG Auto Marketing Group. These links are for your convenience only and the AMG Auto Marketing Group does not assume responsibility for the accuracy or appropriateness of the information contained at such sites or endorse the viewpoints expressed at such sites.

Any mention of another party or its product or service on the Site is for informational purposes only and should not be construed as an express or implied endorsement of that party or its advice, opinions, information, products or services.

**No Contract or Offer**

No part of the Site should be taken to constitute an offer or solicitation to buy or sell products or services. Some products or services mentioned on the Site may only be available in certain areas or jurisdictions. Any products or services mentioned on the Site are made available only where they may be lawfully made available or offered for sale. Except for your agreement to abide by these Terms of Use and your agreement to the Privacy Policy, use of the Site does not create any contract or agreement between you and the AMG Auto Marketing Group, nor any obligation of the AMG Auto Marketing Group to you.

**No Warranties**

Information provided on the Site by the AMG Auto Marketing Group is believed to be reliable when posted. HOWEVER, THE AMG AUTO MARKETING GROUP DOES NOT GUARANTEE THE QUALITY, ACCURACY, COMPLETENESS OR TIMELINESS OF THE INFORMATION PROVIDED. INFORMATION CONTAINTED ON THE SITE MAY CONTAIN ERRORS. ACCESS TO THE SITE IS PROVIDED ON AN "AS IS" BASIS. YOU SHOULD NOT ASSUME THAT YOUR USE OF THE SITE WILL BE ERROR FREE OR THAT THE SITE WILL OPERATE WITHOUT INTERRUPTION.

THE AMG AUTO MARKETING GROUP DISCLAIMS ALL WARRANTIES, REPRESENTATIONS AND CONDITIONS REGARDING USE OF THE SITE OR THE INFORMATION PROVIDED, INCLUDING ALL IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT, WHEATHER EXPRESS OR IMPLIED, OR ARISING FROM A COURSE OF DEALING, USAGE OR TRADE PRACTICE.

**No Liability**

THE AMG AUTO MARKETING GROUP IS NOT RESPONSIBLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES WHATSOEVER AND HOWSOEVER CAUSED, ARISING OUT OF OR IN CONNECTION WITH THE USE OR MISUSE OF THE SITE OR IN RELIANCE ON THE INFORMATION AVAILABLE ON THE SITE, INCLUDING ANY BUSINESS INTERRUPTION, LOSS OF USE, LOST DATA, LOST PROFITS OR ANY OTHER PECUNIARY LOSS. WHEATER IN AN ACTION OF CONTRACT, CIVIL LIABILITY, NEGLIGENCE OR OTHER TORTIOUS ACTION, EVEN IF THE AMG AUTO MARKETING GROUP HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGES OR SUCH DAMAGES ARE REASONABLY FORESEEABLE.

**Indemnity**

You hereby agree to indemnify, defend and hold harmless the AMG Auto Marketing Group and the partners, members, shareholders, officers, directors, employees, consultants, lawyers and agents of the AMG Auto Marketing Group , from any and all third party claims, liability, damages or costs they incur arising as a result of your misuse of the Site, your violation of these Terms of Use, or your infringement of any intellectual property or other right of the AMG Auto Marketing Group or any person or entity.

**Jurisdiction**

Any dispute shall be governed by British Columbia and Canadian law and adjudicated by the courts of British Columbia, Canada. Certain

AC71075313.2

Jurisdictions expressly prohibit a choice of law or venue clause in a consumer contract that refers to a "foreign" jurisdiction vis-a-vis the consumer. In such specific circumstances, any dispute in relation to these Terms of Use shall be governed by the law applicable to the consumer.

AC/1075313.2

# AUTO MARKETING GROUP

Hi Noah Sarna,

As per our conversation, here is the information for your review.

Please visit our web site for more info at:

http://www.automarketinggroup.com

Here are some details for you regarding the sale of your Honda Civic. I'm confident that after you review the information you will feel comfortable setting up your account with me. Thanks for your consideration and time.

**Here are the components of your Marketing Campaign:**

With the largest affiliate reach in the online auto advertising business, AMG has one goal, to sell your car. Our extensive network of 60+ sites ensures that your vehicle receives the advertising it needs to sell. Our company takes a new approach to vehicle sales with aggressive marketing to get your vehicle maximum exposure. Not only is your vehicle listed on the AMG Site, but also more than 60 other affiliate sites that are part of our extensive network reach, most importantly generating millions of searches every month. To further market your vehicle we bid and purchase over 500 key words on major search engines like Google, Yahoo and MSN, to ensure when someone is looking for your vehicle they will come to AMG.

AMG has revolutionized the way people buy and sell vehicles, with our continued commitment to providing the best possible service we are now offering a guarantee to make your advertising with us risk free. With our ability to sell vehicles in any market, we offer an "AMG Guarantee" for $100 you ensure that your profiling fee is risk-free. If your vehicle is unsold within 90 days of accepting our service, simply send in the insurance form to receive reimbursement of your $400 fee.

Your contract runs from the day you accept our service for 90 days according to the terms in the attachments, with no hidden costs and no renewal fees. While other advertising companies make their profit off your renewal fees, we make ours through the sale of your vehicle! Sit back relax and let us do the work.

**Please visit our website:**     http://www.automarketinggroup.com

**For an example profile, please visit our sponsor site and click on any vehicle at:**
http://walmart.oodle.com/vehicle/?q=automarketinggroup&sc=vehicle

AC/1073378.2

You may also view our ads at our affiliate sites:

www.caranddriver.com : www.aol.com : www.Military.com : www.canada.com : www.oodle.com

Sincerely,

Amy Smith

**The Auto Marketing Group**

**1-888-760-3426** ext 253
www.automarketinggroup.com
Fax: 702-552-8122   Monday-Friday 9am-5pm PST
"Auto Marketing Group" is a registered business
name of 0881046 B.C. Ltd.
Business Address:    200 – 430 Columbia Street
New Westminster, BC  V3L 1B1
Mailing Address;     7260 West Azure Drive
#140-762  Las Vegas, Nevada, USA   89130

You are receiving this email as a direct result of your communication with one of our agents.  No unsolicited emails are sent by our company, and no emails will follow unless you request information.  If you have any questions about our privacy policy, use of emails, or would like to be added to our 'Do Not Call' list, please contact customer service at 1-888-760-3426.

AC/1073378.2



# Auto Marketing Group

## Refund Form

Provide the following information so we can start on your Guarantee. Refund Form must be sent by posted mail within seven calendar days of placing the advertisement through Auto Marketing Group.

**The refund form should be sent to Auto Marketing Group**

## Contact Information and Vehicle Information

Name: _____

Address: _____

Address Cont: _____

Phone Number (s): _____

Email Address: _____

Vehicle Make: _____Year:_____

Model: _____

Ad #: _____ Ad Start Date_____

VIN #:_____

## Payment Information

Credit Card Type Used: _____
Credit Card Number: _____
Exp Date: _____
Adverting Amount Charged to your Credit Card: _____

1                                          www.automarketinggroup.com

# Auto Marketing Group Guarantee

Terms and Conditions

By signing below, I hereby represent, warrant and affirm, under penalty of Perjury, that I have read and satisfied all requirements for a refund under, Auto Marketing Group 90-Day Guarantee policy, which are posted at www.automarketinggroup.com. Specifically, I hereby represent, warrant, and Affirm, under penalty of perjury, that:

(a) My advertised vehicle has not been sold or traded in, and continues to be available for sale;
(b) The advertised vehicle's title remains in my possession or in the possession of a lien holder on
My behalf and is current; (Submit Vehicle Registration/Title with Refund Request Form)
(c) I am not a vehicle wholesaler or dealer;
(d) I have uploaded a minimum of 1 picture to my advertisement at www.automarketinggroup.com within 14 calendar days of commencement of my advertisement with Auto Marketing Group
(e) as originally listed, the advertised vehicle was competitively priced, consistent with my vehicle's quality compared to other vehicles of the same condition, manufacture, similar year, make and model, and overall market conditions; and
(f) All documentation has been provided as requested. (To be completed by Notary Public/Deputy Clerk)

The foregoing Refund Request was subscribed, sworn to, and acknowledged before me by

_____ (Customers Name)

This _____ day of _____, 200 ____ at _____

Signed:

_____

Notary Public/Deputy Clerk in and for the_____

**Refund Requests must be postmarked and sent by certified postal mail within seven calendar days following the 90-day Guarantee period to Auto Marketing Group.**

LYLACK ATTACHMENT 18                          183

TRO Exhibit 12

# Auto Marketing Group

Refund procedure:

1.) Open Mail
2.) Review each "Request Form" whether eligible or non eligible.
3.) Refer to check list whether eligible or non eligible.
4.) Send out denial letters to non eligible clients.
5.) Re-confirm mailing address with clients who are eligible for their refund and then mail cheque.
6.) Give an estimated time frame for those eligible clients after review. (Approximately 3 – 5 weeks)

## AUTO MARKETING GROUP REFUND CHECK LIST

**Client:** _____

**Amount:** _____ **Listing ID:** _____

**Sign Up Date:** _____

**Expiration Date:** _____


**Status:**          **Eligible**          **Non Eligible**


| | |
|---|---|
| 1.) Refund Registration Form received by certified mail | YES/NO |
| 2.) Refund Registration Form postmarked within 7 days of the start date | YES/NO |
| 3.) Refund Request Form received by certified mail | YES/NO |
| 4.) Refund Request Form postmarked within 7 days after expiry date | YES/NO |
| 5.) Vehicle Registration/Title attached to Refund Request Form | YES/NO |
| 6.) Refund Request Form notarized within 7 days after expiry date | YES/NO |
| 7.) Minimum of one picture uploaded | YES/NO |


**Additional Notes:**

_____
_____
_____
_____
_____
_____
_____
_____

# AUTO MARKETING GROUP

Auto Marketing Group,

7260 West Azure Drive #140-762

Las Vegas, NV, 89130

<u>Reply to your Request for a Refund</u>

(Clients Name)

(Ad #)                                                                                                                    (Date)

Dear (Clients Name)

Auto Marketing Group Refund Department (AMGRD) received your Refund Request Application on (Date), in which you have requested a refund under our Refund Request Policy; after careful review and consideration from AMGRD, your application has been unsuccessful. Our decision was based on an analysis of all the information that you provided on your application to AMGRD. Your request was denied based on the following terms: You are able to reference our policy at http://www.automarketinggroup.com/refund.cfm we have also included a copy of our policy and refund request form for your convenience.


- Vehicle Registration/Title not attached to Refund Request Form.

- Refund Registration form postmarked within 7 days of the start date.

- Refund Request form was not notarized within 7 days after expiry date.

- Refund Registration Form was not received by certified mail.

- Refund Request Form was not postmarked within 7 days after expiry date.

- A minimum of picture was not uploaded.


AMGRD received a request from our sales department to credit your account with 90 days of free service. This credit has been approved, and applied to your account, and can be used any time of your choosing. As well your credit is fully transferrable to a party you wish to extend it to.

Regards,


Refund Department

Auto Marketing Group

# Employees

| | |
|---|---|
| *Tucker Vezina | Amber Hayes |
| *Rachel Devir | Saima Zaidi |
| *Hailey Wallis | Erin Palm |
| *Katerina Arget | Tony Mann |
| *Kaylie Page | Sora Lee |
| *Crystal Mondor | Shaylee Denny |
| **Dade Brandon | Jason Hobbs |
| **Matt Duquid | Angela Bierwirth |
| **Doreen Singh | Eugene Crocco |
| **Justin Singh | Savannah Thompson |
| **Patrick Prakash | Amber Piccirello |
| **Jordan Takeda | Sean Cleaver |
| **Natalia Durda | Nathan Gatabaki |
| **Sora Lee | Alex Popov |
| **Inderjeet Daleh | Mira Lade |
| **Shannen Sharma | Ted Webster |
| **Amrit Chohan | Uttara Hengari |
| **Brandyn Smilovici | Daniel Iglic |
| **Marilou Catanjal | Donovan Loewen |
| **Vince Buholzer | Jason Pereira |
| Dana Tough | Jasmine Dimawala |
| Katie Wickett | Georgia Hume |
| Steven Tachie | Stella De Arce |
| Madeline Yanciw | |

**\*Night shift worker**

**\*\*Not outbound telemarketer**

21

**From:** Matt Loewen [mailto:mloewen@readypay.net]
**Sent:** Monday, August 16, 2010 11:13 AM
**To:** Tim Monaghan
**Subject:** RE: Licensing issues with your application for a telemarketing licence in British Columbia

Based on that info we have 23.5 full time employees. You have authorization to charge my card for that amount.

Thanks,

**Matthew J. Loewen**
ReadyPay Services Inc.
President
T - 866-397-6833
F - 866-902-9601
C - 949-933-2007

375 N Stephanie St. - Suite 1411
Henderson, NV 89014-8909



This email transmission and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is the sole property of ReadyPay Services Inc. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.

**From:** Tim Monaghan [mailto:Tim.Monaghan@consumerprotectionbc.ca]
**Sent:** August-16-10 8:53 AM
**To:** Matt Loewen
**Subject:** RE: Licensing issues with your application for a telemarketing licence in British Columbia

Hi – not an issue for the Auto Marketing Group as a third party . As for employees, it's the number of full-time equivalent employees employed at 1957 hours per year engaged in distance sales not hours on the phone.

Thanks again

TIMOTHY J. (TIM) MONAGHAN | MANAGER, LICENSING
Consumer Protection BC

P 604.320.1664, ext.2806 F 250.920.7161 TF 1.888.777.4393
W www.consumerprotectionbc.ca

**From:** Matt Loewen [mailto:mloewen@readypay.net]
**Sent:** Friday, August 13, 2010 4:48 PM
**To:** Tim Monaghan
**Subject:** RE: Licensing issues with your application for a telemarketing licence in British Columbia

Hi Tim, we applied for a license for our numbered company. It is my understanding and I could be wrong, but the corporate entity is the one registering. Whether we have a contract with Auto Marketing Group or any other company why is that a concern of the province? We have multiple stations but the license agreement asks for how many hours are on the phone. Is this correct?

Matthew J. Loewen

file://X:\26765_20100816_emails_Tim_Monaghan_Loewen_Simone_FTE_licensing.htm     8/11/2011

ReadyPay Services Inc.
President
T - 866-397-6623
F - 866-902-6601
C - 949-933-2037

375 N. Stephanie St. - Suite 1411
Henderson, NV 89014-8909



This email transmission and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is the sole property of ReadyPay Services Inc. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.

**From:** Tim Monaghan [mailto:Tim.Monaghan@consumerprotectionbc.ca]
**Sent:** August-13-10 3:44 PM
**To:** admin@readypay.net
**Subject:** Licensing issues with your application for a telemarketing licence in British Columbia

TIMOTHY J. (TIM) MONAGHAN | MANAGER, LICENSING
Consumer Protection BC

P 604.320.1664, ext.2806 F 250.920.7181 TF 1.888.777.4393
W www.consumerprotectionbc.ca

**From:** Tim Monaghan
**Sent:** Friday, August 13, 2010 3:42 PM

Hello Michael – We have reviewed your application for a telemarketing licence in British Columbia and just need clarification/correction on a few points.

1)  Our Investigator – Simone Lylack, when visiting your location noted that approximately 34 workstations were occupied and that you verified to her that there were 40-50 full time staff. Your application states 15 full-time staff. Can you please verify??
2)  Your operating name (Auto Marketing Group) is not a registered DBA of the BC Registrar of Companies; we need that registered as well (similar to Secure Auto).

Thanks very much.

TIMOTHY J. (TIM) MONAGHAN | MANAGER, LICENSING
Consumer Protection BC

P 604.320.1664, ext.2806 F 250.920.7181 TF 1.888.777.4393

A #307 – 3450 UPTOWN BLVD. VICTORIA, BC V8Z 0B9
M PO Box 9244 Victoria BC V8W 9J2
W www.consumerprotectionbc.ca

* As of May 17th our Victoria office will be located on Uptown Boulevard.

file://X:\26765 20100816_emails_Tim_Monaghan_Loewen_Simone_FTE_licensing.htm     8/11/2011

LYLACK ATTACHMENT 21

TRO Exhibit 12

We ask for your patience around that time should we experience any technical difficulties with our website or phone system.



file://X:\26765_20100816_emails_Tim_Monaghan_Loewen_Simone_FTE_licensing.htm     8/11/2011

LYLACK ATTACHMENT 21

TRO Exhibit 12

190

22

**From:**      Lainey Mynott [lmynott@readypay.net]
**Sent:**       Friday, February 10, 2012 11:18 AM
**To:**          Linda Campbell
**Subject:**    Telemarketer Licence

Hi Linda,

As per our conversation on the phone this morning, 0881046 BC Ltd., Sercure Auto Sales, AMG Auto Marketing Group has sold and closed their business as of December 01, 2011. The licence number is 53278 and we would like this account to be closed.

If you have any questions, please let me know.

Thank you,

**Lainey Mynott**
*ReadyPay Services Inc.*
*Assistant to Matthew Loewen*
*T - 866-397-6833*
*F - 866-902-9601*

*2360 Corporate Circle, Suite 400*
*Henderson, NV 89074-7722*



*This email transmission and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is the sole property of ReadyPay Services Inc. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.*

American Express
PO Box 981532
El Paso, TX 79998



2847LW0XLXA

ˡₗ|ⁱₗₜ|ⁱₗᵤₚₗₗₗₗ|ₗₗₜₚₚ|ⁱⁱₗₚ|ₜₗ|ₚ|ⁱⁱₗₗₗₚₑₐₗ|ₗ|ₗₗₗⁱₗₗₜₚ

Vehicle Stars
VEHICLE STARS
355 Princeton Drive
Costa Mesa, CA 92626-6162

Date: May 13, 2012
Reply By: 06/05/2012
SE a/c #:
CM a/c #: ▓▓▓▓▓▓▓▓▓
Case #: MD38920

---

## ** RESPONSE REQUIRED ** INQUIRY/RETRIEVAL REQUEST ** NOT A CHARGEBACK **

### CHARGE DETAILS

LXA

CM Name: MISAEL OMAR REYES
Disputed Amount: $399.99

Unclosures: N
CM a/c #: ▓▓▓▓▓▓▓
Disputed Foreign Amt:

1st Charge:
Date: 12/02/2011
Amount: $399.99
Folio/Ref. #: 601210
Invoice/ROC:

2nd Charge:
Date:
Amount:
Folio/Ref. #:
Invoice/ROC:

EB

3rd Charge:
Date:
Amount:
Folio/Ref. #:
Invoice/ROC:

4th Charge:
Date:
Amount:
Folio/Ref. #:
Invoice/ROC:

D7

5th Charge:
Date:
Amount:
Folio/Ref. #:
Invoice/ROC:

02P17

BX

Incurred At: COSTA MESA, CA
RMA/UPS:

Store Number:

---

### DISPUTE REASON:

D1

Our mutual customer claims to have not received advertising services. Please issue credit or provide proof of service rendered, signed/online contract, terms and conditions, refund policy and a detailed explanation addressing the claim.

The issuer of this card is American Express Centurion Bank.

| 3A10-4 | IND | 201K | CMS | FX0131A | MD38920 | TRMUNCS10001027 | N | 0 |



Vehicle Stars
VEHICLE STARS
Costa Mesa, CA 92626-6162

Date: May 13, 2012
Reply By: 06/05/2012
SE a/c #: ▮▮▮▮▮▮
CM a/c #: ▮▮▮▮▮▮▮▮▮▮▮▮
Case #: MD38920

---

### CLAIM FORM

**PLEASE COMPLETE BELOW AND FAX WITH REQUESTED SUPPORT TO 623-444-3000:**

Each page of any support documentation MUST include the American Express case number and your Merchant number.

Select from the choices below and complete the detailed explanation:

( ) I have issued credit for the disputed amount on ___/___/___.

( ) I have issued partial credit (please attach signed terms & conditions) for $_____ on ___/___/___.

( ) I request that American Express deduct the disputed amount from my account to settle the dispute.

**OR If you are not issuing credit or authorizing a deduction to your account, you MUST provide the following:**

( ) Documentation that refutes the Cardmember's claim and proof that goods and/or services were rendered, if applicable.

( ) Explanation indicating that you, Merchant did not receive returned Goods or notice of cancellation of Service(s).

( ) State why you disagree with the claim by EXPLAINING FULLY BELOW:

_____

_____

_____

(attach additional sheets, if needed)

Authorized Signature               Telephone number               Date

LYLACK ATTACHMENT 23

TRO Exhibit 12

193

American Express
PO Box 981532
El Paso, TX 79998



Date: May 13, 2012
Reply By: June 02, 2012
SE a/c #:
CM a/c #:
Case #: 469AEGS

ıllıılıllıılıllıllıllıılıllıllılıllıılıllıllıllılı

Car Aquire
355 Princeton Drive
Costa Mesa, CA 92626-6162

## ** RESPONSE REQUIRED ** INQUIRY/RETRIEVAL REQUEST ** NOT A CHARGEBACK **

### CHARGE DETAILS

CM Name: NA     CM a/c #:

Disputed Amount: $374.99     Enclosures: Y
Charge Incurred on:     Foreign Amount: .00

1st Charge:     2nd Charge:
Date: 01/07/2012     Date:
Charge Amount: $374.99     Charge Amount: $.00
Folio/Ref #: 635938     Folio/Ref #:
Inv/Roc #:     Inv/Roc #:
Store #:     Charge Incurred at:

### DISPUTE REASON:

The CM requests credit for merchandise s/he has not received.

### PLEASE COMPLETE BELOW AND FAX WITH REQUESTED SUPPORT TO 623-444-3000

Select from the choices below and complete the detailed explanation:
( ) I have issued credit for the disputed amount on _____ (date).
( ) I have issued partial credit (please attach signed terms and conditions) for $_____ on _____ (date).
( ) Please deduct the disputed amount from my account to settle the dispute.

OR If you are not issuing credit or authorizing a deduction to your account, you MUST complete the below:

1.  Provide signed proof of delivery, full itemization and order form indicating shipping address, billing address, if different and ship date.
2.  If merchandise has not been shipped, please issue credit and re-bill when the merchandise has been shipped.
3.  If merchandise was picked up or taken at point of sale, provide signed support.
4.  INTERNET TRANSACTION(S): In addition to the above, provide terms and conditions.
Detailed explanation: _____

Signature: _____ Phone: _____ Date: _____

RULES    1048803571   SEIN2   BRE   I

CSEEUCSEZ001007

## DECLARATION OF AMY BRANNON-QUALE

1.     My name is Amy Brannon-Quale. I am an investigator for the Northwestern Regional Office of the Federal Trade Commission ("FTC"), 915 Second Avenue, Suite 2896, Seattle, Washington 98174. The following statements are within my personal knowledge and if called as a witness, I could and would competently testify thereto.

2.     As an FTC investigator, I research and/or investigate entities that are believed to be in violation of the laws enforced by the FTC. In 2011, I was assigned to work on an FTC investigation of Auto Marketing Group ("AMG") and its associates. The investigation focused on AMG's telephone solicitation of consumers throughout the United States and Canada.

### CONSUMER COMPLAINTS TO FEDERAL TRADE COMMISSION

3.     The FTC maintains a database of consumer complaints known as "Consumer Sentinel." The complaints in Consumer Sentinel come from federal, state, local and international law enforcement organizations as well as private organizations including, for example, the Better Business Bureau. FTC staff initially searched Consumer Sentinel for complaints about AMG. In the course of review of the complaints FTC staff expanded its search to include Vehicle Stars ("VS"). To date, the search produced 377 non-duplicative consumer complaints about these companies or entities. These complaints are available for *in camera* review.

4.     I compiled a spreadsheet of these complaints. A true and correct printed copy of this spreadsheet is attached to this declaration as Attachment 1 (pp. 205-11).

5.     The complaints identified in Attachment 1 were filed and/or about transactions that occurred between January of 2010 and June of 2012. Consumers from 36 states, including 11 consumers in Washington State, filed complaints identified in Attachment 1. There were also 171 complaints from consumers in Canada.

6.     Depending on when they were filed the complaints named "Auto Marketing Group" or "Vehicle Stars." Generally the earlier complaints named "Auto Marketing Group"

DECLARATION OF AMY BRANNON-QUALE          Page 1 of 10

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

TRO EXHIBIT 13

195

1  while the more recent complaints name "Vehicle Stars."

2      7.      The vast majority of consumers complained that, if they paid a fee to the

3  company, they would be put in touch with a buyer for their vehicle. They stated that they were

4  told that, for an additional payment of $99, they could insure a refund of the fees paid if for

5  some reason their vehicle was not sold within 90 days of enrollment in the program. None of the

6  consumers who paid fees to Defendants sold their vehicle by means of Defendants' services.

7      8.      Most, if not all, of the consumers said that they had purchased the "refund"

8  insurance. The overwhelming majority of consumers complained that they did not receive a

9  refund.

10

11      **CORPORATE RECORDS AND FICTITIOUS BUSINESS NAME FILINGS**

12      9.      As part of my investigation of Auto Marketing Group, I looked into whether any

13  of the businesses was a corporation, where it was incorporated and what business licenses it

14  held. I did not find any corporate records in the United States for

15          a.      Auto Marketing Group;

16          b.      Secure Auto Sales, or

17          c.      Vehicle Stars.

18      10.     I did find records for:

19          a.      ReadyPay Services, Inc. and

20          b.      Xavier Processing Services, LLC.

21      11.     Attachment 2 (pp.212-13) is a true and correct print-out of records maintained by

22  the Nevada Secretary of State for **ReadyPay Services Inc.**. According to these records:

23          a.      ReadyPay Services, Inc. was incorporated in Nevada on June 6, 2006.

24          b.      Matthew Loewen is listed as Director, President, Secretary and Treasurer

25              of the business.

26          c.      The address for the company's agent and officers is 2360 Corporate Circle

27              Suite 400, Henderson, Nevada 89074.

28      12.     Attachment 3 (pp. 214-15) is a true and correct print-out of records maintained by

DECLARATION OF AMY BRANNON-QUALE          Page 2 of 10

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

TRO EXHIBIT 13                                                     196

the Nevada Secretary of State for **Xavier Processing Services, LLC.**. According to these
records:

    a.      Xavier Processing Services, LLC was registered in Nevada on August 12,
          2010;

    b.      Matthew Loewen is listed as the Managing Member.

    c.      The address for Matthew Loewen is 2360 Corporate Circle Suite 400,
          Henderson, Nevada 89074, which is identical to the address for ReadyPay
          Services, Inc.

## WEBSITES AND REGISTRATIONS

13.     One of my responsibilities in this investigation was to identify websites
connected to the defendants. After identifying websites, I saved the websites. I located websites
for "automarketinggroup.com" and for "vehiclestars.com."

    a.      Attachment 4 (pp. 216-33) is a true and correct printed copy of excerpted
          pages of the website "automarketinggroup.com."

    b.      Attachment 5 (pp. 234-47) is a true and correct printed copy of excerpted
          pages of the website "vehiclestars.com."

14.     After I identified websites, I conducted a search on the website
"www.domaintools.com," which is a website that provides publicly available information on the
identity of the person or entity that has registered a given domain name. I did searches on

    a.      Readypay.com;

    b.      Automarketinggroup.com;

    c.      Vehiclestars.com, and

    d.      Classifiedautoservice.com.

15.     Using Domain tools, I found records for the website "readypay.net." Attachment
6 (pp. 249-49) is a true and correct printed copy of this record.

    a.      Matthew Loewen, at email address it@readypay.net, is listed as the
          administrative contact for this domain.

**FEDERAL TRADE COMMISSION**
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

DECLARATION OF AMY BRANNON-QUALE      Page 3 of 10

TRO EXHIBIT 13      197

1            b.      The address for ReadyPay Services Inc is listed as 404 - 737 Carnarvon

2                     St., New Westminster BC, V3M 5X1.

3      16.      I found a record for the website "automarketinggroup.com" which shows that the

4 website's IP address is 208.118.240.106. Attachment 7 (p. 250) is a true and correct printed

5 copy of this record.

6      17.      I found a record for the website "classifiedautoservice.com" which shows that

7 the website's IP address is 208.118.240.52. Attachment 8 (p. 251) is a true and correct printed

8 copy of this record.

9

10                **DEFENDANTS' USE OF POSTAL MAIL FORWARDING SERVICES**

11      18.      According to the website "automarketinggroup.com" the business address for

12 Auto Marketing Group is 7260 W Azure Drive #140-762, Las Vegas, NV 89130-7999. I

13 checked on the internet to see if there was a business at that location and determined that address

14 was a commercial mail receiving agency.

15      19.      According to the website "vehiclestars.com," the business address for Vehicle

16 Stars is located at 1007 North Federal Highway, Fort Lauderdale, Florida, 33304. I checked on

17 the internet to see if there was a business at that location and determined that address was a UPS

18 Store #630.

19      20.      In my position as an FTC Investigator, I regularly contact other state and federal

20 agencies, as well as commercial businesses, to request cooperation and assistance in obtaining

21 information regarding target companies and principals. .

22      21.      I contacted UPS Store #630 and obtained a copy of the completed Application for

23 Delivery of Mail through Agent along with the attachments. A true and correct copy of the four

24 page document I received is attached here as Attachment 9 (pp. 252-55).

25      22.      Across the top of each page of the documents I received, there is print of the sort

26 produced by a facsimile machine. Part of the text is a phone number, 1(866) 902-9601, and a

27 name, "Ready Services Inc."

28      23.      According to the application, the applicant for mail delivery service is "Xavier

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

DECLARATION OF AMY BRANNON-QUALE      Page 4 of 10

TRO EXHIBIT 13                         198

1 | Processing Services, LLC" and mail is expected to be received in the name of "Vehicle
2 | Stars/Xavier Processing LLC." Matthew J. Loewen is listed as an officer of the corporation and
3 | he gives an email "mloewen@readypay.net" as the contact email and lists the corporation's
4 | address as 36 Ambroise, Newport Coast, CA 92657.

5 |      24.     In order to open a mail box in the United States, it is necessary to provide two
6 | forms of identification. The two forms of identification provided to UPS Store #630 are a
7 | British Columbia Drivers licence in the name of Matthew James Loewen and a Canadian
8 | passport also in the name of Matthew James Loewen.

9 |

10 | **CIVIL INVESTIGATIVE RESPONSES**

11 |      25.     Throughout 2011 and 2012, the FTC issued civil investigative demands ("CIDs")
12 | to various entities seeking information related to the various targets. In response to the CIDs the
13 | FTC received copies of records.

14 |      26.     The FTC issued a CID to Global Payments Inc. ("Global"). Global is a payment
15 | processor used by the Defendants to process consumer's credit card transactions.

16 |           a.     Attachment 10 (pp. 256-57) is a true and correct copy of a letter sent by
17 |                  Global to the FTC in response to the CID.

18 |           b.     Attachment 11 (pp. 258-68) is excerpts of a Merchant Application for
19 |                  "Readypay Service" dba Boy Great Auto dated July 7, 2007 and of Credit
20 |                  Card Merchant Statements for "Readypay Service" dba Classified Auto
21 |                  Service dated March 31, 2010 and for "Readypay Service" dba Auto
22 |                  Marketing Group dated March 31, 2011.

23 |            i.     The contact person on the application is Matt Loewen at
24 |                  Mloewen@readypay.net.

25 |            ii.     According to the application, Loewen is President of ReadyPay and he
26 |                  resides at 355 Princeton Dr. Costa Mesa, CA 92626. This is the same
27 |                  address provided in the Merchant Application submitted to Global by
28 |                  VehicleStars. This address is also on the VehicleStars' American Express

**FEDERAL TRADE COMMISSION**
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

DECLARATION OF AMY BRANNON-QUALE     Page 5 of 10
TRO EXHIBIT 13     199

| 1 | customer disputes attached to the Lylack Declaration. Lylack Declaration |
| 2 | ¶ 34, Attachment 23. |

3    27.    The FTC issued a CID to MasterCard Worldwide for information about
4  chargebacks. A "chargeback" consists of a returned sales transaction from the issuing bank to
5  the acquiring bank sponsoring a particular merchant into the credit card processing system. See
6  Attachment 19, pg. 3**26**. The average chargeback rate in the United States is 0.2% of the
7  transaction rate. *Id.*

8    28.    Attachment 12 (pp. 269-86) is a true and correct copy of excepts of the CID
9  response from MasterCard Worldwide.

10           a.    According to these records, from October 2010 to February 2011,
11                 merchant Auto Marketing Group, located at 7260 West Azure Las Vegas,
12                 89130, was in violation of the MasterCard Excessive Chargeback Program
13                 rules. See Attachment 12, pp.273-77.

14           b.    In January 2011, Global Payments advised MasterCard Worldwide that
15                 they had terminated their merchant agreement with Auto Marketing Group
16                 in connection with its excessive chargeback rate. See Attachment 12, p.
17                 280.

18    29.    Media3 Technologies, LLC ("Media3") is a company that provides web hosting
19  services. The FTC issued a CID to Media3. Attachment 13 (pp. 287-90) is a true and correct
20  copy of Media3's response. According to these records, "Matt Lowen" of ReadyPay Services,
21  located at 22944 Old Yale Road, Langley, BC, is listed as the subscriber for the IP addresses
22  208.118.240.52 and 208.118.240.106 which is where domain names automarketinggroup.com
23  and classifiedautoservice.com are hosted (p. 288).

24    30.    Panda Global Communications, LLC dba Tollfreeforwarding.com ("Panda") is an
25  issuer of toll free long distance telephone numbers. The FTC issued a CID to Panda seeking
26  information on (888) 760- 3426 and (888) 980-1223 both of which are phone numbers used at
27  various times by these defendants. Due to the volume of the materials received from Panda, I
28  have not attached full copies of the response but they are available for examination upon request.

**FEDERAL TRADE COMMISSION**
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

DECLARATION OF AMY BRANNON-QUALE          Page 6 of 10

TRO EXHIBIT 13                                                    200

1       31.      Attachment 14 (pp. 291-92) is a true and correct copy excerpts of Panda's

2 response pertaining to ownership of the telephone numbers. According to the records provided

3 by Panda:

4            a.      Phone numbers (888) 760-3426 and (888) 980-1223 belong to account

5                   number 42186;

6            b.      The account name is Matthew Loewen and the contact email for Matthew

7                   Loewen is listed as warren.kean@gmail.com, and

8            c.      The monies owed on the account have been paid for using a credit card in

9                   the name of Matthew Loewen, with the cardholder address reported as

10                   being 22944 Old Yale Road, Langley BC V2Z 2V3.

11            d.      On the original documents, I compared the credit card number (redacted)

12                   on Attachment 14 to the credit card numbers that appear on Exhibit 4 and

13                   Exhibit 6 of the Lylack Declaration. The numbers are identical.

14 Phone number (888) 760-3426 is the same number reported by consumers as belonging to AMG.

15 See, e.g., TRO Exhibit 9 pg. 99 and TRO Exhibit 10, pg, 120.

16       32.      Part of the CID response from Panda Global consists of data showing phone calls

17 placed to the toll free number (888) 760-3426:

18            a.      According to the data, between February 8, 2010 and August 6, 2011,

19                   93,683 phone calls were placed to the toll free number (888) 760-3426.

20            b.      These calls were not necessarily from unique numbers. Some phone

21                   numbers who appear on the list had placed over 100 calls to (888) 760-

22                   3426. For example I observed that phone number (818)      placed

23                   136 calls to the toll free number 888-760-3426.

24            c.      I looked for calls placed to (888) 760-3426 from area codes in Western

25                   Washington. I identified 244 calls placed from the 206 area code and 433

26                   calls placed from the 360 area code.

27       33.      I reviewed the data for toll free number (888) 760-3426 to attempt to identify

28 phone numbers belonging to individual consumers I had spoken with who had placed calls to the

DECLARATION OF AMY BRANNON-QUALE           Page 7 of 10

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

TRO EXHIBIT 13            201

number.

    a.     I found the phone number belonging to consumer declarant David Gajdosik. The Panda records reflect that calls were placed from Mr. Gajdosik's phone number, (704) ███████ to (888) 760-3426 on four occasions.

    b.     I found the phone number belonging to consumer declarant Cody Pearce. The Panda records reflect that, between August 23, 2010 to May 17, 2011, 58 calls were placed from Mr. Pearce's phone number, (920) ███████ to (888) 760-3426.

    c.     I found the phone number belonging to consumer declarant Vic Stalick. The Panda records reflect that, between August 16, 2010 to June 17, 2011, 64 calls were placed from Mr. Stalick's phone number, (972) ███████ to (888) 760-3426.

34.     Another part of the CID response from Panda Global consisted of data showing phone calls placed to the toll free number (888) 980-1223. According to the data, between February 8, 2010 and February 6, 2011, 3,568 calls were placed to the toll free number (888) 980-1223. As with the calls to the other toll free number, these calls were not necessarily from unique numbers.

35.     The FTC issued a CID to PayPal, Inc. Attachment 15 (pp. 293-97) is a true and correct copy of the response from PayPal, Inc. The contact number (888) 980-1223 is the same number reported as being assigned to and paid for by Matthew Loewen. Att. 14, p. 291.

36.     The FTC issued a CID to Tucows Inc. ("Tucows"). Tucows is a domain registrar. Attachment 16 (pp. 298-303) is a true and correct copy of an email that the FTC received in response from Tucows, Inc. According to this CID response,

    a.     The domain "vehiclestars.com" is registered to Matthew Loewen.

    i.     Matthew Loewen is as the owner and the billing and administrative contact.

    ii.     Matthew Loewen's address is listed as 22944 Old Yale Road, Langley

DECLARATION OF AMY BRANNON-QUALE      Page 8 of 10

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

TRO EXHIBIT 13      202

1                BC. This is the same address used by Matthew Loewen on the BC

2                Company Summary for **BC0881046 B.C. LTD** which is Exhibit 9 (p.

3                161) of the Lylack Declaration as well as the same address provided on

4                the New Westminster Business license application for 0881046 LTD,

5                (Lylack Declaration Attachment 7 (p. 159)), as well as the address

6                provided on the BC Company Summary for 0803065 B. C. LTD (Lylack

7                Declaration Attachment 11 (p. 165)).

8        iii.     In connection with the domain "vehiclestars.com" the contact email for

9                Matthew Loewen is warren.kean@gmail.com. This is the same contact

10               email provided for Matthew Loewen in connection with phone numbers

11               traced to defendant AMG. See supra at ¶ 27 b.

12       b.     The domain "readypay.net" is registered to ReadyPay Services Inc.

13               located at 404-737 Carnarvon Street, New Westminster, BC V3M5X1,

14               and the Administrative contact for ReadyPay.net is Matthew Loewen,

15               using the email it@readypay.net.

16

17 **ADDITIONAL MATERIALS**

18       37.     In the course of my investigation I identified consumers who had purchased

19 Defendants' services and filed complaints with the FTC or the Better Business Bureau. I

20 contacted many of these consumers to discuss their experiences.

21       38.     One of the consumers I contacted was Jeffrey Later. Mr. Later was a customer of

22 Vehicle Stars. Att. 1, p. 207. A copy of the complaint he filed with the FTC is attached as

23 Attachment 17 (pp. 304-05). According to his complaint, Mr. Later was not able to sell his

24 vehicle through Vehicle Stars and he did not receive a refund of any portion of the monies he

25 paid to Vehicle Stars.

26       39.     Mr. Later provided me with a copy of an email he had received from Vehicle

27 Stars. A true and correct copy of his email, with his personal email redacted, is attached here as

28 Attachment 18 (pp. 306-07). The email makes numerous representations that Vehicle Stars

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

DECLARATION OF AMY BRANNON-QUALE      Page 9 of 10

TRO EXHIBIT 13                          203

1  guarantees the sale of his vehicle. At one point the email says:

2      "We will guarantee the sale of your FORD RANGER 2D XL within 90 days.

3      84% of vehicles we list sell within 90 days, if by chance you are still in possession of

4      your vehicle at the end of the 90 days $399.99 will be refunded."

5      40.    Attached as Attachment 19 (pp. 308-42) is a true and correct copy of a final order

6  issued in *FTC v. Commerce Planet, Inc. et al*, 09-cv-01324 CJC(RNBx) (C.D. Cal. 2012)

7  discussing "chargebacks" and average "chargeback" rates in the United States..

8

9      I swear or affirm under penalty of perjury that to the best of my knowledge and belief the

10  foregoing is true and accurate.

11

12  _7/12/12_

13  Date                                              Amy Brannon-Quale

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF AMY BRANNON-QUALE          Page 10 of 10

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

TRO EXHIBIT 13                                              204

| Reference # | Created Date | Consumer First | Consumer Last | Consumer Address | t State Name | Country | Company Name | Company Address, Lt Company Address, C Com | C Com | Company | Area | Phone | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27123300 | 07/29/2010 | Jerry | Cataito | TORONTO | | CAN | Auto Marketing Group GI | 7280 West Azure Dr #I LAS VEGAS | NV | USA | 889 | 7603428 | $385.00 |
| 27437444 | 09/10/2010 | HIMANSHU | SINGH | UNKNOWN | | CAN | Auto Marketing Group | 7280 West Azure Dr #I LAS VEGAS | NV | UBA | 888 | 7603428 | $500.00 |
| 27840560 | 09/21/2010 | Thomas | De Magellaes | ANCASTER | | CAN | Auto Marketing Group | Las Vegas | NV | UBA | 885 | 7603428 | $500.00 |
| 27840360 | 09/14/2010 | Lindsay | Fenton | | | UBA | Auto marketing group | Las Vegas | | USA | | | $450.00 |
| 35390938 | 11/23/2010 | Andrew | Froinvs | Maple | | CAN | Auto marketing group | | | USA | | | $940.00 |
| 28947209 | 12/22/2010 | Bruce | Glazar | Toronto | | CAN | Auto Marketing group | 7280 N./Azurad Dr 140 Las Vegas | NV | USA | 885 | 1880780 | $149.00 |
| 29278355 | 02/14/2011 | Ronald | Hitchings | RED DEER COUNTY | | CAN | Auto Marketing group | 7280 West Azure Dr, 1 LAS VEGAS | NV | USA | 885 | 7603428 | $514.00 |
| 29095907 | 03/11/2011 | Loma | Broskaim | | | | Auto Marketing Group | LAS VEGAS | NV | USA | | | $500.00 |
| 28181909 | 03/15/2011 | Scott | Weta | | | | Auto Marketing Group | LAS VEGAS | NV | USA | | | $419.00 |
| 28947929 | 03/30/2011 | Michael | Anderson | AURORA | | CAN | Vehicle Stars | 7280 West Azure Dr #I LAS VEGAS | FL | USA | 888 | 7603428 | $0.00 |
| 30100040 | 05/19/2011 | Rajessah | Dutta | SWAN RIVER | | CAN | Vehicle Stars | LAS VEGAS | NV | USA | | | $400.00 |
| 30040038 | 05/19/2011 | Im | Yh | BRAMPTON | | CAN | Auto Marketing Group | FORT LAUDERDALE | FL | USA | 888 | 7603428 | $500.00 |
| 30346894 | 05/12/2011 | Warren | Traynor | | Alberta, Canada | CAN | The Auto Marketing Gr | | NV | USA | 889 | 7603428 | $829.36 |
| 31385704 | 06/23/2011 | Steven | Porter | MILTON | Alberta, Canada | CAN | Auto Marketing Group | 7280 West Azure Drive LAS VEGAS | NV | UBA | 889 | | $499.94 |
| 31778239 | 07/26/2011 | Stafford | Gozaaitz | RED DEER | Alberta, Canada | CAN | Auto Marketing Group | 7280 West Azure Drive LAS VEGAS | NV | UBA | | | $500.00 |
| 32202379 | 08/22/2011 | Steven | Vilajas | | Alberta, Canada | USA | Auto Marketing Group | Canada | NV | UBA | | | $400.00 |
| 32460037 | 04/11/2012 | Karan | Kraus | PONOKA | Alberta, Canada | CAN | Vehicle Stars | 86502-1007 N FORT LAUDERDALE | FL | UBA | 885 | 9782770 | $499.00 |
| 35450433 | 02/28/2012 | Sant | McGladdery | LETHBRIDGE | Alberta, Canada | CAN | Vehicle Stars | 1007 N Federal Hwy #I FORT LAUDERDAL | FL | UBA | 885 | 9782770 | $584.00 |
| 30123335 | 04/19/2011 | ROYt Janics | REYNOLDS | Edmonton Alberta | Alberta, Canada | USA/CAI | Auto Marketing Group | 7280 West Azure Dr # Las Vegas | NV | UBA | 885 | 7603428 | $500.00 |
| 32820208 | 03/19/2010 | ADAM | JOBE | EDMONTON | Alberta, Canada | CAN | AUTO MARKETING GI | | NV | UBA [NY] | 888 | 7603428 | $525.00 |
| 28498535 | 06/12/2010 | JASON | LINDSTRAND | EDMONTON | Alberta, Canada | CAN | AUTO MARKETING GI | LAS VEGAS | | CAN | 888 | 7603428 | $500.00 |
| 28502455 | 06/25/2010 | SHALE | DE SCHIPPER | BEAVER LODGE | Alberta, Canada | CAN | AUTO MARKETING GI | | | [NY] | 888 | 7603428 | $500.00 |
| 28703895 | 06/30/2010 | BRENT | REID | EDMONTON | Alberta, Canada | CAN | AUTO MARKETING GI | 7280 W Azure Dr #I LAS VEGAS | | [NY] | 888 | 7603428 | $593.00 |
| 27011688 | 07/06/2010 | Chatrine | Rehanne | VEGREVILLE | Alberta, Canada | CAN | auto marketing group | | | | 885 | 7603428 | $535.00 |
| 37310019 | 08/09/2010 | CATHY | ROLFSEN | EDKVILLE | Alberta, Canada | CAN | AUTO MARKETING GI | | | | 888 | 7603428 | |
| 27352813 | 08/31/2010 | GREG | NEWTON | OKOTOKS | Alberta, Canada | CAN | AUTO MARKETING GI | EDMONTON | ABI | CAN | 888 | 7603428 | |
| 27603492 | 08/22/2010 | DEREK | COSTEN | RED DEER | Alberta, Canada | CAN | AUTO MARKETING GI | | | | 888 | 7603428 | |
| 28066781 | 10/18/2010 | WILLIAM | HARES | GIBBONS | Alberta, Canada | CAN | AUTO MARKETING GI | | | | 888 | 7603428 | |
| 28088303 | 10/27/2010 | Beth | Dickinson | HINTON | Alberta, Canada | CAN | Auto Marketing Group | 7280 West Azure Drive LAS VEGAS | NV | USA | | 978428 | $500.00 |
| 28427950 | 04/11/2011 | ROY | REYNOLDS | SHERWOOD PARK | Alberta, Canada | CAN | AUTO MARKETING GI | 7280 WEST AZURE DR,I LAS VEGAS | NV | USA | 888 | 7603428 | $500.00 |
| 30559768 | 12/22/2010 | Brian | DeBruyne | EDMONTON | Alberta, Canada | CAN | Auto Marketing Group | 1007 N. Federal Hwy, I FORT LAUDERDALE | FL | USA | | | $584.00 |
| 30822809 | 12/22/2010 | Mitchell | Hoppemalailer | OKOTOKS | Alberta, Canada | CAN | Auto Marketing Group | 7280 W Azure Dr # I LAS VEGAS | NV | USA | | | $500.00 |
| 30823112 | 01/18/2011 | Ron | Hitchings | RED DEER COUNTY. | Alberta, Canada | CAN | Auto Marketing Group | 7280 W Azure Dr # I LAS VEGAS | NV | USA | | | $525.00 |
| 30832464 | 03/30/2011 | Jenalls | Chubey | CALGARY | Alberta, Canada | CAN | Auto Marketing Group | 7280 W Azure Dr # I LAS VEGAS | NV | USA | | | $500.00 |
| 30832843 | 03/14/2011 | Chris | Demarale | FORT MCMURRAY | Alberta, Canada | CAN | Auto Marketing Group | 7280 W Azure Dr # I LAS VEGAS | NV | USA | | | $419.99 |
| 30838614 | 03/30/2011 | Abby | Jobby | RED DEER | Alberta, Canada | CAN | Auto Marketing Group | 7280 W Azure Dr # I LAS VEGAS | NV | USA | | | $420.00 |
| 30824950 | 03/14/2011 | Jesco | Reynolds | EDMONTON | Alberta, Canada | CAN | Auto Marketing Group | 7280 W Azure Dr # I LAS VEGAS | NV | USA | | | $419.99 |
| 30824384 | 04/19/2011 | Julz | Rosenberger | ST. ALBERT | Alberta, Canada | CAN | Auto Marketing Group | 7280 W Azure Dr # I LAS VEGAS | NV | USA | | | $524.94 |
| 30843721 | 05/16/2011 | Jaqua | Leong | CALGARY | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | | | |
| 30085408 | 04/25/2011 | Bennet | Ten | EDMONTON | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | | | |
| 31554643 | 07/14/2011 | ROBERT | VANALLETYNE | GARNEAU EDMONTC | Alberta, Canada | CAN | VEHICLE STARS | 8009-1007 NORTH FE FORT LAUDERDALE | FL | USA | 888 | 9782770 | $500.00 |
| 31032028 | 07/26/2011 | Joshua | Platt | PEACE RIVER | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | | | |
| 32285557 | 08/29/2011 | Luc | Barido | CALGARY | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | | | |
| 32367600 | 08/22/2011 | Cameron | Ball | SANGUDO | Alberta, Canada | CAN | Auto Marketing Group | 7280 W Azure Dr # I4C LAS VEGAS | NV | USA | | | $400.00 |
| 32685400 | 08/23/2011 | Paul | Haley | FORT MCMURRAY | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | | | |
| 32876677 | 08/02/2011 | Barry | Ungar | MEDICINE HAT | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | | | |
| 33128047 | 03/16/2011 | Kristlen | Deroth | MEDICINE HAT | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | 888 | 7629428 | $554.00 |
| 33148882 | 10/18/2011 | KRISTIN | ROURKE | COCHRANE | Alberta, Canada | CAN | AUTO MARKETING GI | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | | | |
| 33218548 | 09/26/2011 | Bethany | Efstime | CALGARY | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | | | |
| 33581644 | 10/14/2011 | Mason | Bord | CLIVE | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | | | |
| 33778204 | 10/31/2011 | Lorrie | Dupuis | EDMONTON | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | | | |
| 33877800 | 11/10/2011 | Kenneth | Mahedyn | CALGARY | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | | | |
| 34054747 | 11/03/2011 | Cameron | McBurney | MEDICINE HAT | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | | | |
| 34054988 | 11/03/2011 | Kristen | Dierioth | MEDICINE HAT | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | | | |
| 34274400 | 11/30/2011 | Talal | Ali | EDMONTON | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | | | |
| 34291407 | 02/20/2012 | Idriss | Khee | PONOKA | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | | | |
| 33103783 | 02/14/2012 | Jason | Rech | MADDEN | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy, FORT LAUDERDALE | FL | USA | | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36227583 | 03/23/2012 | KEN | ROURKE | BLACKFALDS | Alberta, Canada | CAN | VEHICLE STARS / SC | | | | | 888 | 9782770 | $420.00 |
| 36978789 | 03/01/2012 | Clayton | West | LETHBRIDGE | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 36612856 | 03/08/2012 | Tony | Fasano | CALGARY | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 37027365 | 03/19/2012 | Khaled | Kansan | CALGARY | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 37028815 | 03/18/2012 | Gary | Parsons | EDMONTON | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 37340131 | 03/30/2012 | Holly | Clendenan | MEDICINE HAT | Alberta, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | $399.00 |
| 35682107 | 01/25/2012 | Sean\|\| | McGladdery\|Not Provic | LETHBRIDGE\|\| | Alberta, Canada\|\| | CAN\|\| | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 30482077 | 06/13/2011 | nancy | yow | TALKEETNA | Alaska | USA | vehicle stars | | | | | | 18889782 | $0.00 |
| 31737839 | 08/22/2011 | Cynthia | Crowley | ANCHORAGE | Alaska | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 33525385 | 10/13/2011 | Evgeny | Shabalin | ANCHORAGEANCHOI | Alaska | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 28283832 | 02/17/2011 | Larry | Pluichak | Surprise | Arizona | USA | Vehicle Stars | #8002-1007 N. Federal | Fort Lauderdale | FL | USA | 888 | 9782770 | $0.00 |
| 30824254 | 04/05/2011 | W. E. | Robinson | MESA | Arizona | USA | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | |
| 31498887 | 06/21/2011 | Mitesh | Purohit | SCOTTSDALE | Arizona | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 32182967 | 07/28/2011 | Scott | Plummer | TUCSON | Arizona | USA | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $400.00 |
| 32639538 | 08/26/2011 | Scott | Davidson | Tucson | Arizona | USA | Vehicle Stars | 1007 N. Federal Hwy | Fort Laudardale | FL | USA | 888 | 9782770 | $0.00 |
| 33185477 | 09/22/2011 | Jonathan Thomas | Wright | YUMA | Arizona | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 33232481 | 09/20/2011 | Paul | Carlson | MESA | Arizona | USA | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $495.00 |
| 33646387 | 10/20/2011 | Austin | Clark | MESA | Arizona | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 34407472 | 12/05/2011 | Adrian | Mendoza | AVONDALE | Arizona | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 25919761 | 03/18/2010 | DAVE | SMITH | LANGLEY | British Columbia, Cana | CAN | AUTO MARKETING GI\| | | LAS VEGAS\| | NV\| | USA\| | 888\| | 7603428\| | $250.00 |
| 25988833 | 03/23/2010 | CAMERON | YORK | LANGLEY | British Columbia, Cana | CAN | AUTO MARKETING GI\| | | \| | \| | \| | 888\| | 7603428\| | |
| 25990498 | 03/26/2010 | DAVID | MCSKIMMINGS | VANCOUVER | British Columbia, Cana | CAN | AUTO MARKETING GI\| | | MISSISSAUGA\| | ON\| | CAN\| | 888\| | 7603428\| | $600.00 |
| 35081292 | 01/11/2012 | Kathryn | McCullough | SALMON ARM | British Columbia, Cana | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 36200841 | 02/10/2012 | Katelynn | Edwards | QUESNEL | British Columbia, Cana | CAN | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $314.99 |
| 36582098 | 02/27/2012 | Ingemar | Dean | VICTORIA CB | British Columbia, Cana | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 28865687 | 06/28/2010 | Hironori | Zusho | Sherman Oaks | California | USA | Auto Marketing Group | 7260 West Azure Dr. | Las Vegas | NV | USA | 888 | 7603428 | $500.00 |
| 28930116 | 08/25/2010 | Edward Virgil | Rumohr | BRISBANE | California | USA | Auto Marketing Group | 7260 West Azure Dr #1 | LAS VEGAS | NV | USA | 888 | 7603428 | $600.00 |
| 26933175 | 06/26/2010 | Kay | Han | LOS ANGELES | California | USA | Auto Marketing Group | | | | | 888 | 7603428 | $0.00 |
| 26997195 | 07/12/2010 | Alexader | Madani | | California | USA | Auto Marketing Group | | | | | 888 | 7603428 | $0.00 |
| 27863374 | 09/02/2010 | Esmail | Peyrovi | Lake Forest | California | USA | Auto Marketing Group | | | | | 888 | 7603428 | $0.00 |
| 27628030 | 09/13/2010 | Greg | Perkins | Encino | California | USA | Auto Marketing Group | | | NV | USA | 888 | 7603428 | $399.00 |
| 27684141 | 09/15/2010 | George | Hagerty | North Highlands | California | USA | Auto Marketing Group | | | | | 888 | 7603428 | $250.00 |
| 27881172 | 10/06/2010 | Ersan | Erdem | RANCHO CUCAMONC | California | USA | Auto Marketing Group | 7260 West Azure Dr | LAS VEGAS | NV | USA | 888 | 7603428 | $500.00 |
| 28057893 | 10/26/2010 | Maseo | Flores | San Diego | California | USA | Auto Marketing Group | | | NV | USA | 888 | 7603428 | $500.00 |
| 28153397 | 11/02/2010 | George | Radulescu | Pasadena | California | USA | Auto Marketing Group | 7260 W Azure Dr | Las Vegas | NV | USA | 888 | 7603428 | $500.00 |
| 28209207 | 11/08/2010 | Brian | Springer | Sherman Oaks | California | USA | Auto Marketing Group | | | | | 888 | 7603428 | $0.00 |
| 30023939 | 04/08/2011 | habib | hasbini | San Diego | California | USA | Auto Marketing Group | 7260 West Azure Dr | las vegas | NV | USA | 888 | 7603428 | $500.00 |
| 30587856 | 03/16/2011 | Debra | MONARD | SOQUEL | California | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 30556960 | 04/13/2011 | Gregory | Ng | HERCULES | California | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 30622931 | 12/30/2010 | John | Bulger | WALNUT CREEK | California | USA | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $500.00 |
| 30623103 | 01/18/2011 | Carlena | Miller | VACAVILE | California | USA | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $600.00 |
| 30623526 | 02/15/2011 | Philip | Allen | SAN DIEGO | California | USA | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $249.84 |
| 30624368 | 04/12/2011 | Habib | Hasbini | SAN DIEGO | California | USA | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $500.00 |
| 31427176 | 06/07/2011 | Danny | Reldde | SANTA CRUZ | California | USA | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $600.00 |
| 31737942 | 08/22/2011 | Kim | Pereira | SAN RAMON | California | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 32021738 | 08/01/2011 | Mark | Christensen | TEMECULA | California | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | 888 | 9782770 | $499.98 |
| 32567267 | 08/24/2011 | Robert | Jarrell | LIVERMORE | California | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 32887439 | 08/11/2011 | Valeriy | Kesov | SACRAMENTO | California | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 32886487 | 10/07/2011 | Eric | Harada | San Jose | California | USA | Vehicle Stars | 1007 N. Federal Hwy | Fort Lauderdale | FL | USA | 888 | 9782770 | $499.00 |
| 33186489 | 09/22/2011 | David | Mar | SAN MARINO | California | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 33232484 | 09/09/2011 | Nathan | Miles | SYLMAR | California | USA | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $300.00 |
| 33370734 | 11/07/2011 | Rupall | Shah | Santa Clara | California | USA | Vehicle Stars | 1007 N Federal Hwy #I | Fort Laude | FL | USA | 189 | 8978277 | $600.00 |
| 33409013 | 10/03/2011 | David | Ruf | ENCINITAS | California | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 33829421 | 10/18/2011 | Alberto | Lopez | FOWLER | California | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 34054968 | 11/03/2011 | Jose | Sandoval | SAN DIEGO | California | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 34067899 | 11/08/2011 | Andrew | Obrigewitsch | ANTIOCH | California | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 34068313 | 11/15/2011 | Hemil | Sheth | SAN CLEMENTE | California | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 34085388 | 12/22/2011 | Joel | Robinson | Irvine | California | USA | Vehicle Stars | 1007 N Federal Hwy #I | Fort Lauderdale | FL | USA | 888 | 9782770 | $500.00 |

| Number | Date | First | Last | City | State | Company | Address | City2 | ST | Country | Code1 | Code2 | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24160700 | 11/22/2011 | Joe | OConnor | VACAVILLE | California | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | 888 | 9782770 | $498.00 |
| 24002260 | 12/19/2011 | Justin | Bilse | MOUNTAIN VIEW | California | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | |
| 35982828 | 04/19/2012 | THEO | MAVROMATIS | MANHATTAN VIEW | California | VEHICLE STARS,COR. | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | $400.00 |
| 37030471 | 03/28/2012 | Daniel | Brainard | NEWPORT BEACH | California | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | |
| 37340000 | 02/27/2012 | Derek | Archer | EL CAJON | California | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | |
| 34157340 | 11/22/2011 | Neill | Tower(Not Provided) | HACIENDA HEIGHTS | California | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | |
| 35782459 | 02/01/2012 | Jeffrey | Simpson(Not Provided) | SAN DIEGO | California | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | NV | USA | | | |
| 35634399 | 02/08/2012 | Earl | Muldrow(Not Provided) | SAN JOSE | California | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | $0.00 |
| 28760043 | 02/16/2010 | Adam | Thodey | Lyons | Colorado | Auto Marketing Group | 7289 W Sahara Ave St | Las Vegas | NV | USA | 888 | 7603428 | $498.00 |
| 27404705 | 08/20/2010 | Wade | Stansel | Wiggins | Colorado | Auto Marketing Group | 7280 W Azure Dr | Las Vegas | NV | USA | 888 | 7603428 | $498.00 |
| 24033331 | 01/14/2011 | Frank P | Bramhan | FORT COLLINS | Colorado | Auto Marketing Group | 7280 W Azure Dr # 14 | LAS VEGAS | NV | USA | | | |
| 33081908 | 09/11/2011 | Evan J | Maldonado | PUEBLO | Colorado | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | |
| 34033874 | 11/03/2011 | Christopher | OHanlon | MONUMENT | Colorado | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | |
| 38103915 | 02/14/2012 | Charly | Henson | CASTLE ROCK | Colorado | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | NV | USA | 888 | 7603428 | $400.00 |
| 22608838 | 05/17/2010 | Duncan | Galloway | NORWALK | Connecticut | Auto Marketing group | Canesta | LAS VEGAS | NV | USA | 888 | 9782770 | $369.00 |
| 33180304 | 02/10/2012 | John | Lombard | BROOKFIELD | Connecticut | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | |
| 34075300 | 02/03/2012 | John | Lombard(Not Provided) | BROOKFIELD | Connecticut | Auto Marketing Group | 7280 W Azure Dr # 14 | LAS VEGAS | NV | USA | | | $399.99 |
| 38041438 | 02/14/2012 | Joni | Lamb(Not Provided) | BROOKFIELD | Connecticut | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | $300.00 |
| 34778839 | 11/10/2011 | Rob | Nation | WASHINGTON | District of Columbia | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | $800.00 |
| 26082143 | 12/07/2010 | Michelle | Delfino | Merrit Island | Florida | Auto Marketing Group | 7280 W Azure Dr | Las Vegas | NV | USA | 888 | 7603428 | $500.00 |
| 26242337 | 02/16/2011 | Michelle | Delfino | Merrit Island | Florida | Auto Marketing Group | 7280 W Azure Dr | Las Vegas | NV | USA | 888 | 7603428 | $500.00 |
| 31553597 | 04/01/2011 | Conrie L. | Trosch | UNKNOWN | Florida | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | $396.99 |
| 30822431 | 02/07/2011 | Michele | Delfino | MERRITT ISLAND | Florida | Auto Marketing Group | 7280 W Azure Dr # 14 | LAS VEGAS | NV | USA | | | $300.00 |
| 30053469 | 02/14/2011 | Jason | Singh | MIAMI | Florida | Auto Marketing Group | 7280 W Azure Dr # 14 | LAS VEGAS | NV | USA | | | $300.00 |
| 30623888 | 03/17/2011 | Loania | Kregutba | SEFFNER | Florida | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | $800.00 |
| 30333318 | 04/16/2011 | Bill | Greer | PARRISH | Florida | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | |
| 31728008 | 09/21/2011 | Thad | Fink | VALRICO | Florida | Auto Marketing Group | 7280 West Azure Dr | Las Vegas | NV | USA | 888 | 7603428 | $0.00 |
| 31881802 | 08/05/2011 | Lonnie | Knguitba | Belfrier | Florida | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | |
| 33450789 | 08/04/2011 | John | Roberts | POMPANO BEACH | Florida | Auto Marketing Group | 7280 W Azure Dr # 14 | LAS VEGAS | NV | USA | | | |
| 32648085 | 09/27/2011 | David | Mar | UNKNOWN | Florida | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | |
| 33250927 | 09/27/2011 | Benjamin | Reza | ELLENTON | Florida | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | |
| 34417550 | 11/09/2011 | Juan | Infante | DORAL | Florida | Auto Marketing Group | 6002-1007 N Federal | FORT LAUDERDALE | FL | USA | 888 | 7603428 | $500.00 |
| 35927064 | 08/18/2011 | David | Trosah | UNKNOWN | Florida | Vehicle Stars | #9002-1007 N Federal | FORT LAUDERDALE | FL | USA | | | |
| 35927860 | 03/21/2011 | Conrie L. | Wigfall | ATLANTA | Georgia | Vehicle Stars | #9002-1007 N Federal | FORT LAUDERDALE | FL | USA | | | |
| 34057313 | 11/03/2011 | Karril | Alo | KAHULEA | Hawaii | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | |
| 37735797 | 02/24/2011 | Kaiora | Lehr | KAHULUI | Hawaii | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | |
| 30911827 | 05/03/2011 | Larry | Loeb | KuheiKala | Hawaii | Auto Marketing Group | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | |
| 33800218 | 08/06/2011 | Ethan/Debbie | Istenner/Istenner | ADAIR | Iowa | Vehicle Stars | 7280 W Azure Dr | Las Vegas | NV | USA | 888 | 7603428 | $600.00 |
| 34081151 | 12/21/2011 | Jason | Grubbs | Marshalltown | Iowa | Auto Marketing Group | 7280 W Azure Dr | Las Vegas | NV | USA | 888 | 7603428 | $500.00 |
| 38001891 | 02/22/2012 | William | Whitehill Jr | ADAIR | Iowa | Vehicle stars | 7280 W Azure Dr. #14 | WESTMINSTER | CO | CAN | 888 | 7603428 | $392.50 |
| 30112464 | 02/15/2011 | Jesse | Grubbs | CALDWELL | Idaho | Vehicle stars | 7280 W Azure Dr. #14 | LAS VEGAS | NV | USA | 888 | 7603428 | $399.99 |
| 30124101 | 03/09/2011 | Marilyn | Wells | CALDWELL | Idaho | Auto Marketing Group | 7280 W Azure Dr. #14 | LAS VEGAS | NV | USA | | | $399.99 |
| 38097852 | 01/01/2012 | Marilyn | Not Provided | BOISE | Idaho | Vehicle Stars | 1007 N Federal Hwy. | FORT LAUDERDALE | FL | USA | 888 | 9782770 | $499.99 |
| 35802270 | 01/26/2012 | Russ | Foreman(Not Provided) | BOISE | Idaho | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | |
| 30140552 | 04/21/2011 | Sean | Chandy | Schaumburg | Illinois | Auto Marketing Group | 7280 W Azure Dr # 14 | LAS VEGAS | NV | USA | 886 | 7603423 | $300.00 |
| 30822328 | 01/31/2011 | Adam | Welsk | CAROL STREAM | Illinois | Auto Marketing Group | 7280 W Azure Dr # 14 | LAS VEGAS | NV | USA | | | $399.99 |
| 30882271 | 02/25/2011 | Mark | Mathesen | SCHAUMBURG | Illinois | Auto Marketing Group | 7280 W Azure Dr # 14 | LAS VEGAS | NV | USA | | | $400.00 |
| 31110254 | 02/09/2011 | Elizabeth | Da Silva(Not Provided) | HOMEWOOD | Indiana | Auto Marketing Group | 7280 W Azure Dr # 14 | LAS VEGAS | NV | USA | | | |
| 34170079 | 03/09/2011 | Joseph | Deliter | FORT WAYNE | Indiana | Vehicle Stars | 7280 W Azure Dr # 14 | LAS VEGAS | NV | USA | | | $399.00 |
| 33928844 | 12/07/2011 | David | Gerdis | HAMMOND | Indiana | Auto Marketing Group | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | $250.00 |
| 34081323 | 01/23/2012 | David | Gerdis | Hammond | Indiana | Vehicle stars | 1007 N. federal hwy | fort lauderdale | FL | USA | 888 | 9782770 | $498.00 |
| 36164739 | 02/13/2012 | Mechur | Kesshik | Columbus | Indiana | Vehicle stars | 6002-1007 N. FEDERAL | FORT LAUDERDALE | FL | USA | 888 | 9782770 | $399.99 |
| 38641994 | 03/15/2012 | William | Gnps | LAFAYETTE | Indiana | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | $399.99 |
| 38041319 | 02/16/2012 | Susan | Zanzalari | Fishers | Indiana | Vehicle Stars | 1007 N. Federal Hgh | FORT LAUDERDALE | FL | USA | 888 | 9782770 | $0.00 |
| 38882230 | 01/24/2012 | Steve | Staley | INDIANAPOLIS | Indiana | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | | | |
| 35807926 | 01/28/2012 | Steve | Sisley(Not Provided) | INDIANAPOLIS | Indiana | Vehicle Stars | 1007 N. Federal Hwy. | FORT LAUDERDALE | FL | USA | 877 | 9782770 | $399.99 |

BRANNON-QUALE ATTACHMENT 1
TRO Exhibit 13

208

| ID | Date | First | Last | City | State/Prov | Company | Address | City2 | ST | Country | Ref | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36988142 | 02/09/2012 | Susm | Newell | MAYSLICK | Indiana | | | | | USA | | |
| 33638035 | 10/19/2011 | Wesley | Salsbury | OWENSBORO | Kentucky | | | | | USA | | |
| 34026103 | 12/05/2011 | Julie | Salsbury | OWENSBORO | Kentucky | | | | | USA | | |
| 34407442 | 11/21/2011 | Julie | Maynard | BARKSDALE AFB | Kentucky | | | | | USA | | |
| 33812454 | 04/09/2011 | Abraham | Soto | Attleboro | Massachusetts | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | 888 7603428 | $399.00 |
| 35794329 | 02/05/2012 | Lynsey | Pierre(Not Provided) | BOSTON | Massachusetts | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | 888 9782770 | |
| 28101720 | 04/12/2010 | Mathew | FOSTER | WINNIPEG | Manitoba, Canada | AUTO MARKETING GR | | | NV | CAN | 888 7603428 | $420.00 |
| 27832073 | 08/22/2010 | BRETT | GOLDBERG | WINNIPEG | Manitoba, Canada | AUTO MARKETING GR | | | NV | USA | 888 7603428 | $600.00 |
| 28172300 | 12/13/2010 | BOBBY | CARTLIDGE | WINNIPEG | Manitoba, Canada | AMG POWER SHOP | | WINNIPEG | MB | CAN | 888 8837787 | $500.00 |
| 33780236 | 01/31/2011 | BOB | MOSS | LAROCQUE | Manitoba, Canada | Vehicle Stars | | | FL | CAN | 888 7603428 | $500.00 |
| 31928133 | 07/09/2011 | DAN | TURENNE | WINNIPEG | Manitoba, Canada | VEHICLE STARS(Uht) | | | | USA | 888 9782770 | $399.00 |
| 33825449 | 10/12/2011 | Ernest | Orel | WINNIPEG | Manitoba, Canada | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | | $500.00 |
| 34053409 | 08/23/2011 | Ron | Lancaster | WINNIPEG | Manitoba, Canada | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | 888 7603428 | $499.94 |
| 36927727 | 05/04/2011 | Iris | He | WINNIPEG | Manitoba, Canada | Vehicle Stars | 8020-1007 N. Federal H | FORT LAUDERDALE | FL | USA | | |
| 36740130 | 03/08/2012 | Ernest | Orel | WINNIPEG | Manitoba, Canada | Vehicle Stars | 8020-1007 N. Federal H | FORT LAUDERDALE | FL | USA | | |
| 33201360 | 10/14/2011 | Albert | Orel | STEINBACH | Manitoba, Canada | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | | |
| 35488625 | 05/20/2010 | Adris | Calfin | HOLLIS CENTER | Maine | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | | |
| 27848845 | 09/28/2010 | Valddin | Vitllow | Howell | Michigan | Auto Marketing Group | 7280 West Azure Dr #1 | LAS VEGAS | NV | USA | 888 7603428 | $500.00 |
| 30886391 | 11/17/2010 | Thomas | Gnedasevic | CLINTON TWP | Michigan | Auto Marketing Group | | | | USA | 888 7603428 | $400.00 |
| 34434427 | 08/09/2011 | Dennis | McCarn | ROCHESTER | Michigan | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | | |
| 34361353 | 10/14/2011 | Mark | LeVoy | FERNDALE | Michigan | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | 888 7603428 | $499.00 |
| 28228736 | 01/13/2012 | John | Cosgrove | AUBURN HILLS | Michigan | AUTO MARKETING Group | 6-2790 WEST AZURE DI | LAS VEGAS | NV | USA | 888 9782770 | $499.00 |
| 38233397 | 01/20/2012 | Josie | Hwring | WYOMING | Michigan | Joey's Car Sales | | | NV | USA | | |
| 35421490 | 04/04/2012 | Deborah | Albillа | SOUTHFIELD | Michigan | Vehicle Stars | 2900 W Azure Dr #14 | LAS VEGAS | NV | USA | | $399.99 |
| 37281251 | 01/20/2011 | Jamie | Hwring | WYOMING | Michigan | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | | |
| 32182185 | 11/17/2011 | Shaun | Kelly | GRASS LAKE | Michigan | auto marketing group | 7200 West Azure Dr | Las Vegas | NV | USA | 888 7603428 | $499.00 |
| 34058329 | 01/11/2012 | Tou | Vang | MAPLEWOOD | Minnesota | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | | |
| 31178591 | 11/22/2010 | John | Halse | LITTLE FALLS | Minnesota | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | | |
| 33583350 | 02/16/2011 | Juan | Bret | Kansas | Missouri | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | | |
| 30622910 | 07/09/2010 | Juan | Bret | KANSAS CITY | Missouri | Auto Marketing Group | 7280 W Azure Dr #141 | LAS VEGAS | NV | USA | 888 7603428 | $500.00 |
| 33480953 | 08/11/2011 | Corey | Cables | O FALLON | Missouri | Auto Marketing Group | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | 888 7603428 | $499.00 |
| 27018569 | 10/17/2011 | MARK | Cormier | NACKAWIC | New Brunswick, Cemac | AUTO MARKETING MARKET | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | 888 9782770 | $499.00 |
| 33146015 | 09/15/2011 | Cole | Leblanc | MONCTON | New Brunswick, Cemac | | | | | CAN | | |
| 34835879 | 10/02/2011 | Jane | Edison | SAINT JOHN | New Brunswick, Cemac | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | | |
| 31902997 | 02/11/2011 | Jeremy | Kempis | CHARLOTTE | North Carolina | auto marketing group | 7280 W Azure Dr #14 | LAS VEGAS | NV | USA | | |
| 28194400 | 02/02/2012 | Tony | Mann | SWANSBORO | North Carolina | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | | |
| 36353466 | 04/12/2011 | James | Bromberg | Wahpeton | North Dakota | auto marketing group | 7200 West Azure Dr | Las Vegas | NV | USA | 888 7603428 | $499.00 |
| 30553896 | 10/17/2011 | Perry | Shaul | VALENTINE | Nebraska | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | | |
| 33581983 | 10/14/2011 | Kaela | Chitelet-Oliver | ST. JOHN'S | Newfoundland, Canad | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | | |
| 34407335 | 12/05/2011 | Robert | Murphy | ST. JOHN'S | Newfoundland, Canad | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | | |
| 35080569 | 01/10/2012 | Ismail | Malzanu | ATLANTIC CITY, NJ | New Jersey | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | | $400.00 |
| 33525419 | 10/13/2011 | Cullen | Cullen | ENGLISHTOWN | New Jersey | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | | |
| 36375376 | 02/03/2012 | Scott | Cullen | OLD BRIDGE | New Jersey | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | 888 7603428 | $250.00 |
| 36382417 | 02/20/2012 | Nikki Maria | Lombardozzi | PARSIPPANY | Location Not Reported | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | 888 7603428 | $903.00 |
| 26940917 | 01/06/2010 | Robert | Murphy | ST. JOHN'S | Location Not Reported (LNR) | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | CA | CAN | | $594.22 |
| 31848069 | 11/22/2011 | Kimberly | Robertson(Not Provided) | ST. JOHN'S | Location Not Reported (LNR) | AUTO MARKETING MARKET | | | | CAN | | |
| 27081831 | 06/03/2011 | ANDREW | Shirreff | BERWICK | Nova Scotia, Canada | Auto Marketing Group | 7280 W Azure Dr #14 | LAS VEGAS | NV | USA | 888 7603428 | $499.00 |
| 30831028 | 07/14/2010 | Hugh | HUTT | BRIDGEWATER | Nova Scotia, Canada | Auto Marketing Group | 7280 west azure | las vegas | NV | USA | 888 7603428 | |
| 28873640 | 08/11/2011 | Joel | neilsen | Las Vegas | Nevada | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | | FL | USA | | $499.00 |
| 28701919 | 03/07/2011 | Daniel | Neplan | LAS VEGAS | Nevada | The Auto Marketing Gr | 7280 West Azure D | West Las Vegas | NV | USA | 888 7603428 | |
| 30829853 | 03/08/2011 | James | Hernagen | Buffalo | New York | Auto Marketing Group | 7280 W Azure Dr #14 | LAS VEGAS | NV | USA | 888 7603428 | $500.00 |
| 30833923 | 03/17/2011 | Sam | Hernagen | WHITE PLAINS | New York | Auto Marketing Group | 7280 W Azure Dr #14 | LAS VEGAS | NV | USA | 888 7603428 | $499.00 |

| ID | Date | Last Name | First Name | City | Region | Country | Company | Address | ST | Country | Ref 1 | Ref 2 | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31351435 | 05/24/2011 | Gellens | Sam | YONKERS | New York | USA | Auto Marketing Group | 7280 W Azure Dr # 14 LAS VEGAS | NV | USA | | | $400.00 |
| 32412256 | 08/02/2011 | Kula | Ryan | BUFFALO | New York | USA | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 33426534 | 10/19/2011 | Dittin | Jamie | NIAGARA FALLS | New York | USA | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | $500.00 |
| 34022395 | 12/05/2011 | Kazarian | Shahram | NEW YORK | New York | USA | Vehicle Stars | 7280 West Azure Drive Las Vegas | NV | USA | 889 | 6782770 | $590.00 |
| 35782509 | 01/31/2012 | John[] | Steven | Loveland | Ohio | USA | Auto Marketing Group | 7280 W Azure Dr # 14 LAS VEGAS | NV | USA | 889 | 7603428 | $400.00 |
| 33053966 | 08/16/2011 | Villegas | Steven | LOVELAND | Ohio | USA | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 33242449 | 08/02/2011 | Villegas | Steven | YOUNGSTOWN | Ohio | USA | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | 888 | 7603428 | $500.00 |
| 32441403 | 05/09/2011 | Blackam | Courtney | PETAWAWA | Ontario, Canada | CAN | AUTO MARKETING GR | | NY | USA | 888 | 7603428 | $388.00 |
| 32896399 | 01/21/2010 | RANGER | DAVID | BOWMANVILLE | Ontario, Canada | CAN | AUTO MARKETING GR | | NY | USA | 888 | 7603428 | $500.00 |
| 32912124 | 03/16/2009 | Moore | Ryan | LONDON | Ontario, Canada | CAN | AUTO MARKETING GR | LAS VEGAS | NV | CAN | 888 | 7603428 | $525.00 |
| 32912152 | 04/07/2010 | SCOTT | DAVID | WASAGA BEACH | Ontario, Canada | CAN | AUTO MARKETING GR | | NV | CAN | 889 | 7603428 | $500.00 |
| 32954905 | 04/06/2010 | GAJOSIK | DAVID | TORONTO | Ontario, Canada | CAN | AUTO MARKETING GR | | ON | CAN | 888 | 7603428 | $500.00 |
| 33266599 | 04/21/2010 | MORGAN | KARA | ASHBURN | Ontario, Canada | CAN | AUTO MARKETING GR | | ON | | 888 | 7603428 | $590.00 |
| 32011781 | 04/22/2010 | ONEILL | KEVIN | WHITBY | Ontario, Canada | CAN | AUTO MARKETING GR | | NV | | 888 | 7603428 | $525.00 |
| 32446987 | 04/29/2010 | SCOTT | JEFF | KINGSTON | Ontario, Canada | CAN | TIRE AUTO MARKETIN | | NV | CAN | 888 | 7603428 | $600.00 |
| 32498783 | 05/13/2010 | WILLIAMS | CHRISTINE | TORONTO | Ontario, Canada | CAN | AUTO MARKETING GR | | | CAN | 888 | 7603428 | $499.00 |
| 35906168 | 05/25/2010 | MARTIN | KENT | KITCHENER | Ontario, Canada | CAN | AMG AUTOMOTIVE | 7280 west 14-782 Las CALGARY | AB | | 888 | 7603428 | $599.00 |
| 32200878 | 03/16/2010 | MAHARAJ | WILBERT | AJAX | Ontario, Canada | CAN | AUTO MARKETING GR | | | CAN | 888 | 7903423 | $537.00 |
| 27011779 | 07/06/2010 | ADAMS | KURT | OTTAWA | Ontario, Canada | CAN | AUTO MARKETING GR | RICHMOND HILL ON | AB | | 888 | 7603428 | $499.00 |
| 27158140 | 07/21/2010 | EDMISTON | VICTORIA | WARTON | Ontario, Canada | CAN | AUTO MARKETING GR | CALGARY | NV | | 888 | 7903423 | $490.00 |
| 27309751 | 08/04/2010 | DERRICK | JAMALI | BRAMPTON | Ontario, Canada | CAN | AUTO MARKETING GR | 7280 WEST AZURE DI LAS VEGAS | NN | | 888 | 7903423 | $493.00 |
| 37139231 | 08/12/2010 | UNNINEN | LYNAIS | GEORGETOWN | Ontario, Canada | CAN | AUTO MARKETING GR | LOS ANGELES | CA | | 895 | 7903428 | $584.00 |
| 37726351 | 08/19/2010 | KONKAS | SHEILA | BARRIE | Ontario, Canada | CAN | AUTO MARKETING GR | | | | 892 | 66537871 | $524.00 |
| 37730022 | 09/22/2010 | Moffit | Karen | PERTH | Ontario, Canada | CAN | AUTO MARKETING Group[] | | | | 888 | 7603428 | $500.00 |
| 37020019 | 09/22/2010 | STAN | STAN | GARDEN RIVER | Ontario, Canada | CAN | Auto Marketing Group | 7280 W Azure Dr | NV | USA | 889 | 7603428 | $451.99 |
| 27611376 | 09/20/2010 | Chris | Chris | SOLOMON | Ontario, Canada | CAN | AUTO MARKETING GR | Las Vegas | NV | USA | 169 | 7603428 | $400.00 |
| 28108296 | 10/29/2010 | Loi | Jeff | Smithville | Ontario, Canada | CAN | Auto Marketing Group | 7280 West Azure Dr | NV | | 888 | 7603428 | $500.02 |
| 28095049 | 10/12/2010 | MCKSOURY | BRYAN | Sudbury | Ontario, Canada | CAN | AUTO MARKETING GR | | | USA | 888 | 7603428 | $590.00 |
| 28166032 | 12/10/2010 | ROYAL | ALAN | BLACKSTOCK | Ontario, Canada | CAN | AUTO MARKETING GR | | NV | | 889 | 7603428 | $500.00 |
| 37174010 | 12/21/2010 | SHERWIN | LAURA | TECUMSEH | Ontario, Canada | CAN | AUTO MARKETING GR | | NV | USA | 888 | 7603428 | $500.00 |
| 28910929 | 04/04/2011 | alar | alar | Ottawa | Ontario, Canada | CAN | Auto Marketing Group | 7280 W Azure Dr | NV | USA | 888 | 7603428 | $524.00 |
| 33018048 | 04/03/2011 | Milion | Carmen | Neran | Ontario, Canada | CAN | Auto Marketing Group | 7280 W Azure Drive | NV | USA | 888 | 7603428 | $500.00 |
| 30081297 | 04/12/2011 | Dutta | Rajneesh | BRAMPTON | Ontario, Canada | CAN | Auto Marketing Group | 7280 West Azure Dr # 14 LAS VEGAS | NV | USA | 888 | 7603428 | $500.00 |
| 30104908 | 04/11/2011 | Dutta | Rajneesh | Brampton | Ontario, Canada | CAN | Auto Marketing Group | 7280 West Azure Dr | NV | USA | 888 | 7603428 | $628.00 |
| 30053374 | 04/27/2011 | Dumal | Ramos | Cornwall | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | 900 | 9722770 | $490.00 |
| 30082517 | 02/23/2021 | Dave | David | Bames | Ontario, Canada | CAN | Auto Marketing Group | 7280 W Azure Dr # 14 LAS VEGAS | NV | USA | 885 | 5492001 | $554.00 |
| 30023410 | 05/01/2011 | Burns | Burns | Finlay | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | NV | USA | | | |
| 30052844 | 02/03/2021 | Scott | Scott | Vilele | Ontario, Canada | CAN | Auto Marketing Group | 7280 W Azure Dr # 14 LAS VEGAS | NV | USA | | | |
| 31805088 | 02/10/2021 | Coon | Alexander | Plummer | Ontario, Canada | CAN | Auto Marketing Group | 7280 W Azure Dr # 14 LAS VEGAS | NV | USA | | | |
| 30023203 | 03/02/2011 | Milon | James | THUNDER BAY | Ontario, Canada | CAN | Auto Marketing Group | 7280 W Azure Dr # 14 LAS VEGAS | NV | USA | | | $500.00 |
| 31327090 | 04/08/2011 | Moore | Rabert | OTTAWA | Ontario, Canada | CAN | Auto Marketing Group | 7280 West Azure Dr # 14 LAS VEGAS | NV | USA | 888 | 7603428 | $535.00 |
| 31374098 | 07/22/2011 | Henery | Ashley | WOODBRIDGE | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 31428513 | 06/23/2011 | Ledg | Luigi | TORONTO | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 31018340 | 05/10/2011 | PORTER | STEVEN | NIAGARA ON THE LA | Ontario, Canada | CAN | AUTO MARKETING GI | 7280 WEST AZURE DI LAS VEGAS | NV | USA | | | |
| 31800838 | 06/02/2011 | Sarie | Sarie | MILTON | Ontario, Canada | CAN | Auto Marketing Group | 7280 W Azel Ure Drive Las Vegas | NV | USA | | | |
| 31960527 | 06/08/2011 | Rash | Rash | OTTAWA | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 31807661 | 07/05/2011 | Diouza | Tania | ETOBICOKE | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 32017255 | 05/06/2011 | Tanak | Tanak | PICKERING | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 32017065 | 07/28/2011 | Jeo | Lendgen | NORTH YORK | Ontario, Canada | CAN | Auto Marketing Group | 7280 West Azure Dr | NV | USA | 888 | 7603428 | $554.00 |
| 32305289 | 06/22/2011 | Nohammad | Zahrsaq | TORONTO | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 32652520 | 08/05/2011 | Dytin | Sulor | NIAGARA ON THE LA | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 32441481 | 08/09/2011 | Adam John | Russo | MAPLE | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 32645591 | 09/23/2011 | Patricia | Madsen | PONTYPOOL | Ontario, Canada | CAN | Auto Marketing Group | 7280 W Azel Ure Drive Las Vegas | NV | USA | 888 | 7603428 | $535.00 |
| 32011105 | 09/23/2011 | Earl | Latenche | KAKATA | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal HWY # Fort Lauderdale | FL | USA | | | |
| 32286820 | 08/17/2011 | Jonathan | Gray | Tomila | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | 889 | 6782770 | $490.00 |
| 32385525 | 10/15/2011 | Daniela | Gray | ETOBICOKE | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 33047852 | 09/13/2011 | Daniela | Gray | | Ontario, Canada | CAN | | | | | | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33128292 | 09/18/2011 | Sivasubramaniyai | Sivaraman | BARRIE | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | $500.00 |
| 33265868 | 09/27/2011 | Diego | Delgado | NORTH YORK | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 33504297 | 10/12/2011 | Cindy | Clark | WINGHAM | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 33744153 | 10/27/2011 | Syed | Bakhtiar | NORTH YORK | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 33977634 | 11/10/2011 | LiAn | Zhuang | SCARBOROUGH | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 34058578 | 11/17/2011 | Abdulrahman | Abdullah | LONDON | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 34065582 | 11/08/2011 | Rose | Wright | TORONTO NORTH Y( | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 34067278 | 11/17/2011 | John | Tonch | WINDSOR | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 34167327 | 11/22/2011 | Kame | Mcguffin | LONDON | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 35081227 | 01/11/2012 | Cathy | Byrnes | CAMBRIDGE | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 36104129 | 02/13/2012 | Doug | Mcdougall | FERGUSF | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 36812870 | 03/08/2012 | Eyal | Goldfarb | TORONTO | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 36815951 | 03/08/2012 | Tony | Nguyen | TORONTO | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 36988314 | 04/19/2012 | AARON | BROUGH | AMELIASBURG | Ontario, Canada | CAN | Vehicle Stars | | FORT LAUDERDALE | FL | USA | 888 | 9782770 | $499.00 |
| 37339986 | 03/27/2012 | Luigi | Nalli | MISSISSAUGA | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 37412251 | 04/08/2012 | Aaron | Brough | AMELIASBURG | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 37584289 | 04/10/2012 | Aimee | Dadd | GUELPH | Ontario, Canada | CAN | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 34850693 | 12/19/2011 | Joanne\|\| | Vitale\|Not Provided\|No | MARKAM\|\| | Ontario, Canada\|\| | CAN\|\| | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 35934459 | 02/08/2012 | Rodney\|\| | Noland\|Not Provided\|N | INNISFIL\|\| | Ontario, Canada\|\| | CAN\|\| | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 27671119 | 08/18/2010 | ALIN | DINCA | Beaverton | Oregon | USA | Auto Marketing Group | 7260 West Azure Dr #1 | LAS VEGAS | NV | USA | 888 | 7603428 | $500.00 |
| 28277380 | 11/16/2010 | Tony | Miller | Roseburg | Oregon | USA | Auto Marketing Group | Unknown | | | USA | 888 | 7603428 | $499.00 |
| 30823014 | 01/03/2011 | Stacy | Parker | MC MINVILLE | Oregon | USA | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $375.00 |
| 30854109 | 08/01/2011 | Doug | Opoka | Lake Oswego | Oregon | USA | Vehicle Stars | 1007 N Federal Hwy #( | Fort Lauderdale | FL | USA | 888 | 9782770 | $500.00 |
| 31421293 | 08/07/2011 | DOUGLAS | OPOKA | LAKE OSWEGO | Oregon | USA | VEHICLE STARS | 1007 N FEDERAL HW | FT LAUDERDALE | FL | USA | 888 | 9782770 | $499.94 |
| 31638481 | 08/08/2011 | Douglas | Opoka | LAKE OSWEGO | Oregon | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 34927635 | 12/27/2011 | Candace | Houeden | PORTLAND | Oregon | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 35081448 | 01/10/2012 | Amy | Cole | PORTLAND | Oregon | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 36421832 | 03/23/2012 | KEN | BERNET | SCAPPOOSE | Oregon | USA | VEHICLE STARS | 1007 N FEDERAL HW | FT LAUDERDALE | FL | USA | 888 | 9782770 | $399.99 |
| 37028643 | 03/21/2012 | Sangue | Mboup | PORTLAND | Oregon | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 34291693 | 01/04/2012 | Howard | Angstadt | Warrington | Pennsylvania | USA | Auto Marketing Group | | | | | 888 | 7603428 | $500.00 |
| 25342739 | 01/29/2010 | DANIEL | TALBOT | OTTERBURN PARK | Quebec, Canada | CAN | AUTO MARKETING G\| | \| | | \| | \| | 888\| | 7603428\| | $374.00 |
| 25890361 | 03/29/2010 | Robert | Welman | REGINA | Saskatchewan, Canad | CAN | AUTO MARKETING G\| | | VANCOUVER\| | BC\| | CAN\| | 888\| | 7603428\| | $500.00 |
| 26284402 | 04/20/2010 | LISA | PETERS | REGINA | Saskatchewan, Canad | CAN | SHERYL PURCELL / A\| | | \| | \| | \| | 888\| | 6853787\| | $500.00 |
| 26284945 | 04/21/2010 | JAMES | BURTON | ROSTHERN | Saskatchewan, Canad | CAN | AUTO MARKETING G | Regina SK\| | LAS VEGAS\| | NV\| | USA\| | 888\| | 7603428\| | $500.00 |
| 26317549 | 04/27/2010 | KEVIN | WENAUS | REGINA | Saskatchewan, Canad | CAN | AUTO MARKETING G\| | | \| | \| | \| | 888\| | 6853787\| | $499.00 |
| 27081994 | 07/14/2010 | DANIEL | FLETCHER | REGINA | Saskatchewan, Canad | CAN | AUTO MARKETING G\| | | \| | \| | \| | 888\| | 6853787\| | $500.00 |
| 27438224 | 08/13/2010 | HERB | ELDER | YORKTON | Saskatchewan, Canad | CAN | AUTO MARKETING G | 7260 AZURE DRIVE # | LAS VEGAS\| | NV\| | USA\| | \| | \| | $500.00 |
| 27438648 | 07/27/2010 | DAVE | WILSON | NORTH BATTLEFORD | Saskatchewan, Canad | CAN | AMG AUTO MARKETI\| | | LAS VEGAS\| | NV\| | USA\| | 888\| | 7603426\| | $500.00 |
| 27738897 | 09/22/2010 | Yao | Tsinkrang | Saskdoon | Saskatchewan, Canad | CAN | Auto Marketing Group | | | | | 888 | 7603428 | $500.00 |
| 30427086 | 04/26/2011 | TESSA | BELL | BIGGAR | Saskatchewan, Canad | CAN | VEHICLE STARS | 6002 1007 N FEDERA | FORT LAUDERDALE | FL | USA | 888 | 9782770 | $500.00 |
| 30623137 | 01/14/2011 | Dennis | Sutherland | SWIFT CURRENT, CA | Saskatchewan, Canad | CAN | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $1.00 |
| 30623413 | 02/03/2011 | Marcel | Guilbault | KELVINGTON | Saskatchewan, Canad | CAN | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $449.72 |
| 30623679 | 03/04/2011 | Dustin | Schmidt | REGINA | Saskatchewan, Canad | CAN | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $400.00 |
| 32008686 | 07/15/2011 | Garett | Ouellet | SASKATOON | Saskatchewan, Canad | CAN | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $419.00 |
| 28868019 | 01/28/2011 | Sheila\|Joe | Huhn\|Stockton | Moose Jaw\|Moose Jaw | Saskatchewan, Canad | CAN\| | Auto Marketing Group | 7260 W Azure Dr | Las Vegas | NV | USA | 888 | 7603428 | $279.00 |
| 27071784 | 07/02/2010 | Anthony | Sherwood | SAN ANTONIO | Texas | USA | Auto Marketing Group | 7260 West Azure Drive | LAS VEGAS | NV | USA | 888 | 7603428 | $300.00 |
| 28894688 | 01/28/2011 | Vic | Stalick | Celina | Texas | USA | Auto Marketing Group | | | | | 888 | 7603428 | $500.00 |
| 29233093 | 01/28/2011 | victor | Stalick | CELINA | Texas | USA | Auto Marketing Group | 7260 West Azure Dr. # | LAS VEGAS | NV | USA | | 88876034 | $500.00 |
| 30822726 | 12/14/2010 | Penny | Mayorga | ORCHARD | Texas | USA | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $500.00 |
| 30822834 | 01/07/2011 | Michael | Bennett | SAN ANTONIO | Texas | USA | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $500.00 |
| 30823626 | 02/14/2011 | Megan | Henderson | DALLAS | Texas | USA | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $400.00 |
| 31143990 | 05/05/2011 | John | Koessler | DENTON | Texas | USA | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $399.00 |
| 31809824 | 07/15/2011 | Jing | Yu | AUSTIN | Texas | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 32008747 | 07/19/2011 | Jess | Martin | SAN ANGELO | Texas | USA | Auto Marketing Group | 7260 W Azure Dr # 14( | LAS VEGAS | NV | USA | | | $500.00 |
| 32114081 | 08/23/2011 | Kevin | Cavanaugh | Hurst | Texas | USA | Vehicle Stars | | Fort Lauderdale | FL | USA | 800 | 9782770 | $499.00 |
| 32934431 | 09/13/2011 | Melissa | Mejia | DALLAS | Texas | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 32980453 | 09/08/2011 | Stefan | Edwards | SAN ANTONIO | Texas | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |
| 33063694 | 09/12/2011 | Vasanthi | Avadhanula | PEARLAND | Texas | USA | Vehicle Stars | 1007 N. Federal Hwy., | FORT LAUDERDALE | FL | USA | | | |

| ID | Date | First | Last | City | State | Country | Dealer | Address | St | Country | Auth | Ref | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33408341 | 10/03/2011 | Anthony | Casatin | CROWLEY | Texas | USA | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | 888 | 9782770 | $500.00 |
| 33611119 | 11/10/2011 | ALFREDO | BERNAL | INNIS | Texas | USA | VEHICLE STARS | | | | | | |
| 34004709 | 11/03/2011 | Sharlq | Abuad | FRISCO | Texas | USA | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 34485500 | 12/19/2011 | Lnah | Faust Aldate | MIDLAND | Texas | USA | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 35043447 | 02/12/2012 | Mark | Schwartz | DALLAS | Texas | USA | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | 885 | 9782770 | $392.00 |
| 37636327 | 03/26/2012 | Marc | Schwertz | DALLAS | Texas | USA | Vehicle Stars | 1007 N. Federal Hwy., FT. LAUDERDALE | FL | USA | | | |
| 36762349 | 02/01/2012 | Robj | Mebhalen (Not Provided) | ARLINGTON | Texas | USA | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | $469.00 |
| 38094554 | 02/09/2012 | Waynell | Uncer (Not Provided) | WEBLACO | Texas | USA | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 30823770 | 01/03/2012 | Garrett | Kerren | CEDAR CITY | Utah | USA | Auto Marketing Group | 7280 W Azure Dr # 14L LAS VEGAS | NV | USA | | | |
| 31636134 | 06/06/2011 | Jeremy | Hark | PROVO | Utah | USA | Vehicle Stars | 7280 W Azure Dr # 14L LAS VEGAS | NV | USA | | | |
| 33829812 | 08/19/2011 | Lee | Walcomb | WAYNESBORO | Virginia | USA | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | 888 | 7603428 | $500.00 |
| 30801177 | 12/22/2011 | James | C'lare | BROADWAY | Virginia | USA | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | 888 | 7603428 | $499.84 |
| 29020380 | 06/25/2010 | James | Stromberg | EPHRATA | Washington | USA | auto marketing group | | NV | USA | | | $402.00 |
| 27025887 | 07/13/2010 | James | stromberg | EPHRATA | Washington | USA | auto marketing group | 7220 west azure dr #14L LAS VEGAS | NV | USA | | | |
| 30523922 | 01/07/2011 | Harry | Denton | SEQUIM | Washington | USA | Auto Marketing Group | 7250 W Azure Dr # 14L LAS VEGAS | NV | USA | | | |
| 30909843 | 04/11/2011 | Erik | Jager | TACOMA | Washington | USA | Auto Marketing Group | | NV | USA | | | $469.00 |
| 31107358 | 06/16/2011 | Han | Wu | RICHLAND | Washington | USA | Auto Marketing Group | 7280 West Azure Dr. # Las Vegas | NV | USA | 888 | 7603428 | $999.00 |
| 31738301 | 08/17/2011 | Tom And Nancy | Baodn | WAHKIAKUS | Washington | USA | Auto Marketing Group | 7280 W Azure Dr # 14L LAS VEGAS | NV | USA | | | |
| 33107370 | 08/31/2011 | Jim | Giffin | REDMOND | Washington | USA | Auto Marketing Group | 7280 W Azure Dr # 14L LAS VEGAS | NV | USA | | | |
| 32219983 | 06/15/2011 | Terry | Baskin | EAST WENATCHEE | Washington | USA | Auto Marketing Group | LAS VEGAS | NV | USA | | | |
| 33004391 | 10/12/2011 | Jim | Dehim | REDMOND | Washington | USA | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 37028180 | 02/21/2019 | Joshua | Dahielle | LONGVIEW | Washington | USA | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 35934388 | 02/03/2012 | Danielle | White (Not Provided) | SPOKANE | Washington | USA | Auto Marketing Group | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 30822219 | 01/30/2011 | Cody | Pearce | RACINE | Wisconsin | USA | Vehicle Stars | 7280 West Azure Dr # Las Vegas | NV | USA | 888 | 7603428 | $400.00 |
| 30772764 | 01/25/2011 | Greg | Page | Racine | Wisconsin | USA | Auto Marketing Group | 7280 W Azure Dr # 14L LAS VEGAS | NV | USA | | | $200.00 |
| 31443062 | 05/05/2011 | Bradley | Barker | PLATTEVILLE | Wisconsin | USA | Auto Marketing Group | 7280 W Azure Dr # 14L LAS VEGAS | NV | USA | | | $399.99 |
| 31782885 | 08/20/2011 | Christopher | Murawski | MADISON | Wisconsin | USA | Auto Marketing Group | 7280 W Azure Dr # 14L LAS VEGAS | NV | USA | | | $198.99 |
| 36104219 | 02/13/2012 | Ted | Wilson | MUSKEGO | Wisconsin | USA | Vehicle Stars | 1007 N. Federal Hwy., FORT LAUDERDALE | FL | USA | | | |
| 32850060 | 06/25/2011 | David | Maselager | WILEY FORD | West Virginia | USA | Auto Marketing Group | 7280 W Azure Dr # 14L LAS VEGAS | NV | USA | | | $399.80 |
| 30823423 | 02/07/2011 | Kim | Spears | CHEYENNE | Wyoming | USA | Auto Marketing Group | 7280 W Azure Dr # 14L LAS VEGAS | NV | USA | | | $400.00 |
| 29086399 | 11/22/2010 | Nairie | McFarlane | FOXFORD | Ontario, Canada | CAN | AMG | | SCI | CAN | | | |
| 29089362 | 10/21/2010 | Jim | Keeling | PETERBOROUGH | Ontario, Canada | CAN | AMG | BRITISH COLUMBIA | | CAN | | | |
| 29095840 | 10/18/2010 | Don | Moss | WEYBURN | Saskatchewan, Canada | CAN | AMG | WINNIPEG | | CAN | | | |
| 29172066 | 12/13/2010 | Larry | Griffths | WINNIPEG | Manitoba, Canada | CAN | AMG | | | CAN | | | |
| 27453023 | 8/19/2010 | Caroline | Laurie | CHERRY GROVE | Alberta, Canada | CAN | AMG | WINNIPEG | | CAN | | | |

# READYPAY SERVICES INC.

## Business Entity Information

| | | | |
|---|---|---|---|
| | Active | | 6/07/2006 |
| | Domestic Corporation | | E0424382006-6 |
| | NV | | 6/30/2011 |
| | | | |
| | NV20061056212 | | 6/30/2011 |

## Registered Agent Information

| | | | |
|---|---|---|---|
| | INCORP SERVICES, INC. | | 2360 CORPORATE CIRCLE STE 400 |
| | | | HENDERSON |
| | NV | | 89074-7722 |
| | | | |
| | | | NV |
| | Commercial Registered Agent - Other | | |
| | NEVADA | | Active |

## Financial Information

| | | | |
|---|---|---|---|
| | 0 | | $ 150.00 |
| | 1,500.00 | | $ 0.10 |

## Officers — Include Inactive Officers

**Director - MATTHEW LOEWEN**

| | | | |
|---|---|---|---|
| | 2360 CORPORATE CIRCLE | | STE 400 |
| | HENDERSON | | NV |
| | 89074-7722 | | USA |
| | Active | | |

**President - MATTHEW LOEWEN**

| | | | |
|---|---|---|---|
| | 2360 CORPORATE CIRCLE | | STE 400 |
| | HENDERSON | | NV |
| | 89074-7722 | | USA |
| | Active | | |

**Secretary - MATTHEW LOEWEN**

| | | | |
|---|---|---|---|
| | 2360 CORPORATE CIRCLE | | STE 400 |
| | HENDERSON | | NV |
| | 89074-7722 | | USA |
| | Active | | |

**Treasurer - MATTHEW LOEWEN**

| | | | |
|---|---|---|---|
| | 2360 CORPORATE CIRCLE | | STE 400 |
| | HENDERSON | | NV |
| | 89074-7722 | | USA |
| | Active | | |

## Actions\Amendments

| | |
|---|---|
| **Articles of Incorporation** | |
| 20060364850-24 | 1 |
| 6/07/2006 | |

Initial Stock Value: Par Value Shares: 1,500 Value: $ 0.10 No Par Value Shares: 0
Total Authorized Capital: $ 150.00

| | |
|---|---|
| **Initial List** | |
| 20060667241-74 | 1 |
| 10/17/2006 | |

(No notes for this action)

| | |
|---|---|
| **Registered Agent Change** | |
| 20070374664-99 | 1 |
| 5/29/2007 | |

(No notes for this action)

| | |
|---|---|
| **Annual List** | |
| 20070374667-22 | 1 |
| 5/29/2007 | |

(No notes for this action)

| | |
|---|---|
| **Registered Agent Address Change** | |
| 20080296150-43 | 222 |
| 4/29/2008 | |

(No notes for this action)

| | |
|---|---|
| **Annual List** | |
| 20080448424-86 | 1 |
| 6/30/2008 | |

(No notes for this action)

| | |
|---|---|
| **Annual List** | |
| 20090515907-78 | 1 |
| 6/29/2009 | |

(No notes for this action)

| | |
|---|---|
| **Annual List** | |
| 20100460833-47 | 1 |
| 6/24/2010 | |

(No notes for this action)

| | |
|---|---|
| **Amended List** | |
| 20100889389-38 | 1 |
| 11/29/2010 | |

amend for biz



**NEVADA SECRETARY OF STATE**
**ROSS MILLER**

# XAVIER PROCESSING SERVICES, LLC

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | Filed Date: | 8/12/2010 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0390842010-7 |
| Qualifying State: | NV | List of Officers Due: | 8/31/2012 |
| Managed By: | Managing Members | Expiration Date: | |
| NV Business ID: | NV20101615716 | Business License Exp: | 8/31/2012 |

## Additional Information

| | |
|---|---|
| Central Index Key: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | INCORP SERVICES, INC. | Address 1: | 2360 CORPORATE CIRCLE STE 400 |
| Address 2: | | City: | HENDERSON |
| State: | NV | Zip Code: | 89074-7722 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| | | | |
| Agent Type: | Commercial Registered Agent - Other | | |
| Jurisdiction: | NEVADA | Status: | Active |

## Financial Information

| | | | |
|---|---|---|---|
| | 0 | Capital Amount: | $0 |

## Officers ☐ Include Inactive Officers

**Managing Member - MATTHEW J LOEWEN**

| | 2360 CORPORATE CIRCLE - SUITE | |
|---|---|---|

Entity Details - Secretary of State, Nevada

| | 400 | | | |
|---|---|---|---|---|
| | HENDERSON | | NV | |
| | 89074-7722 | | | |
| | Active | | | |

**Actions\Amendments**

Click here to view Actions\Amendments associated with this company.

BRANNON-QUALE ATTACHMENT 3
TRO Exhibit 13

215

 



**AUTO MARKETING GROUP**

How Much is Your Car Worth?
**Find out with our free car evaluation**

LOGIN

Home | About Us | Buy Used Cars | Sell | Financing | FAQ | Press | Refund Form | Carfax | Contact Us

## Used Cars

SEARCH USED CARS FOR SALE

SEARCH

## Welcome

SELL YOUR USED CAR

Call 1-888-760-3426 and we'll help you today!

## Guarantee

READ MORE

## Newest Listings

Photo Not Available

**BMW 325i**

### $21,000.00

One owner. All regularly scheduled maintenance records available. Rear tires replaced last month. Integrated Blue Tooth and crome pipe. Call 1-888-760-3426

DETAILS

Photo Not Available

**Infiniti G35**

### $14,800.00

I am selling this beautiful and super clean Infiniti G35 for $14800.00.

The Car is in a very Excellent & Clean condition. Beautiful Champagne color, Low Mileage only

## Auto Services

- **GET YOUR CAR FAX REPORT**
- **INSURANCE**
- **USED CAR VALUES**
- **DOWNLOAD OUR REFUND FORM**
- **TESTIMONIALS**
- **FREE CAR EVALUATION**

69K, Automatic Transmission, very Comfy and Cozy, Always Garaged, Mint Condition. No accidents! Very Well maintained, Clean Title. I am including Mechanic Repairs Warranty and GPS with the Car.

Not a single dent or scratch! Perfect paint! HEATED Seats, Leather Seats & Interior, Power Windows, Power Seats, Air Conditioning, Heater super warm and cozy. All the toys! Power everything! Power Steering, Stereo, CD Player.

Very clean interior. Runs Great, Smooth and very Comfortable ride, Drives Excellent. Very powerful, Fully Loaded, Stereo & A/C control from Steering Wheel, Alarm, Cruise Control, ï¿½Alloy Wheels, ï¿½Passenger Air Bag, ï¿½Rear Window Defroster, Anti-Lock Brakes, Power Door Locks, ï¿½Side Airbags, ï¿½Power Mirrors, ï¿½Sunroof, Tilt Wheel, ï¿½Driver Air Bag, ï¿½Tinted Glass Moonroof, Low Miles 69K, Runs and Looks Great, Extra Clean.

Price: $14800.00

If interested, please call 1-888-760-3426

Thank you

DETAILS

AUTO MARKETING GROUP © 2011 ALL RIGHTS RESERVED | PRIVACY POLICY

  

**How Much is Your Car Worth?**
Find out with our free car evaluation

LOGIN

Home | About Us | Buy Used Cars | Sell | Financing | FAQ | Press | Refund Form | Carfax | Contact Us



## Our Services

⟩ **FIND MY AD**

⟩ **FREE CAR EVALUATION**

⟩ **PAYMENT CALCULATOR**

## Recently Added Cars

⟩ **2006 BMW 325I**

⟩ **2004 INFINITI G35**

⟩ **2006 MERCEDES C230**

⟩ **2003 HYUNDAI TIBURON**

⟩ **2007 DODGE CHARGER**

⟩ **2007 HONDA RIDGELINE**

⟩ **2006 FORD RANGER**

⟩ **2008 HONDA CRV**

## How much is your car worth?

### Fill out the form below to find the value of your used car

Call 1-888-760-3426 to speak with a specialist directly (930am-430pm M-F PST) or fill out the form below.

Find out what you can sell your car for. Receive a free vehicle valuation, market analysis and information on the best way to sell your car. Please fill out our short request form below and we will contact you with a FREE vehicle analysis.

### Details

e.g., Ford Mustang GT, Chevrolet Silverado, Toyota Camry

**Year***

**Make and Model***

**Mileage**

**Target Price**

Vehicle D

**Please describe your vehicle and its options**

Try to include helpful information like: Series type (GT, LXI, 4x4), engine size, transmission type, and anything else that adds value to your car.

## Optional Photo Upload

If you have a picture of your car it could help us provide you with the most accurate quote.

## Contact Information

**After we research your car, we will contact you with it's market value.**

**Phone Number \***

**Email Address \***

**Are you collecting market information for purposes of selling or insuring?**

Selling

Insuring

**Have you been contacted by an agent from the Auto Marketing Group?**

Yes    No

**If yes, whom did you speak with?**

**CLICK HERE FOR YOUR FREE EVALUATION**

AUTO MARKETING GROUP © 2011 ALL RIGHTS RESERVED  |  PRIVACY POLICY



**AUTO MARKETING GROUP**

🚗 How Much is Your Car Worth?
Find out with our free car evaluation

**LOGIN**

Home | About Us | Buy Used Cars | Sell | Financing | FAQ | Press | Refund Form | Carfax | Contact Us

🔵 Thousands of used cars
🔵 new advertising model
🔵 added advantages

## Our Services

🔹 **FIND MY AD**

🔹 **FREE CAR EVALUATION**

🔹 **PAYMENT CALCULATOR**

## Recently Added Cars

🔹 **2006 BMW 325I**

🔹 **2004 INFINITI G35**

🔹 **2006 MERCEDES C230**

🔹 **2003 HYUNDAI TIBURON**

🔹 **2007 DODGE CHARGER**

🔹 **2007 HONDA RIDGELINE**

🔹 **2006 FORD RANGER**

🔹 **2008 HONDA CRV**

## Auto Marketing Group Refund Instructions



**90-Day Money Back Guarantee Terms and Conditions.**

At Auto Marketing Group we understand that selling a vehicle can be expensive and at times frustrating. Auto Marketing Group has decided to give advertising a gravely needed refreshing change that will eliminate the costly expenses and unnecessary headache. When you sign up with AMG you will be given the option to guarantee your services. We have a set advertising cost and are able to calculate the odds of your vehicle selling within our 90 day time frame. If you accept our offer to guarantee the sale, you will be charged a seperate non-refunable fee on your advertising. The surcharge is of course non-refundable however the advertising fee is fully refundable if your vehicle is not sold. This makes sure that if for any reason your vehicle does not sell that you aren't left holding the bag and a stack of useless advertising bills. The refund of your advertising is subject to those who purchase the guarantee plan and are subject some terms and conditions. The following shows our guarantee limitations for eligibility.

**Ammendment to our policy effective July 28, 2010**

**Effective on July 28, 2010, instead of sending us your vehicle details via our refund registration process, you can instead meet this requirement by signing in to your account after registration, and choosing to accept the money back guarantee online.**

**Upon sign in, you will be presented with a form to enter your VIN and accept the money back guarantee and privacy policy.**

**The VIN must be valid, and you must register and accept the money back guarantee within 7 calendar days of account creation, to be eligible.**

**We will still accept the registration form listed at the bottom of this page.**

**Each condition must be met for eligibility:**

- Your Auto Marketing Group listing must be active on the www.automarketinggroup.com website for 90 consecutive calendar days.

- The advertised vehicle must still be for sale, and unsold, as of the date the Refund Request is submitted and the vehicle's title must be in the original Seller's name or in the name of a lien holder on the Seller's behalf.

- The advertised vehicle as originally listed must be competitively priced, consistent with the vehicle's quality, comparable vehicles of the same condition, manufacture, similar year, make and model, and overall market conditions, in order to qualify for guarantee.

- The Seller must have uploaded 1 picture at minimum within 14 calendar days of the listing date to qualify for the guarantee.

- At the request of Auto Marketing Group, you may be required to provide written proof that you still own title to your vehicle from your state or provincial department of motor vehicles.

**Refund Process**

To qualify for the Guarantee, you must send in the refund form by certified post, postmarked within seven calendar days of advertisement with Auto Marketing Group. The refund form can be mailed to our national mail box. Refund forms will not be accepted by email, fax, or by phone. The refund form is located at the bottom of this page.

After submitting the refund form, must send in your request for a refund at the end of the 90 days. Refund Requests must also be sent via certified postal mail within seven calendar days following the 90-day Guarantee period. Requests will not be accepted via email, fax, or over the phone. The Refund Request form is located at the bottom of this page.

**The Refund Request form must be notarized and include, a statement showing that your vehicle is still in your possession, and has not been sold, or traded.** The advertised vehicle must be currently for sale, and include a copy of the title dated within the refund request period. If title is not available, provide an official mailed document from lien/title holder stating that the title of the vehicle remains in the original Seller's name from time of placed advertisement.

Auto Marketing Group has complete discretion to determine whether the requirements for the Guarantee have been met.

**REFUND REGISTRATION FORM**

**REFUND REQUEST FORM**

AUTO MARKETING GROUP © 2011 ALL RIGHTS RESERVED | PRIVACY POLICY

 **AUTO MARKETING GROUP**

 **How Much is Your Car Worth?**
Find out with our free car evaluation

 **LOGIN**

| Home | About Us | Buy Used Cars | Sell | Financing | FAQ | Press | Refund Form | Carfax | Contact Us |

**o** Thousands of used cars
**o** New advertisements
added and sold daily

## Our Services

- **FIND MY AD**
- **FREE CAR EVALUATION**
- **PAYMENT CALCULATOR**

## Recently Added Cars

- **2006 BMW 325i**
- **2004 INFINITI G35**
- **2006 MERCEDES C230**
- **2003 HYUNDAI TIBURON**
- **2007 DODGE CHARGER**
- **2007 HONDA RIDGELINE**
- **2006 FORD RANGER**
- **2008 HONDA CRV**

### Search our database of used cars

**Fill out the form below to begin your search**

| **Type:** | **Make:** | **Model:** |
|---|---|---|
| [Select a Vehicle Type] | [Select a Make] | All |

**Price:**
0 to 50,000

**Year:**
Any to Any

**Country**
United States

**State/Province:**
Alabama

**SEARCH**

AUTO MARKETING GROUP © 2011 ALL RIGHTS RESERVED | PRIVACY POLICY



**How Much is Your Car Worth?**
Find out with our free car evaluation



LOGIN

Home | About Us | Buy Used Cars | Sell | Financing | FAQ | Press | Refund Form | Carfax | Contact Us

Thousands of
ed and Sold daily

## Our Services

- **FIND MY AD**
- **FREE CAR EVALUATION**
- **PAYMENT CALCULATOR**

## Recently Added Cars

- **2006 BMW 325I**
- **2004 INFINITI G35**
- **2006 MERCEDES C230**
- **2003 HYUNDAI TIBURON**
- **2007 DODGE CHARGER**
- **2007 HONDA RIDGELINE**
- **2006 FORD RANGER**
- **2008 HONDA CRV**

### Listing Details

### 2006 BMW 325i

**Asking Price: $21,000.00**

**I'M INTERESTED**          **FINANCE NOW**

One owner. All regularly scheduled maintenance records available. Rear tires replaced last month. Integrated Blue Tooth and crome pipe. Call 1-888-780-3426

**Additional Details**

| Year: | 2006 |
|---|---|
| Make: | BMW |
| Transmission: | Automatic Transmission |
| KMS/Mileage: | 23500 Miles |
| Doors: | 4 Doors |
| Drive: | 2WD |
| Engine: | Gas |
| Exterior Colour: | Black |
| Interior Colour: | black |
| Condition | Good |
| Seats | Leather |

**Available Options**

- AM
- CD
- FM
- Garage Kept
- Lady Driven
- Non-Smoker
- Locks
- Mirrors
- Seats
- Steering
- Sunroof
- Windows
- ABS
- Cruise
- Foglamps
- Heated Seats
- Memory Seats
- Remote Entry



AUTO MARKETING GROUP © 2011 ALL RIGHTS RESERVED | PRIVACY POLICY

 



How Much is Your Car Worth?
Find out with our free car evaluation

LOGIN

Home | About Us | Buy Used Cars | Sell | Financing | FAQ | Press | Referral Form | Carfax | Contact Us

## Privacy Policy

This Privacy Statement sets out the privacy policies and practices for the Auto Marketing Group. and ("the Auto Marketing Group") with respect to the collection, use and disclosure of personal information in connection with www.automarketinggroup.com (the "Site"). This Privacy statement may be updated by the Auto Marketing Group giving reasonable notice of the revised terms (including by email or by posting on the Site), and this Privacy Statement may be supplemented or modified by agreements entered into between the Auto Marketing Group and an individual from time to time.

In this Privacy Statement, "personal information" means any information about an identifiable individual, as further defined under applicable Canadian laws.

**Collection of Personal Information**

The Site's registration form requires users to give us contact information (such as name and email address) and demographic information (such as postal code, age, or income level) and other information that is used by the Auto Marketing Group to provide services. the Auto Marketing Group uses the customer contact information from the registration form to send the user information that he or she has requested regarding the Site or regarding services offered by the Auto Marketing Group.

This Site uses an ad form for customers to place online ads. One of the express purposes of the Site is to gather contact information provided voluntarily by customers to be published online, and in connection with items that are for sale by customers.

The Auto Marketing Group has no control over who views online ads. Contact information provided may be used to contact customers when necessary. We collect customers' financial information (such as account or credit card numbers) to bill the user for products and services, but retain this information only as required to process the transaction and for as long as may be required by law.

Demographic and profile data is also collected at the Site. We use this data to tailor each visitor's experience at the Site, showing the user content that we think he or she might be interested in, and displaying the content according to the user's preferences.

The Auto Marketing Group' online surveys ask visitors for contact information (such as email addresses) and demographic information (such as postal code, age, or income level). the Auto Marketing Group uses contact data from our surveys to send users information about our products and services. Users may opt-out of receiving future mailings (see the Opt-Out section below).

The Auto Marketing Group may use customer information for additional purposes that may be identified at or before the time that the information is

collected. the Auto Marketing Group also uses information from customers for accounting and transaction completion purposes.

## Disclosure of Personal Information

The Auto Marketing Group may disclose certain personal information as follows:

to third party service providers and to affiliated entities in order to carry out work on behalf of the Auto Marketing Group,
to law enforcement agencies for the purposes of investigating fraud or other offences, or
to legal, financial, and other professional advisors or in connection with the sale or reorganization of all or part of its business or operations.
Except as provided above, the Auto Marketing Group will not use or disclose personal information for purposes other than those for which it was collected, except with the consent of the individual or as required or permitted by law.
Cookies and IP Addresses

The Auto Marketing Group uses your IP address to help identify you and your membership, gather broad demographic information about our users, diagnose problems with our server, and administer the Site. The Site uses cookies to keep track of your membership tools and to make sure you do not see the same ad repeatedly. We use cookies to deliver content specific to your interests and to save your password so you do not have to re-enter it each time you visit the Site. We also provide an option to log out should you be using an insecure or publicly shared computer.

We use outside ad companies to display ads on the Site. These ads may contain cookies. While we use cookies in other parts of the Site, cookies received with banner ads are collected by our ad companies, and the Auto Marketing Group does not have access to this information.

## Links

This Site contains links to other websites, such as websites providing national search capabilities and information resources designed to inform buyers and sellers about general aspects of property that is being sold. The Auto Marketing Group is not responsible for the privacy practices or the content of such websites. Please ensure you review the privacy policies of the websites that you visit.

## Security

the Auto Marketing Group protects against the loss, misuse and alteration of personal information with security measures appropriate to the sensitivity of the information. However, it is possible that any information transmitted via the Internet may be intercepted by unknown third parties. We use Verisign to have credit card data transmitted to our network servers in a secure encrypted mode.

## Opt-Out

When appropriate, users of the Site are given the opportunity to (i) opt-out of receiving communications from us, (ii) remove their information from our database, or (iii) elect to no longer receive services from us. If you wish to opt-out of receiving further communications, please contact the Auto Marketing Group' privacy officer (the ?Privacy Officer?) by email or phone using the contact information provided below.

## Corrections/Contact

Users of this Site may contact the Privacy Officer to modify or correct any of their personal information that is under our control. An individual may also direct a written complaint regarding compliance with this Privacy Statement to the Privacy Officer and, within a reasonable time upon receiving the written complaint, the Privacy Officer will conduct an investigation into the matter. Within a reasonable time of concluding the investigation, the Privacy Officer will inform the complainant whether the complaint will be allowed or denied. If the Privacy Officer allows the complaint, the Auto Marketing Group will take appropriate measure necessary to rectify the source of the complaint.

## Contact Us

If you have any questions about this Privacy Statement, the Auto Marketing Group' privacy practices in connection with this Site, or the Auto Marketing Group' collection, use, disclosure, or retention of your personal information in connection with this Site, please contact the Privacy Officer as follows:

Auto Marketing Group
7260 West Azure Dr #140-762
Las Vegas, Nevada, 89130
Toll Free: 1-888-760-3426
Fax: 702-552-8122

Langley, B.C.

V3A 8H2

Email: privacy@automarketinggroup.com

## Acceptance of Terms

Welcome to www.automarketinggroup.com (the "Site"), which is operated by the Auto Marketing Group Inc. ("the Auto Marketing Group"). The Site is provided to you subject to the following terms and conditions (the "Terms of Use"). These Terms of Use include important disclaimers that affect your rights.

By using the Site, you agree to be bound by these Terms of Use. If you do not agree to these Terms of Use, do not use the Site.

## Changes to these Terms of Use

the Auto Marketing Group reserves the right to make changes to these Terms of Use. The changes are effective on the earlier of (i) the Auto Marketing Group providing you with notice of such changes, or (ii) 14 days after the revised Terms of Use are posted on the Site.

## Changes to the Site

the Auto Marketing Group reserves the right to change any aspect of the Site including the right to refuse or remove any content, whatever the source, at any time without any notice or liability to you.

All ads are published on the Site in good faith without verification. the Auto Marketing Group reserves the right to refuse, classify, revise or censor any ads for any reason in its sole discretion. the Auto Marketing Group does not guarantee to post all requested ads. All users are advised to check ad and message details carefully before entering into any agreement of any kind and before disclosing personal information.

## Privacy Policy

the Auto Marketing Group collects, uses, and discloses your personal information in accordance with the Privacy Policy of the Site. The Privacy Policy is incorporated into these Terms of Use and is available at the Auto Marketing Group.com. By providing information to the Auto Marketing Group , you consent to the use of such information in accordance with the Privacy Policy.

## Confidentiality

The Internet is not a secure means of communication and the privacy, integrity or authenticity of any communication over the Internet between you and the Auto Marketing Group cannot be ensured. the Auto Marketing Group is not responsible for any damages you may suffer if you communicate confidential information over the Internet or if the Auto Marketing Group communicates such information to you at your request.

## Use of the Site

The Site is for your personal and non-commercial use. You may view and print out web pages from the Site for personal use, provided that you maintain all copyright notices, but may not otherwise copy, reproduce, modify, collect, or catalogue information or material on the Site, except as expressly permitted by the Auto Marketing Group or these Terms of Use.

You may not use the Site to engage in any unlawful activity or to infringe the rights of the Auto Marketing Group, its affiliates or others.

You further agree that you will not (i) interfere with the operation of the Site in any way, (ii) interfere with anyone's use or enjoyment of the Site, (iii) harass anyone on the Site or through the Site, (iv) impersonate any person or entity on the Site or through the Site, or (v) post any content or views that may be considered threatening, abusive, vulgar, obscene or otherwise objectionable.

## Monitoring Use of the Site

the Auto Marketing Group may monitor the Site but is under no obligation to do so. You hereby waive any expectation of privacy in such information and activity. Your waiver of rights in all such monitoring does not apply to personally identifiable information which is handled by the Auto Marketing Group in accordance with the Privacy Policy of the Site.

## Termination of Access

If you use the Site in any manner that is prohibited by these Terms of Use, the Auto Marketing Group may without notice terminate your use of the Site or your access to the Site at any time.

## Intellectual Property

The copyright to the Site, the design and appearance of the Site, and all of the materials and content on the Site are owned by or licensed to the Auto Marketing Group. These materials are protected by law against unauthorized copying and reproduction. Any use, reproduction or distribution of material, including caching, framing, or similar means, from the Site (except as permitted herein) without written permission of the Auto Marketing Group is expressly prohibited.

the Auto Marketing Group.com are registered or unregistered trade-marks of the Auto Marketing Group or its affiliates or associates. Other service and product marks that appear on the Site are the trade-marks of their respective owners. The display of any trade-marks on the Site does not imply that a license has been granted for any further use.

Unless otherwise agreed to in writing by the Auto Marketing Group, all information provided by you, including, without limitation, any suggestions, comments or know-how you may provide to the Auto Marketing Group through the Site, is provided on a non-confidential basis and becomes the exclusive property of the Auto Marketing Group. You expressly consent to the unrestrained use of all such information by the Auto Marketing Group. Your waiver of rights in all such information does not apply to personally identifiable information which is handled by the Auto Marketing Group in accordance with the Privacy Policy of the Site.

## Dealing with Third Parties

Any correspondence or business dealings with any third parties including merchants, sellers, or advertisers found on, or through, the Site is solely between you and such parties. the Auto Marketing Group is not responsible for any damages you may suffer by entering into such transactions including the payment for and delivery of goods if any, and any terms, conditions, warranties, or representations associated with such dealings. You and the third party, not the Auto Marketing Group, are responsible for compliance with all laws applicable in any such transaction.

Use caution and common sense when using the Site and, in particular, exercise great care when revealing personal information. When using the Site there are risks of dealing with underage persons or people acting under false pretences.

## No Endorsement

The Site may contain links to other sites. Such other sites were independently developed by parties other than the Auto Marketing Group. These links are for your convenience only and the Auto Marketing Group does not assume responsibility for the accuracy or appropriateness of the information contained at such sites or endorse the viewpoints expressed at such sites.

Any mention of another party or its product or service on the Site is for informational purposes only and should not be construed as an express or implied endorsement of that party or its advice, opinions, information, products or services.

## No Contract or Offer

No part of the Site should be taken to constitute an offer or solicitation to buy or sell products or services. Some products or services mentioned on the Site may only be available in certain areas or jurisdictions. Any products or services mentioned on the Site are made available only where they may be lawfully made available or offered for sale. Except for your agreement to abide by these Terms of Use and your agreement to the Privacy Policy, use of the Site does not create any contract or agreement between you and the Auto Marketing Group, nor any obligation of the Auto Marketing Group to you.

## No Warranties

Information provided on the Site by the Auto Marketing Group is believed to be reliable when posted. HOWEVER, the Auto Marketing Group DOES NOT GUARANTEE THE QUALITY, ACCURACY, COMPLETENESS OR TIMELINESS OF THE INFORMATION PROVIDED. INFORMATION CONTAINTED ON THE SITE MAY CONTAIN ERRORS. ACCESS TO THE SITE IS PROVIDED ON AN "AS IS" BASIS. YOU SHOULD NOT ASSUME THAT YOUR USE OF THE SITE WILL BE ERROR FREE OR THAT THE SITE WILL OPERATE WITHOUT INTERRUPTION.

the Auto Marketing Group DISCLAIMS ALL WARRANTIES, REPRESENTATIONS AND CONDITIONS REGARDING USE OF THE SITE OR THE INFORMATION PROVIDED, INCLUDING ALL IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT, WHEATHER EXPRESS OR IMPLIED, OR ARISING FROM A COURSE OF DEALING, USAGE OR TRADE PRACTICE.

## No Liability

the Auto Marketing Group IS NOT RESPONSIBLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES WHATSOEVER AND HOWSOEVER CAUSED, ARISING OUT OF OR IN CONNECTION WITH THE USE OR MISUSE OF THE SITE OR IN RELIANCE ON THE INFORMATION AVAILABLE ON THE SITE, INCLUDING ANY BUSINESS INTERRUPTION, LOSS OF USE, LOST DATA, LOST PROFITS OR ANY OTHER PECUNIARY LOSS. WHEATER IN AN ACTION OF CONTRACT, CIVIL LIABILITY, NEGLIGENCE OR OTHER TORTIOUS ACTION, EVEN IF the Auto Marketing Group HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGES OR SUCH DAMAGES ARE REASONABLY FORESEEABLE.

## Indemnity

You hereby agree to indemnify, defend and hold harmless the Auto Marketing Group and the partners, members, shareholders, officers, directors, employees, consultants, lawyers and agents of the Auto Marketing Group , from any and all third party claims, liability, damages or costs they incur arising as a result of your misuse of the Site, your violation of these Terms of Use, or your infringement of any intellectual property or other right of the Auto Marketing Group or any person or antity.

## Jurisdiction

Any dispute shall be governed by British Columbia and Canadian law and adjudicated by the courts of British Columbia, Canada. Certain jurisdictions expressly prohibit a choice of law or venue clause in a consumer contract that refers to a "foreign" jurisdiction vis-a-vis the consumer. In such specific circumstances, any dispute in relation to these Terms of Use shall be governed by the law applicable to the consumer.

## Entire Agreement

These Terms of Use, including the provisions set forth under the additional pages linked below, constitute the entire agreement between the parties with respect to the Site. It supersedes and replaces all prior or contemporaneous understandings or agreements, written or oral, with respects to the Site.

The following provisions, as amended from time to time, as well as any other policy or rules that apply to particular services or portions of the Site, are incorporated by reference and are part of these Terms of Use.

AUTO MARKETING GROUP © 2011 ALL RIGHTS RESERVED | PRIVACY POLICY



**AUTO MARKETING GROUP**

(S) How Much is Your Car Worth?
Find out with our free car evaluation



**LOGIN**

Home | About Us | Buy Used Cars | Sell | Financing | FAQ | Press | Refund Form | Carfax | Contact Us

Thousands of...
No...
added as Sold...

## Our Services

- **FIND MY AD**
- **FREE CAR EVALUATION**
- **PAYMENT CALCULATOR**

## Recently Added Cars

- **2006 BMW 325I**
- **2004 INFINITI G35**
- **2006 MERCEDES C230**
- **2003 HYUNDAI TIBURON**
- **2007 DODGE CHARGER**
- **2007 HONDA RIDGELINE**
- **2006 FORD RANGER**
- **2006 HONDA CRV**

## Listing Details

### 2004 Infiniti G35

**Asking Price: $14,800.00**

**I'M INTERESTED**          **FINANCE NOW**

I am selling this beautiful and super clean Infiniti G35 for $14800.00.

The Car is in a very Excellent & Clean condition. Beautiful Champagne color, Low Mileage only 69K. Automatic Transmission, very Comfy and Cozy, Always Garaged, Mint Condition. No accidents! Very Well maintained, Clean Title. I am including Mechanic Repairs Warranty and GPS with the Car.

Not a single dent or scratch! Perfect paint! HEATED Seats, Leather Seats & Interior, Power Windows, Power Seats, Air Conditioning, Heater super warm and cozy. All the toys! Power everything! Power Steering, Stereo, CD Player.

Very clean interior. Runs Great, Smooth and very Comfortable ride, Drives Excellent. Very powerful, Fully Loaded, Stereo & A/C control from Steering Wheel, Alarm, Cruise Control, ï¿½Alloy Wheels, ï¿½Passenger Air Bag, ï¿½Rear Window Defroster, Anti-Lock Brakes, Power Door Locks, ï¿½Side Airbags, ï¿½Power Mirrors, ï¿½Sunroof, Tilt Wheel, ï¿½Driver Air Bag, ï¿½Tinted Glass Moonroof, Low Miles 69K, Runs and Looks Great, Extra Clean.

Price: $14800.00

If interested, please call 1-888-760-3426

Thank you

**Additional Details**          **Available Options**

| **Year:** | 2004 |
| **Make:** | Infiniti |
| **Transmission:** | Automatic Transmission |
| **KMS/Mileage:** | 69 Miles |
| **Doors:** | 4 Doors |
| **Drive:** | 2WD |
| **Engine:** | Gas |
| **Exterior Colour:** | Silver |
| **Interior Colour:** | Champagne |
| **Condition** | Excellent |
| **Seats** | Leather |



**I'M INTERESTED**　　　　　　　　　　　　**FINANCE NOW**

AUTO MARKETING GROUP © 2011 ALL RIGHTS RESERVED | PRIVACY POLICY

 **AUTO MARKETING GROUP**

$ **How Much is Your Car Worth?**
Find out with our free car evaluation

 LOGIN

Home | About Us | Buy Used Cars | Sell | Financing | FAQ | Press | Refund Form | Carfax | Contact Us



Thousands of used cars purchased and sold daily

## Our Services

- FIND MY AD
- FREE CAR EVALUATION
- PAYMENT CALCULATOR

## Recently Added Cars

- 2006 BMW 325I
- 2004 INFINITI G35
- 2006 MERCEDES C230
- 2003 HYUNDAI TIBURON
- 2007 DODGE CHARGER
- 2007 HONDA RIDGELINE
- 2006 FORD RANGER
- 2008 HONDA CRV

## We finance used cars when others can't

**All credit score financing available! We are able to finance all American and Canadian clients.**

- Fast Approvals!
- Independently Employed?!

Auto Marketing Group is happy to assist with your auto financing needs. We have multiple banks both publically and privately owned who are extremely good at getting you approved fast! Once you have filled out our credit application we will shop your loan around to various lenders to get you approved with the lowest possible rates. Bottom line is we work for you, and we will get you an approval from a credible company. Stop waiting and get the car you need, call now!

**Click to get approved today!**

CANADIAN CITIZENS APPLY HERE

AMERICAN CITIZENS APPLY HERE

AUTO MARKETING GROUP © 2011 ALL RIGHTS RESERVED | PRIVACY POLICY

 

How Much is Your Car Worth?

**Find out with our free car evaluation**

**LOGIN**

Home | About Us | Buy Used Cars | Sell | Financing | FAQ | Press | Refund Form | Carfax | Contact Us



Thousands of used cars

New advertisements posted and sold daily

Let us know if you're interested

## Our Services

- **FIND MY AD**
- **FREE CAR EVALUATION**
- **PAYMENT CALCULATOR**

## Recently Added Cars

- **2006 BMW 325I**
- **2004 INFINITI G35**
- **2006 MERCEDES C230**
- **2003 HYUNDAI TIBURON**
- **2007 DODGE CHARGER**
- **2007 HONDA RIDGELINE**
- **2006 FORD RANGER**
- **2008 HONDA CRV**

**I an interested in the 2006 BMW 325i**

Please provide your contact information below to start the communication process.

First Name:
Name Last:
Phone:
Email:

**SUBMIT YOUR INTEREST**

AUTO MARKETING GROUP © 2011 ALL RIGHTS RESERVED | PRIVACY POLICY

# VEHICLESTARS

connecting buyers + sellers everyday

• FAQ  • Contact Us  • About Us  • Member Site

HOME | USED VEHICLES | CAR BLOG | SELL MY VEHICLE | MEMBERS | MONEY BACK GUARANTEE | ABOUT US

| 2008 Lexus | 2006 Audi | 2003 BMW | 2008 Volkswagen | 2005 Toyota | 2003 Ja |
|---|---|---|---|---|---|
| GS 350 | A4 1.8T | 3 Series M3 | GTI | Corolla S | S-TYF |
| Washington | Washington | Washington | Washington | Washington | Washing |

SIGN IN

Connect with Facebook

## Free evaluation

- Estimate out how long your vehicle will take to sell with **Vehicle Stars**.
- **Find the price** of other similar vehicles to determine a great price point.
- Get your free evaluation today

## My location:

| USA | D.C. | Washington |
|---|---|---|

## Look for:

| All makes | All models | **SEARCH** |
|---|---|---|

**Welcome to the Vehicle Stars Used Car Search Engine!**
Find vehicles, read auto news, research models. To search for a vehicle in your area, click the search button above; You can narrow your search or this further at the next page.

## The Latest News

- **Video: Volkswagen pits Jetta GLI against... a speed talker?**
  Thursday, Jun 28th 2PM

- **The Ford Taurus hits 32 mpg: Autoweek TV**
  Thursday, Jun 28th 2PM

- **Official: Updated McLaren MP4-12C to debut at Goodwood**
  Thursday, Jun 28th 1PM

- **Report: Cadillac ATS-V Coupe talks resurface, new convertible model in the works?**
  Thursday, Jun 28th 1PM

- **Ford RS200 takes to the streets in a pair**
  Thursday, Jun 28th 1PM

Privacy Policy Terms of Service